IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROMEL MURPHY,<br><br>Defendant. | No. 20-cr-6-CJW<br><br>**ORDER DENYING MOTION TO CONTINUE TRIAL** |

_____

Before the Court is Defendant's Unopposed Motion to Extend Deadlines for Plea Entry and Trial, filed on December 11, 2020. (Doc. 26.) The Government does not oppose this motion.

Trial in this matter was first scheduled for April 6, 2020 by a Trial Management Order on February 6, 2020. (Doc. 14.) The Court has continued trial on multiple occasions since February. Those orders continuing are as follows: March 10, 2020 (Doc. 17); April 29, 2020 (Doc. 18); May 8, 2020 (Doc. 20); July 14, 2020 (Doc. 22); and September 16, 2020 (Doc. 25).

Defendant moves to continue trial for reasons relating to the COVID-19 pandemic. The Court has previously suspended jury trials as a result of the pandemic but has resumed trials with appropriate precautions. The Court's prior order indicated that no additional continuance will be granted. The Motion to Continue Trial (Doc. 26) is **denied.**

The Court notes Defendant's concerns regarding the COVID-19 pandemic. The Court has permitted counsel for Defendants to appear at change of plea proceedings by video teleconference, although Defendants are required to appear in person.

**IT IS SO ORDERED** this 14th day of December, 2020.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa