05/14/2021

To The Court On Behalf of Mr. Romel Murphy

Request: For Probation

***10-CM 2021 - Diagnosis Code***:

F43.23 Adjustment disorder with mixed anxiety and depressed mood, F93.9

Childhood emotional disorder, unspecified, with Gambling Addiction F63.0, and F43.1

Post-traumatic stress disorder (PTSD)

Your Honor:

Mr. Romel Murphy has been my patient/ client for three years and a half years and his trauma prognoses does in fact include serious problems in the past with a gambling addiction. Clinical information included in this disorder is as follows - this disorder characterized by a preoccupation with gambling and the excitement that gambling with increasing risk provides. Pathological gamblers are unable to cut back on their gambling, despite the fact that it may lead them to lie, steal, or lose a significant relationship, job, or educational opportunity.  I am sure the court knows that many people enjoy gambling, whether it's betting on a horse or playing poker on the internet. Most people who gamble don't have a problem, but some lose control of their gambling, especial if the person has and/ or carries a background with unresolved traumatic events within themselves.

Signs of problem gambling often include…

- always thinking about gambling
- lying about gambling
- spending work or family time gambling
- feeling bad after you gamble, but not quitting
- gambling with money you need for other things

Many people can control their compulsive gambling with medicines and/ or therapy. All of the above was part of Romel's world. He has turn a significate corner in the last year, and five months - which I am therapeutically convinced means that he is in the change cycle of recovery and has completely moved away from the destructive patterns associated with this addiction. Romel does suffer with P.T.S.D. and early childhood family trauma, these patterns often persist until the individual starts to find true value in themselves, and the person starts to create an environment of holistic behavior for themselves by becoming active in community, through faith, and actively re-engaging in an authentic renewal of family life. I can assure the court that Mr. Murphy is now doing all of these things, as he continues his work with me. Romel is very much aware that it is mandatory that he continues his work with me through the process of therapy.

Therefore, I respectfully ask the court to grant Mr. Romel Murphy probation, as he continues to transform his life for his self, his family, and as a community asset. I sincerely thank the court and your Honor's time in addressing this important life course matter.

Sincere Regards,

*Rev. Beryl-Denise Aguilera, LMFT, CCR, CCPM, Ph.D. D.B.H. (Student IILESE), {Electronic Signature of Record}*

Rev. Beryl-Denise Aguilera, LMFT, CCR, CCPM, Ph.D. D.B.H. (Student IILESE)

Lic. 208.000429

77 West Wacker Drive,45th Floor

Suite: 4563

Chicago, IL. 60601

Temp # During Covid-19: 219-487-5094