# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | No. 20-CR-00006 |
| **Plaintiff,** ) | | |
| v. ) | | Honorable Judge |
| **ROMEL MURPHY,** ) | | C.J. Williams, Presiding |
| **Defendant** ) | | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

NOW COMES THE DEFENDANT, Romel Murphy, by and through his attorney, Jeffrey B. Steinback, and respectfully asks this Honorable Court to continue the sentencing hearing for 14 days, or to a date consistent with the calendar of this Honorable Court. In support, the following is offered:

1. Defendant Romel Murphy's sentencing hearing is currently scheduled for September 24, 2021 at 9:30am.

2. Defendant's attorney, the undersigned, experienced debilitating back spasms and nerve pain last night, and needed to seek medical attention.

3. Mr. Steinback taken to the emergency room and was treated there. He was advised not to travel or participate in any strenuous physical activity for the next 4-7 days and was given medication for the spasms.

4. Cedar Rapids is approximately 3 ½ hours drive from Mr. Steinback's home. It would require him to drive or to fly, both activities being against doctor's instructions at this time.

5. AUSA Kyndra Lundquist has been contacted and does not oppose this request. Parties have consulted their schedules and if the Court sees to grant this request, are available October 5 or 6, or any day the week of October 12, should any of those dates align with the calendar restraints of this Honorable Court.

6. Mr. Steinback wishes to apologize to the Court for the inconvenience caused by this unexpected medical emergency. He truly wishes he could have been able to proceed with today's hearing as planned.

WHEREFORE, the defendant, Romel Murphy, prays for an Order granting this motion to continue his sentencing hearing by 14 days, or to a date consistent with the calendar of this Honorable Court.

Respectfully submitted,

/s/*Jeffrey B. Steinback*

Jeffrey B. Steinback

Attorney at Law

8351 Snaresbrook Rd.

Roscoe, IL 61073

847-624-9600