# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20-CR-00006 |
| Plaintiff, | ) | |
| v. | ) | Honorable Judge |
| ROMEL MURPHY, | ) | C.J. Williams, Presiding |
| Defendant | ) | |

## EMERGENCY MOTION TO CONTINUE SENTENCING HEARING

NOW COMES THE DEFENDANT, Romel Murphy, by and through his attorney, Jeffrey B. Steinback, and respectfully asks this Honorable Court to continue the sentencing hearing for 10 days, or to a date consistent with the calendar of this Honorable Court. In support, the following is offered:

1. Defendant Romel Murphy's sentencing hearing is currently scheduled for October 6, 2021 at 9:30am.

2. Defendant's attorney, the undersigned, has been advised that he has had a direct exposure to a person with COVID-19 within the last 24 hours. He was alerted to this fact at approximately 1:30pm today, October 5, 2021.

3. After speaking with his physician, Dr. David Hansen, Mr. Steinback has been instructed to quarantine for 5 days, and then take a COVID-19 test. If the test is negative, he can resume all normal daily activities. (Please see attached letter from Dr. Hansen.)

4. It is important to note that this protocol is advised by both the CDC and by the Illinois Department of Public Health, as even vaccinated, un-symptomatic people may carry and spread the virus.

5. Mr. Steinback is in a high risk group for COVID-19, being 70, with other health concerns.

Defendant, Romel Murphy, has young children who cannot be vaccinated yet, and puts them at risk with any exposure he may have should Mr. Steinback contract COVID-19.

6. Mr. Steinback has been counseled not to undertake any travel until he confirms a negative test for the virus. In order to attend this hearing, Mr. Steinback would have to travel 3.5 hours by car, travel via airplane to Cedar Rapids.

8. Mr. Steinback wishes to apologize to the Court for the inconvenience caused by this unexpected emergency. He truly wishes he could have been able to proceed with THE hearing as planned.

WHEREFORE, the defendant, Romel Murphy, prays for an Order granting this motion to continue his sentencing hearing by 10 days, or to a date consistent with the calendar of this Honorable Court.

Respectfully submitted,

/s/*Jeffrey B. Steinback*

Jeffrey B. Steinback

Attorney at Law

8351 Snaresbrook Rd.

Roscoe, IL 61073

847-624-9600



Mercyhealth Roscoe Internal Medicine
5000 PRAIRIE ROSE DR
ROSCOE IL 61073
Phone: 815-971-2000
Fax: 815-971-9417

October 5, 2021

Patient: **Jeffrey Bruce Steinback**
Date of Birth: **8/16/1951**
Date of Visit: **10/5/2021**

To Whom It May Concern:

Jeffrey Steinback had a possible exposure to COVID on 10/4/21. Per CDC guidelines patient will be tested in 5 days and should remain in quarantine for this time period until he comes back negative.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

*David L Hansen, MD*

David L Hansen, MD