# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> ROMEL MURPHY, <br>     Defendant. | No. 20-CR-6 CJW-MAR <br><br> **ORDER DENYING MOTION TO CONTINUE** |

_____

The matter before the Court is defendant's Emergency Motion to Continue Sentencing. (Doc. 55).

This motion is **denied.** The sentencing hearing scheduled for Wednesday, October 6, 2021, at 9:00 a.m. will proceed as scheduled.

**IT IS SO ORDERED** this 6th day of October, 2021.

_____
C.J. Williams
United States District Judge
Northern District of Iowa