From: **Realtmg**
Subject: **I'm Tyrone Crowe, resident of Indianapolis, Indiana. Father of 3, coach...**
Date: Oct 19, 2021 at 5:22:02 PM
To: psteinback@aol.com

I'm Tyrone Crowe, resident of Indianapolis, Indiana. Father of 3, coach, governement employee (leader of the mayor's constructional unit), and active member within my community.

In this world we live in there are very few people that you can rely on. Most individuals help others in return of a previous debt, future leverage, or internal satisfaction... well Romel Murphy is not "most individuals". He volunteers time, resources, and guidance to those in need. I myself have been blessed with his assistance over the years; whether it was materials for children, transportation on a dime's notice, or even aiding our wedding (that needed more help, than a blind man crossing the street).

Recently Romel has taken his efforts further than ever before on a national platform, starting with "Equality Should Be Normal". The program mentors Chicago's struggling minorities, their youth, and as well women throughout the inner city's poverty. Albeit Mr. Murphy has always had the heart for tribute, I believe that this is only the beginning to something this country needs now more than ever.

With all these things in mind when my trucking company CrowesNest LLC was awarded an Amazon contract I needed a trustworthy person to oversee my dedicated lanes in the Chicago area and it was a no brainer for me to call Romel. I told him the details and within a week he obtained his Illinois Class C and became the lead in Chicago. In that leadership role we have achieved A+ performances with our loads and have the ability to get more dedicated lanes under Romel's stewardship. I am aware of his current legal situation so we are standing by before we take that commitment because I could not do it without him as I am based in Indianapolis. I am aware of the financial crimes Romel has committed and he has advised me if he is afforded the opportunity to have community confinement and stay gainfully employed that I may be asked to directly submit a portion of his pay to the court and I am willing to do that. If anyone is ever afforded the opportunity to receive the courts mercy, to repay their victims and share the story of how an addiction almost destroyed his life but he overcame it to serve others Romel C Murphy does.

Tyrone Crowe
CrowesNest LLC


Sent from my iPhone