# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ROMEL MURPHY, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 20-CR-6<br>Presiding Judge: C.J. Williams<br>Deputy Clerk: Nathan Peterson<br>Official Court Record: Patrice Murray Contract? No<br>Contact Information: PAMurrayReporting@gmail.com |

| Date: | 10/20/2021 | Start: | 1:06 PM | Adjourn: | 2:55 PM | Courtroom: | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | --- | | | | Time in Chambers: | --- | | Telephonic? | No |
| Appearances: | Plaintiff: | AUSA Kyndra Lundquist | | | | | | | |
| | Defendant: | Jeffrey Steinbeck (defendant appears personally) | | | | | | | |
| | U.S. Probation: | Beth Sanchez (by phone) | | | | | | | |
| | Interpreter: | --- | | Language: | --- | Certified: | --- | Phone: | --- |

**TYPE OF PROCEEDING:** SENTENCING Contested? Continued from a previous date? No

| | | | |
|---|---|---|---|
| Objections to PSIR: | 3B, 3E, 10-22, 53, 61, 109, 121, 132, 155 by defendant | Ruling: | Not reached |
| | 10-22, 47, 70, 71, 155 by government | | Not reached |
| Motions to vary/depart: | Variance downward by defendant | Ruling: | Denied |
| Count(s) dismissed: | Counts 1-3 and 5-7 of the Indictment (Doc. 2). | | |
| Sentence (See J & C): | 77 months | | |
| Fine: | --- | Special assessment: | $100 |
| Supervised Release: | 3 years | | |
| Court's recommendations (if any): | It is recommended that you be designated to a Bureau of Prisons facility or particular medical or mental health facility in close proximity to your family which is commensurate with your security and custody classification needs.<br><br>Court recommends that defendant participate in alcohol dependency treatment while in custody. | | |

| Defendant is | Detained | X Released | and shall report | to the designated BOP facility upon notification by the USMS. |
|---|---|---|---|---|

**Witness/Exhibit List is**  Ryan Evans offers victim witness statement. 1:18 PM–1:19 PM.

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7.

| Miscellaneous: | Advisory guidelines recommend a sentence of 77–96 months' imprisonment.<br><br>Parties made argument regarding variance and ultimate disposition.<br><br>Defendant exercised his right to allocution and was advised of his limited right to appeal.<br><br>Restitution ordered in the amount of $414,443.23.<br><br>Special assessment paid. |
|---|---|