To whom it may concern,

My name is Romel C. Murphy, I am requesting a federal public defender per The Honorable C.J Williams statement at my October 20th sentencing date. I have three pertinent issues concerning my case and my previous attorney is busy with other cases and said he cannot handle them as well as me being unsatisfied with services rendered and I am unable to hire an attorney. I have upcoming heart surgery and other concerns that I need assistance with. Thank you in advance.