IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                  Plaintiff,<br>vs.<br>ROMEL MURPHY,<br>                  Defendant. | Case No. 1:20-cr-6-CJW-MAR<br><br>ORDER REGARDING<br>APPOINTMENT OF COUNSEL |

**1. THE COURT FINDS:** [*Check one*]

☐ The Defendant is charged with a felony or with a misdemeanor other than a petty offense.

☐ The Defendant is charged with civil or criminal contempt and faces loss of liberty.

☐ The Defendant is charged with a violation of probation, faces a change of a term or condition of probation, is charged with a violation of supervised release, faces modification of a term of supervised release, or faces revocation of supervised release.

☒ A request is before the Court to appoint counsel for <u>Romel Murphy</u> who is either a witness, the subject or target of a criminal investigation, or is subject to counsel under other matters, and who may have exposure to criminal liability and is need of legal representation.

**2. IT IS HEREBY ORDERED:** [*Check one*]

☐ The Federal Public Defender is appointed to represent the Defendant.

☒ CJA Panel Attorney <u>Raphael M. Scheetz</u> is appointed to represent the Defendant.

☐ This appointment shall automatically be transferred to any related criminal case for Defendant and become effective upon the filing of an unsealed indictment or at the first court appearance required of Defendant.

☐ If no CJA Form 23 Financial Affidavit has been submitted in this case in the past twelve (12) months, then counsel appointed herein shall submit a completed CJA Form 23 to the Judge issuing this Order within fourteen (14) days from the date the Order is entered. This Order appointing counsel is subject to Defendant satisfying the Court of Defendant's qualification for court-appointed counsel under 18 U.S.C. § 3006A. The date of last CJA 23 Form entered in this case is <u>November 3, 2021 (doc. 68)</u>.

☐ Defendant's request for court-appointed counsel is **DENIED**.

**3. [*Check if applicable*]**

☐ **IT IS FURTHER ORDERED** that Defendant shall pay $_____ per month to the Clerk of Court to partially defray the costs of this representation, until a total of $_____ is paid. The first payment shall be made by _____. Subsequent monthly payments shall be made by the _____ of each month. If Defendant's financial circumstances change significantly, then Defendant may file an amended financial affidavit, and the Court will consider whether the payment plan should be changed.

**4. DEFENDANT IS ADVISED THAT HE OR SHE MAY BE ORDERED AT THE TIME OF SENTENCING TO CONTRIBUTE TO THE COST OF HIS OR HER DEFENSE.**

**IT IS SO ORDERED** this 3rd day of November 2021.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa