IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 20-CR-6 CJW-MAR |
| vs. | **ORDER** |
| ROMEL MURPHY, | |
| Defendant. | |

_____

Before the Court is defendant's Motion to Extend Deadline For Filing A Notice of Appeal. (Doc. 71). Defendant's deadline to file a notice of appeal is November 4, 2021. Defendant is asking for a 29-day extension, up to and including Friday, December 3, 2021, to file a notice of appeal. The government does not resist this motion.

**IT IS ORDERED** for the reasons stated in the motion, this motion is **granted.** Defendant may have to and including December 3, 2021, to file a notice of appeal.

**IT IS SO ORDERED** this 3rd day of November, 2021.

_____
C.J. Williams
United States District Judge
Northern District of Iowa