IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR 20-0006 CJW |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ROMEL MURPHY, ) | |
| ) | |
| Defendant. ) | |

Motion to Extend Date of Self-Surrender

COMES NOW the defendant, and respectfully states:

On October 20, 2021, the defendant received a 77-month prison sentence. Doc. 63. The District Court granted the defendant's request to self-surrender to the federal institution designated by the Federal Bureau of Prisons.

The defendant has been directed by the United States Marshal to self-surrender to the FCI Forrest City, Arkansas, minimum security camp on November 16, 2021.

The defendant is scheduled for heart surgery in Chicago, Illinois, on November 30, 2021. (See attached letter from Dr. Alexander B. Chicos, MD.) According to Dr. Chicos, this procedure "should be done as soon as possible due to the patient's progression of symptoms".

Dr. Chicos further writes that the defendant "is restricted from lifting over

1

10 lbs or doing strenuous activity for one week post procedure, and may return to work without restrictions on December 8, 2021".

The defendant has unsuccessfully attempted to schedule the surgery prior to the November 16th self surrender date. He has been advised that the November 30 date is the soonest that the surgery can be performed.

The defendant respectfully requests that the District Court postpone or extend the defendant's self-surrender date until December 8, 2021, or a later date, in order that the defendant receive the required surgery and has sufficient time to recover.

Earlier today (2:41 p.m.), the defense emailed AUSA Kyndra Lundquist regarding the government's position. At the time of this writing (8:00 p.m.), the defense has not received a reply from Ms. Lundquist. Because time is of the essence regarding the subject-matter of this motion, the defense files this motion not having obtained the government's position.

Dated and filed this 5th day of November, 2021.

                                          /s/ Raphael M. Scheetz
                                          Raphael M. Scheetz
                                          425 2nd Street S.E.
                                          Suite 1010
                                          Cedar Rapids, Iowa 52401
                                          319-378-7416
                                          scheetzlaw@aol.com
                                          ATTORNEY FOR DEFENDANT



# Letter Details

**Northwestern Medicine®**

November 3, 2021

Romel Carleone Murphy

Chicago IL 60653-2122

RE: Romel Murphy

To Whom It May Concern,

    Romel Murphy is scheduled for a PVC ablation on November 30, 2021. The patient is experiencing worsening symptoms of palpitations and shortness of breath which have become debilitating. The patient has a diagnosis of premature ventricular contractions and radiofrequency ablation is necessary to correct this arrhythmia. The procedure should be done as soon as possible due to the patient's progression of symptoms. He is restricted from lifting over 10 lbs or doing strenuous activity for one week post procedure, and may return to work without restrictions on December 8, 2021.

Sincerely,

Alexandru B. Chicos, MD
Northwestern Medical Group

NMG 675 N ST CLAIR ST AMB
NM CARDIOLOGY
675 N ST CLAIR ST, STE 19-100
CHICAGO IL 60611-5975
312-695-4965
312-695-6660


**Northwestern Medicine**

Printed On: 11/4/2021

# Visit Itinerary
## 11/12/2021

| 10:00 AM | **ELECTROPHYSIOLOGY CONSULTATION NEW** with Chicos, Alexandru B., MD |
|---|---|
| | NM Chicago (Galter Pavilion, Ste 19-100)675 N St Clair St, Ste 19-100 312-695-4965 <br><br>Visit Instructions <br>If for any reason you are unable to keep this appointment, please call us back at least one business day prior to cancel or reschedule your appointment as a courtesy to the provider. <br><br>Your provider may request that you have an electrocardiogram completed as part of your office visit. <br><br>In the event an electrocardiogram is ordered during your visit, please refrain from wearing body lotions/oils the day of your visit. |

## 11/30/2021

**Surgery** with **CHICOS, ALEXANDRU B.**
NMH EP LAB

Procedure(s):
EP PVC/VT ablation

In preparation for your upcoming surgery, you may receive specific information and instruction directly from your surgeon, PreOp Clinic or PreAdmission Testing team leading up to the day of surgery. This instruction will be specific to your care plan.

For general information about preparing for surgery, please visit nm.org.

You must complete COVID-19 testing 2-3 days prior to your procedure. Your procedure could be postponed or delayed if you are not tested.
For more information about COVID-19 testing, please visit COVID-19 Testing.

## 2/1/2022

| 11:20 AM | **Electrophysiology Return** with Nolan, Meghan Kathleen, APRN, CNP |
|---|---|