# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROMEL MURPHY,<br><br>    Defendant. | No. 20-CR-6 CJW-MAR<br><br>**ORDER RESCHEDULING SHOW CAUSE HEARING** |

_____

The show cause hearing scheduled for December 15, 2021, is rescheduled before the undersigned to **Monday, January 10, 2022, at 11:00 a.m.;** United States Courthouse, Courtroom 3, 111 Seventh Avenue SE, Cedar Rapids, Iowa. Defendant Romel Murphy's presence is not required as the show cause hearing pertains to defense counsel, Jeffrey Steinback, not defendant. Counsel for the government is requested to appear at the hearing in case it is necessary to provide the Court with additional information about communication with defense counsel.

**IT IS SO ORDERED** this 15th day of December, 2021.

_____
C.J. Williams
United States District Judge
Northern District of Iowa