# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3781

United States of America

Appellee

v.

Romel Murphy

Appellant

___

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:20-cr-00006-CJW-1)

___

**ORDER**

The court reporter's motion for an extension of time to file the transcript has been granted. The following revised briefing schedule has been established:

    Transcript Due:    **01/03/2022**

    Appellant Brief Due:    **01/14/2022**

December 27, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
___

    /s/ Michael E. Gans

Case 1:20-cr-00006-CJW-MAR   Document 85   Filed 12/27/21   Page 1 of 1
Appellate Case: 21-3781   Page: 1   Date Filed: 12/27/2021 Entry ID: 5111355