1          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF IOWA
2

3   UNITED STATES OF AMERICA,    )
                                 )
4                 Plaintiff,     )
                                 )
5        VS.                     )    20-CR-6
                                 )
6   ROMEL MURPHY,                )    *REDACTED TRANSCRIPT*
                                 )
7                 Defendant.     )

8

9                      APPEARANCES:

10  ATTORNEY KYNDRA LUNDQUIST, U.S. Attorney's Office,
    111 Seventh Avenue S.E., Box 1, Cedar Rapids, Iowa 52401,
11  appeared on behalf of the United States.

12  ATTORNEY JEFFREY B. STEINBACK, 8351 Snaresbrook Road,
    Roscoe, Illinois 61073, appeared on behalf of the
13  Defendant.

14

15                   SENTENCING HEARING,

16        HELD BEFORE THE HON. C.J. WILLIAMS,

17  on the 20th day of October, 2021, at 111 Seventh Avenue

18  S.E., Cedar Rapids, Iowa, commencing at 1:05 p.m., and

19  reported by Patrice A. Murray, Certified Shorthand

20  Reporter, using machine shorthand.

21  Transcript Ordered:  12/3/21
    Transcript Completed:  1/2/22
22

23               Patrice A. Murray, CSR, RMR, FCRR
                        Court Reporter
24                       PO Box 10541
                    Cedar Rapids, Iowa 52410
25                 PAMurrayReporting@gmail.com

*Contact Patrice Murray at PAMurrayReporting@gmail.com
for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 1 of 85

```
1        (The following proceedings were held in open court.)

2              THE COURT:  The matter now before the Court is

3   United States of America versus Romel Murphy, Criminal

4   Case Number 20-CR-6.  This matter comes on for a

5   sentencing hearing.  The United States is represented by

6   Assistant United States Attorney Kyndra Lundquist.  The

7   defendant is personally present and represented by

8   attorney Jeffrey Steinback.  Also participating by

9   telephone is United States Probation Officer Beth

10  Sanchez.  She is the author of the presentence

11  investigation report filed at document number 44 in the

12  court's file.

13       It is now 1:06 p.m.  This hearing was set for 1:00

14  this afternoon.  The record will reflect the defendant

15  was present in the courtroom on time.  His attorney,

16  Mr. Steinback, arrived late.  That will be a matter I

17  take up with Mr. Steinback at a later time.

18       Ms. -- I'm sorry.  On January 8, 2021, the defendant

19  pled guilty to one count of a seven-count indictment.

20  The defendant pled guilty to Count 4, which charged him

21  with the crime of wire fraud.  This was in violation of

22  Title 18 United States Code Section 1343.

23       By statute, that crime is punishable by up to

24  20 years in prison without the possibility of parole.

25  After the defendant has served his prison sentence, the
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 2 of 85

1   Court can place him on a term of supervised release for
2   up to 3 years.  Probation is an option; and were the
3   Court to impose probation, it would be for a term of 1 to
4   5 years.  The Court can impose a fine of up to $250,000.
5   Restitution is at issue in this case.  And the Court --
6   and it's mandatory restitution.  And the Court must
7   impose a mandatory special assessment of $100.
8       Ms. Lundquist, on behalf of the United States, have
9   you had a full and fair opportunity to review this
10  presentence report?
11          MS. LUNDQUIST:  Yes, Your Honor.
12          THE COURT:  And does the government have any
13  objections to the calculation of the advisory guidelines
14  in this case?
15          MS. LUNDQUIST:  No, Your Honor.
16          THE COURT:  I noted that you did have some
17  objections at paragraphs 10 through 22 of the offense
18  conduct section.  Also, there's an objection at
19  paragraphs 70 and 71, having to do with conduct not part
20  of the criminal defense -- or, I'm sorry, criminal
21  offense; and then at paragraph 155, having to do with
22  restitution.
23      Regarding the offense conduct objections, do you
24  believe the Court needs to rule on any of those
25  objections here today?

*Contact Patrice Murray at PAMurrayReporting@gmail.com
for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 3 of 85

```
 1              MS. LUNDQUIST:  No, Your Honor.

 2              THE COURT:  What about the conduct not part of

 3    the offense conduct, do I need to rule on your objections

 4    there?

 5              MS. LUNDQUIST:  Your Honor, the government is

 6    not seeking a ruling on that.

 7              THE COURT:  All right.  I understand from an

 8    e-mail directed to me, in which the defendant was copied,

 9    that the parties have resolved the restitution issues in

10    this case.  By my calculation, we have total restitution

11    in the amount of $411,908.23.  Is that your calculation

12    as well?

13              MS. LUNDQUIST:  Your Honor, in reviewing the

14    table that the government sent to the Court in advance of

15    the hearing, as well as the offense conduct section, I

16    believe there is a typo in the table with respect to the

17    restitution owed to ████████████████, which is in

18    paragraph 38 of the offense conduct section; and then the

19    table in the PSR is at paragraph, I think, 155.  And

20    looking at those two, there is an inconsistency, in that

21    it is 32.5 from the offense conduct, and 35.5.  And that

22    was inadvertently replicated in the table that the

23    government sent to the Court.

24              THE COURT:  All right.  So that would make it

25    500 -- I'm sorry, $410,908.23?
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 4 of 85

1      MS. LUNDQUIST:  I believe that's correct, Your

2  Honor.

3      THE COURT:  All right.  All right.

4     Mr. Steinback, on behalf of the defendant, have you

5  and your client had a full and fair opportunity to review

6  this presentence report?

7      MR. STEINBACK:  Yes, Your Honor.

8      THE COURT:  I noted the defendant had a number

9  of objections.  He had objections at paragraphs 3B and

10  155, having to do with the summary of the plea agreement.

11     He had objections at paragraphs 3E, 10 through 18,

12  61, and 132, having to do with loss and restitution

13  calculations.

14     Paragraphs 10 through 22 of the offense conduct

15  section.

16     Paragraph 53, having to do with victim impact.

17     Paragraph 109, having to do with his history of

18  gambling.

19     And paragraph 121, having to do with his employment.

20     Are those all the objections the defendant has to

21  the presentence report?

22      MR. STEINBACK:  Yes, Your Honor.

23      THE COURT:  I understand from, again, the

24  pleadings by the parties that the parties have resolved

25  the guideline issues in this case.  They've resolved the

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 5 of 85

```
1   restitution issue.  Do you believe the Court needs to
2   rule on any of your objections here today?
3            MR. STEINBACK:  No, I do not believe the Court
4   needs to rule on any of those objections, no, sir.
5            THE COURT:  Okay.  Very good.  Could you make a
6   brief record of how you went through this report with
7   your client, sir?
8            MR. STEINBACK:  I'm sorry, Your Honor?
9            THE COURT:  Could you make a record of how you
10  went through this presentence report with your client?
11           MR. STEINBACK:  Yes, sir.  Your Honor, Romel
12  Murphy and I went through this report more in a piecemeal
13  fashion than in an entirety.  We reviewed the offense
14  conduct section first, aspects of it.  And then we talked
15  about his financial circumstances.  And then we went and
16  talked about his criminal history.  We also talked about
17  some aspects of what was reflected in his background,
18  growing up.  Thereafter, we talked about the -- the
19  guideline calculations.  Each of those conversations and
20  several others were conducted by phone.  Some would take
21  five minutes.  Some would take an hour and five minutes.
22  But overall, probably in the course of 15 or 20
23  conversations, we covered every aspect of the presentence
24  report.
25           THE COURT:  Very good.  Thank you, sir.
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 6 of 85

1      Ms. Lundquist, I neglected -- I should have asked

2 this early on.  Is the government going to have any

3 objection to the defendant's self-surrender, or is the

4 government asking for detention at the end of this

5 hearing?

6            MS. LUNDQUIST:  The government does not object

7 to self-surrender, Your Honor.

8            THE COURT:  All right.  I'm going to go ahead

9 and excuse then the deputy marshals here.  They have

10 better work to do here today.  You're welcome to stay if

11 you wish, but your presence is not needed.  You may

12 leave.

13      All right.  Mr. Murphy, have you been able to review

14 this presentence report on your own, sir?

15            THE DEFENDANT:  Yes, Your Honor.

16            THE COURT:  And do you feel like you've had

17 sufficient time to go through this report with your

18 attorney?

19            THE DEFENDANT:  Yes, Your Honor.

20            THE COURT:  Whenever you spoke with

21 Mr. Steinback about this report, was he able to answer

22 any questions you had about it?

23            THE DEFENDANT:  Yes, Your Honor.

24            THE COURT:  Do you have any questions today

25 about this report?

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 7 of 85

1          THE DEFENDANT:  No, Your Honor.

2          THE COURT:  All right.  Very good.  Let's go

3   ahead and start then by going through the calculation of

4   the advisory guidelines as determined by the probation

5   office.  That calculation begins at page 16.  At

6   paragraph 56, the probation office has assessed the

7   defendant with a base offense level of 7.  This is under

8   guideline section 2B1.1(a)(1).

9          At paragraph 57, the probation office has assessed

10  the defendant with a 12-level enhancement for loss

11  amount -- the loss amount has been calculated at

12  410,582 -- under guideline section 2B1.1(b)(1)(G).  This

13  falls within the range of more than $250,000 but less

14  than $550,000, resulting in the 12-level enhancement.

15         At paragraph 58, the probation office has assessed

16  the defendant with a 2-level enhancement because the

17  offense involved 10 or more victims.  This is under

18  guideline section 2B1.1(b)(2)(A)(i).

19         At paragraph 59, the probation office has assessed

20  the defendant with a 2-level enhancement because the

21  offense otherwise involved sophisticated means, and this

22  is under guideline section 2B1.1(b)(10)(C).

23         At paragraph 61, the probation office has assessed

24  the defendant with a 3-level enhancement -- this is under

25  guideline section 3B1.1(b) -- because the defendant was a

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 8 of 85

manager or supervisor and the criminal activity otherwise
was extensive.  This results in an adjusted offense level
of 26.

     The defendant has pled guilty to this offense, so
the probation office has awarded the defendant with a
2-level reduction for acceptance of responsibility under
guideline section 3E1.1(a).  And, Ms. Lundquist, what is
the government's position about whether the defendant
should receive an additional 1-level reduction for
acceptance under guideline section 3E1.1(b)?

          MS. LUNDQUIST:  The government does not make
the motion for the third level, Your Honor, as agreed to
in our plea agreement.

          THE COURT:  With 2 levels off then for
acceptance of responsibility, the defendant's total
offense level is 24.

     The defendant has some criminal history, which the
probation office has summarized and scored beginning at
paragraph 72 and carrying over to paragraph 80.  The
defendant's prior convictions have resulted in 9 criminal
history points.  That places the defendant in criminal
history category IV.  So with a total offense level of
24, criminal history category IV, the advisory guideline
range of imprisonment is 77 to 96 months.

     In preparation for today's hearing, I have reviewed

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 9 of 85

1  in detail, of course, this presentence investigation

2  report.  I've also reviewed the pleadings by the parties.

3  The government filed a sentencing memorandum at

4  document 48.  At document number 49, the defendant filed

5  a sentencing memorandum and a motion for a downward

6  variance.  At documents 50 through 51, the defendant

7  filed letters of support.  I believe there are 15 of them

8  in total; I have reviewed those.  At document number 52,

9  the defendant -- I'm sorry, the government filed a

10  resistance to the motion for a downward variance.  And

11  then at document number 60, the defendant filed another

12  letter of support.

13      Ms. Lundquist, have I identified all the relevant

14  pleadings, documents, and exhibits pertinent to today's

15  hearing?

16          MS. LUNDQUIST:  You have, Your Honor.

17          THE COURT:  And, Mr. Steinback, do you agree?

18          MR. STEINBACK:  I agree, Your Honor.

19          THE COURT:  All right.  Ms. Lundquist, this is

20  a victim case.  Do any victims wish to address the Court

21  during the course of this hearing?

22          MS. LUNDQUIST:  Yes, Your Honor.

23          THE COURT:  All right.  Here's the direction

24  I'd like -- or the order in which I'd like to proceed

25  then.  I'd like to hear first from the victim in this

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 10 of 85

```
 1  case.  There is a pending motion for a downward variance.
 2  It is the defendant's motion, but it's my practice in
 3  this courtroom to hear first from the government on a
 4  motion for a downward variance and the sentence the
 5  government believes is appropriate because that then
 6  gives the defense counsel an opportunity to not only make
 7  his own argument but respond to the government's argument
 8  as well; and then I will hear from Mr. Murphy if he
 9  wishes to say anything to me; and then I will impose
10  sentence.
11       Ms. Lundquist, is that order acceptable to you?
12           MS. LUNDQUIST:  Yes, Your Honor.
13           THE COURT:  Mr. Steinback?
14           MR. STEINBACK:  Yes, Your Honor.  I was
15  wondering, Your Honor, if the Court would permit my
16  client to speak first in allocution, and for me to make
17  my arguments in mitigation thereafter.
18           THE COURT:  Any objection to that,
19  Ms. Lundquist?
20           MS. LUNDQUIST:  No, Your Honor.
21           THE COURT:  All right.  We'll proceed in that
22  order then.  All right.  So let's hear first from the --
23  any victim who wishes to address the Court here today.
24  And we can have him come up and sit at counsel --
25  government counsel table.
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 11 of 85

1      (███████ approached the well of the courtroom and

2 sat at counsel table.)

3          THE COURT:  Good afternoon, sir.

4          ███████:  Good afternoon.

5          THE COURT:  Please be seated.  I want you to be

6 comfortable.  And just if you can come up to that

7 microphone.  Perfect.

8      And then just state your name and I'm happy to hear

9 anything you'd like to say.

10          ███████:  My name is ███████.  So it's

11 tough.  It's been three years since all this took place.

12 I've done a lot of forgiving in general.  I'm still

13 paying 3,000 a month.  I've got like 14 to 15 months left

14 to pay off this total.  But me, personally, I think you

15 should give the guy a downward variance.  I think it's --

16 I -- it's a bad crime.  It still sucks.  It still hurts

17 to pay these things.  But it's a lot of time in prison

18 for -- for this.  That's just my opinion.

19      He's lied to me millions of times.  He's done

20 nothing good for me.  But if he has kids or whatever it

21 may be, I just don't -- it's a long time in prison.  It

22 does hurt me to pay the money every month.  It was awful

23 living -- I feel like I got ten years older over this

24 time frame waiting for this person to answer the phone

25 and tell me I have this contract, or this, or this, or

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 12 of 85

1  this.  It was all lies.  But, personally, it's just a

2  long time, the months you said, the time that -- in that

3  variance, that he -- he would be sentenced to.  I just

4  say be kind.  And that would be it, Your Honor.

5              THE COURT:  All right.  Thank you very much.  I

6  appreciate your comment.

7              ███████████:  Thank you.

8              THE COURT:  Any other victims who wish to

9  address the Court?

10             MS. LUNDQUIST:  No, Your Honor.

11             THE COURT:  All right.  Very good.

12        And so, Ms. Lundquist, I'm happy to hear from you

13  now regarding the sentence you believe is appropriate and

14  your response to the defendant's motion for a downward

15  variance.

16             MS. LUNDQUIST:  Thank you, Your Honor.  The

17  United States asks the Court to deny defendant's motion

18  for a downward variance and impose a sentence within the

19  guidelines range.  Looking at the nature and

20  circumstances of this offense, defendant defrauded the

21  victims in this case to obtain money to gamble.  He

22  induced them to send him money with fraudulent concerts

23  that were designed to make his representations about

24  being able to book these artists legitimate.  He used

25  fake wire transfer forms to make it look like he had sent

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 13 of 85

1  payments to artists when he had not.  And every time he

2  did this, he was causing these victims to make

3  arrangements for concerts that he knew were not going to

4  occur.  A lot goes into concerts of this nature:  Venues,

5  lighting, sound, ticket sales, advertising.  And as the

6  dates would approach, as reflected in the offense conduct

7  section, after the shows had been advertised, the victims

8  would find out that no communications had been had with

9  the artists, usually through cease and desist letters or

10  the actual representatives of the artists contacting the

11  victims to say that the shows were not legitimate.

12      That information did not come from defendant.  He

13  left all the fallout for the victims.  And that included

14  potential harms to their business reputations as these

15  shows were advertised and then abruptly canceled.

16  Frequently, even after the shows had been canceled,

17  defendant would continue to lie by sending false wire

18  transfer forms again to make it look like he had sent

19  repayments back to the victims, when again he knew very

20  well that he had not.  This was a national and even

21  international fraud, as two of the victims were in

22  Australia.  It went on for months, and it was still going

23  on at the time the defendant was interviewed by the FBI

24  in February of 2019.  As reflected in paragraph 47 of the

25  PSR, defendant received $10,000 from a victim in

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 14 of 85

March 2019, a month after -- or several weeks after the
interview with the FBI.

Defendant relies on his representations regarding a
gambling addiction as a mitigating reason for his
offense. But this fraud was calculated, and it involved
the creation of all these false documents. And, again,
it spanned months. It wasn't a situation where defendant
was legitimately in possession of some money, went into a
casino that he happened to be passing, and blew it. This
was money that he lied over and over to solicit and
obtain and then he spent on his own recreation.

And as reflected in the PSR, he was not suffering
from financial hardship at the time that he did this
either. As reflected in the PSR, his actions resulted in
a total loss of over $410,000. That's just above the
middle of the loss guideline range, the range of 250' to
550,000. And so the nature and circumstances of this
offense are very aggravating.

Looking at defendant's history and characteristics,
this is defendant's fourth federal felony case. All of
them for white-collar or fraud-related offenses. That is
outside the norm for these types of cases. And looking
at these past offenses, there are several particularly
aggravating circumstances regarding his conduct. The
biggest, obviously, is that he committed two of those

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 15 of 85

1  previous offenses while he was on supervised release.

2  Paragraphs 75, 76, he committed a state forgery crime, it

3  appears on the day he started supervised release.

4      I also have to correct an error in my resistance to

5  the downward variance. I had referenced a sentence of

6  30 months for the offense listed in paragraph 78;

7  however, looking at the dates of imprisonment and going

8  to the docket in that case, defendant received a sentence

9  of 54 months of imprisonment because the two counts of

10  aggravated identity theft were run consecutively.

11      Looking at the losses in his prior case, they were

12  much lower than the loss that is at issue here; just over

13  40,000, 35,000, 2,000. His offense here went on far

14  longer, it was greater in scope and complexity, and it

15  involved a loss more than ten times greater than any of

16  those in his previous cases.

17      Defendant was discharged from supervised release in

18  his third case on November of 20 -- November 29, 2013.

19  And the offense conduct in this case began in around

20  December 2017, so only four years later.

21      So his history on supervision was very poor. As I

22  mentioned, he committed two of his prior offenses while

23  on supervised release, and he also had other violations.

24  He was revoked twice and sent back to prison.

25      Defendant's motion for a downward variance relies on

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 16 of 85

```
 1  two principle bases, and the first is a gambling
 2  addiction.  As noted in our brief, the guidelines state
 3  that a gambling addiction is not a reason for a downward
 4  departure.  This is a variance, not a departure; however,
 5  it's not an appropriate ground for a variance here
 6  either.  And there is little evidence of his gambling
 7  addiction in the record.  Looking at paragraphs 109 and
 8  110, the probation office attempted to obtain records but
 9  was unable to do so.  There's no other past medical
10  records identifying this or diagnosing defendant with
11  this addiction.  There's one letter from a provider
12  stating that he has a gambling addiction, only the
13  letter, no treatment records, attendance records, no
14  résumé or CV, no indication of her credentials or
15  qualifications to make such a diagnosis.  And all the
16  other evidence stating that this is an addiction for him
17  is self-reported.  And that is not sufficient to carry
18  his burden for a downward variance, especially one of the
19  magnitude that he is seeking here.
20      His second principle reason for the downward
21  variance is his charitable works.  And, again, the
22  guidelines say that charitable works are not ordinarily
23  relevant to a departure, and the Court knows that
24  charitable activities are ord -- ordinarily merit any
25  adjustment downward if they are extraordinary.  And
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 17 of 85

1   looking at the defendant's charity work, I would note

2   that his work began in November of 2020, less than a year

3   ago, and that's after his offense conduct and ten months

4   after the indictment in this case.  So the entire time

5   he's been working with that charity, he's known that at

6   some point he would be sitting in this courtroom for a

7   sentencing hearing at some point.

8        Defendant also cites his behavior on pretrial

9   release and restitution payments as support; however,

10  both of those things are the expectation and not

11  exceptional enough to warrant the downward variance that

12  he is seeking here.

13       Deterrence is an especially important factor in this

14  case, both specific and general.  Looking at specific

15  deterrence, he received previous sentences of 7 months,

16  18 months, then 54 months, as well as two revocation

17  sentences of 9 months and 12 months.  None of that

18  deterred him from committing this offense, by far his

19  most serious, less -- or around four years after being

20  discharged from supervised release.

21       Defendant states that his conduct has already

22  resulted in a certain punishment of a federal felony

23  conviction that will affect him for the rest of his life.

24  Well, he already had three previous federal felony

25  convictions at the time that he committed this offense

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 18 of 85

```
 1   and it did not stop him, again, from committing this
 2   offense.  So there's no reason to believe that the mere
 3   fact of this conviction would deter him where three
 4   previous ones, coupled with prison sentences, did not.
 5        Also, looking at general deterrence, the public
 6   needs to understand that this type of fraud is very
 7   serious and having -- and committing it will end up with
 8   serious consequences.  He claims the certainty of
 9   punishment will deter, not the severity of prison time.
10   But contrary to that argument, a sentence of probation
11   could send the message that stealing and gambling away
12   $410,000 of other people's money has no substantial
13   consequences.  So general deterrence also weighs heavily
14   in favor of a sentence of imprisonment rather than
15   supervision.
16        We've already discussed restitution, and the
17   government would just ask the Court, as discussed, to
18   award full restitution to the victims in this case and
19   order the total amount due and payable immediately.
20        Finally, to address the specific sentence that the
21   government is recommending here, defendant has 9 criminal
22   history points.  That's the top of category IV.  And his
23   loss amount is over the middle of the guidelines range
24   for this -- for his loss range.  So based on the loss
25   amount, his prior history with these types of offenses,
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 19 of 85

```
 1    and all of the other factors I've discussed, the
 2    government recommends a sentence at the high end of the
 3    guidelines range.  And for all those reasons, we would
 4    ask the Court to deny defendant's motion for a variance
 5    and impose a sentence at the high end of the range.
 6                THE COURT:  Thank you, Ms. Lundquist.
 7                MS. LUNDQUIST:  Thank you, Your Honor.
 8                THE COURT:  All right.  At this time I'm happy
 9    to hear from you, Mr. Murphy.  Mr. Murphy, you don't have
10    to say anything.  And if you choose not to say anything,
11    I won't hold that against you in any way.  But if there
12    is anything you would like to say, now is the time to do
13    so.
14                THE DEFENDANT:  Thank you, Your Honor.  First
15    off, from -- I wanted to thank ████ for his
16    recommendation, and I already have acknowledged you and
17    the victims in this.  So it -- good afternoon, Your
18    Honor, and to everyone in the courtroom.
19         I want to, first of all, apologize to the victims of
20    my crime.  I apologize for my actions, and I will make
21    complete restitution, and I hope you will give me a
22    chance to show you the real Romel Murphy that stands in
23    front of you.
24         I would also like to apologize to the courts and
25    anybody that is involved with this.  I want to take this
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 20 of 85

1   time to go through my day in my life as an addict.  This

2   addiction practically destroyed me.  A typical day after

3   my car was repossessed due to this addiction, I had to

4   live with the lie that I told my wife that it was stolen.

5   My days consisted of me waking up at 7:00 a.m. and waking

6   my children, ████ and ████████████, up for day-care and

7   preschool, respectively.  As my wife, Trelinda, got

8   dressed for work, I would get my kids dressed and prepare

9   breakfast.  We would leave out and I would first drop

10  Trelinda off at work and then the kids.  Afterwards, I

11  would begin working the phone trying to book shows and

12  use my commissions to cover up debts from gambling.  I

13  would say to myself "No casinos today."

14       By noon, I'd have ████, ████, Antwyone, and a

15  plethora of other people texting and calling me -- some

16  I'd answer; some I would ignore -- calling about their

17  money and show bookings.  I then would say to myself, "I

18  know this Lil Wayne show is not happening," so I now have

19  to figure out something because of the phone calls, the

20  physical threats, and people coming by my house

21  confronting my family and my wife about debts that I had

22  lied to her about.  So then I would scrape up any money

23  that I could get and I would go to the casino, and I

24  would believe, "This time I'm going to hit the casino,

25  pay everybody back, and send the artists their money

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 21 of 85

1  respectively."  The opposite would happen.  I would leave

2  the casino a loser again.  This was a daily thing.  I

3  would cry, yell at myself, but I couldn't beat the

4  addiction alone.

5      I would leave in time to pick up ████████████, and

6  Trelinda, forcing myself to pretend to be okay and lie

7  that I had a great day with bookings, while I was crying

8  inside looking at my wife.  I've lost friends.  I've lost

9  my business.  I've lost [sic] public embarrassment.  My

10  profit -- some members of my nonprofit board resigned.  I

11  almost lost my family due to the stress of this

12  addiction.

13      This addiction -- this addiction was prison for me.

14  I live with depression, suicidal thoughts.  My children

15  are the only reason that I still stand here today because

16  I couldn't leave them.

17      A typical day in my life two-and-half years later,

18  my alarm goes off around 6:45.  I check my e-mail for

19  loads that I have to pick up and deliver, as I am a truck

20  driver now.  I wake ██████ and ██████ up at 7:15.  As my

21  wife, Trelinda, is assisting them getting dressed, I make

22  breakfast.  It typically consists of fruit, cereal, and

23  yogurt.  I then make ██████ and ████████ lunch, and I drop

24  them off at school by 8:45.  Back at home at 9:00, I jump

25  out of the car and into the truck, where I begin my

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 22 of 85

workday, while delivering my scheduled deliveries. Every

Monday at 11:00 a.m., Dr. Beyrl, my therapist, calls me

for a 30-minute check-in to make sure I'm staying on top

of my gambling addiction and seeing my mental state.

Around -- around 1:00, I go to the Barbara Murphy

Community Resource Center and check in with the volunteer

staff. And we hand out hot meals every day, Monday

through Friday. Around 2:00 I get back on the road and I

drive my truck.

On Mondays I have class for my nonprofit management

certificate from the University of Chicago from 5:00 to

7:00. Trelinda usually picks up the kids. The remaining

days of the week, besides Monday, I pick them up. Then

after class, I do bath duties, I put them, ███ and

███, in bed, then Trelinda and I catch up, I upload my

delivery receipts, and I wind down for bed.

So as you see, Your Honor, my life is totally

changed, and I ask the Court's mercy, and allow me to do

home confinement while I pay full restitution to the

victims. Any court fines that are placed on me I will

make sure they're paid. I am now gainfully employed, no

longer in the music business, and I will continue my

gambling therapy for the rest of my life because it's

something that I found that I can't handle by myself,

when I thought I had any control. I want to be able to

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 23 of 85

```
 1   share my story with others and change their life in a
 2   positive manner because I've seen both sides of the
 3   fence.  I take full responsibility for the crimes I
 4   committed, and I would like to show the world the
 5   rehabilitated Romel and be there as a father for my
 6   children, which is something that I didn't have growing
 7   up.  I want to pay the victims every penny.  And with my
 8   family, my brother and sister -- my sister's in the
 9   courtroom -- we have put a plan that within 18 months
10   every penny will be paid for the loss, and we've already
11   started by making a $50,000 restitution payment this
12   month.  Thank you, Court, and I apologize.
13            THE COURT:  Thank you, Mr. Murphy.
14        Mr. Steinback, I'm happy to hear from you now.
15            MR. STEINBACK:  Thank you, Your Honor.  Your
16   Honor, would it be all right if I moved a little bit
17   farther down on the bench here?
18            THE COURT:  Certainly.  You can sit wherever
19   you wish at that table.
20            MR. STEINBACK:  Thank you.  While I don't
21   necessarily think it's true, everybody tells me I turn on
22   the television too loud and that my hearing is getting
23   worse, and so if I get closer to you, I can hear what the
24   Court has to say.  Thank you.
25        I know we're going to take up issues concerning my
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 24 of 85

```
 1   shortcomings and failures, but I think while everyone is
 2   here, I want to begin by apologizing for the
 3   inconveniences, administrative costs, and the
 4   difficulties from the standpoint of precious judicial
 5   resources expended, and also --
 6           THE COURT:  Mr. Steinback, I would just as soon
 7   skip this.  I want to assure Mr. Murphy that any
 8   shortcomings of yours has nothing to do with his
 9   sentencing, is not going to affect my ruling in any way,
10   and I think it's inappropriate for us to talk about it in
11   his sentencing hearing, so let's move on.
12           MR. STEINBACK:  Very well.  Your Honor, in
13   Mr. Murphy we have a 43-year-old father/husband of two
14   and -- father of two small children, ages six and three;
15   a wonderfully supportive wife, who is not here because
16   she's home with the children.  One of the two siblings
17   with whom Romel is closest is a sister, Debra Simmons, is
18   present in court, sitting in the pew on this side of the
19   courthouse -- courtroom.
20       Rarely, Your Honor, do I ever reference anything
21   filed by the government as a basis in which to begin
22   arguments or presentations with respect to mitigation,
23   but in this instance, I don't disagree and neither does
24   Romel Murphy disagree with the variety of
25   misrepresentations, lies, deceptions, and thefts that
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 25 of 85

```
1   went on over the course of the period of time described
2   in the indictment, and, in all candor, had gone on before
3   then.  All of that has been elaborated, not just in the
4   government's position paper and in its vigorous
5   opposition to any downward variance, but also described,
6   as Your Honor is well familiar, in nine pages in the
7   presentence report, which is incredibly comprehensive.
8        The first contact that I had, Your Honor, with Romel
9   Murphy was late January of 2019.  He called.  He advised
10  me that he had been contacted by one of the people he was
11  doing business with, but that individual had been
12  contacted by a government investigator.  And he wanted
13  me, in no uncertain terms, to reach out to someone in
14  authority who was involved in the government's
15  investigation, arrange to meet that individual or those
16  individuals, and do that so that he could admit, confess,
17  his wrongdoing.  The enormity of the guilty conscious
18  that he felt then, in some ways, unburdened himself with
19  that confession.
20       It is the interview reflected in paragraph 48,
21  page 15 of the presentence report, the one on
22  February 26, 2019, where that happened, where an agent, a
23  case agent, present in court today, together with other
24  agents, met in my den at my home; and there and then,
25  about a year or so before any charges were ever brought,
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 26 of 85

1  without promise of anything, Romel fessed up.  Now, all

2  the details were not discussed.  All the details were not

3  discussed by Romel, but he corroborated, confirmed, and

4  admitted to this fraud.  He did not minimize.  He did not

5  offer any obfuscation.  He simply said, "I did these

6  things."  The presentence report says he corroborated the

7  information, and I just simply would add to that

8  description that he confessed outright.

9       Now, I want to underscore that it is -- it is rare,

10  I think, that an individual seeks out and attempts to

11  foster an arrangement in which he confesses, in which

12  he -- that's the first and only thing he asked for me to

13  do.  And that -- when anyone discusses his acceptance of

14  responsibility from the beginning, it should be noted

15  that this was his effort, his desire to organize this

16  meeting that caused it to happen.  And the investigators

17  were kind enough to come into my home, Romel came there,

18  and the interview ensued.

19       And beyond the confession of what was known, there

20  were other details that were very painful for Romel to

21  get into, shameful, inexcusable in his mind and I'm

22  certain in everyone's mind, including the fact that when

23  he ran out of his money, he began to take his wife's

24  savings.  In the presentence report, it talks about a

25  hundred thousand dollars, and that's about what it was.

Contact Patrice Murray at PAMurrayReporting@gmail.com
for a complete copy of the transcript.
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 27 of 85

```
 1   Not all at one time, a thousand here, 3,000 there, until
 2   a hundred thousand was gone.  Every penny of which went
 3   into the riverboat casino, at a place called the
 4   Horseshoe in and around Hammond, Indiana.
 5        And it has been from that point until his eventual
 6   guilty plea in early 2020 that Romel has continued to
 7   adhere to his commitment to plead guilty.  And he has
 8   pled guilty, and he has done so without wavering and
 9   without ever making any other decision but to do so.
10        I emphasize this also because, while there is
11   nothing I can do about when the government determines
12   that it is going to begin to prepare, it was not anything
13   about what Romel did which prompted the government to
14   prepare for trial on Count 4, the count to which he pled.
15   Doubtless, the prosecutor began to prepare, and once
16   deciding to do that, it is exclusively, as I read the
17   law, the government's determination not to give that
18   extra point, but it was not based on any unwillingness on
19   Romel's part to plead guilty.  The hang-up had nothing to
20   do with this count.  The hang-up, as referenced in the
21   previous versions, had to do with the inclusion of
22   another count that ultimately -- from the beginning we
23   contended Mr. Murphy was not guilty of.  And I had no
24   intention of pleading him to that count, and it took a
25   while for us to work through that.  Ultimately, the
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 28 of 85

1   government did or will dismiss that count.  Not as part
2   of a plea bargain.  Because we hashed it out, and it took
3   time.

4        Now, Your Honor, there are people in each of our
5   lives who make huge differences.  In Romel's life it was
6   his mother, Barbara Murphy.  Barbara is referred to as
7   his best friend in the presentence report, but she was
8   even more than that.  She was Romel's polestar.  She was
9   the person there when he cried.  When he fell down, she
10  lifted him up.  When he needed guidance, she guided him.
11  When he needed spiritual understanding, she took him to
12  church.  When he needed -- anything that troubled him,
13  she was there by his side.  She shepherded him away from
14  an abusive father.  She was there for him until,
15  tragically, an untimely death took her at the age of 47,
16  at which time Romel was 19 -- 19, not quite 20.  A
17  relatively fragile time for him, a tragic loss, and one
18  that caused him to spiral out of control.  It is not
19  coincidental that upon his mother's extreme illness that
20  he began to do things that he had not done as a younger
21  boy, as a high school student, but only as he approached
22  19 and 20.

23       It was 20 when he first walked into a casino.  He
24  had been tutored on gambling from his father.  While his
25  mother was always there for the kind of advice that one

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 29 of 85

1  would hope that a parent would give a child about right

2  and wrong, good and bad, support, the most that Romel

3  could ever hope to receive from his dad was a tip on the

4  winners for the next horse race, and that's something

5  that the father himself wrote in his letter.  It is a sad

6  and difficult circumstance, certainly not unique, but

7  unique in Romel's life, because the casino became an

8  outlet for Romel, somewhere where he could deal with

9  things that he couldn't deal with outside of that place.

10 The casino was a place for Romel to find some modest

11 sense of importance, some sense of stature for a few

12 moments, while the roulette wheel was spinning and the

13 ball hadn't hit into the number finally and everyone was

14 looking at him and he seemed somehow to have an elevated

15 status; and then he'd lose.

16     The offense here, Your Honor, is confined by the

17 charges in the indictment, but the gambling, as reflected

18 in the presentence report, went on throughout the

19 entirety of Mr. Murphy's life, from 19 or 20 all the way

20 until he recognized the self-destructive and near

21 suicidal ways that he was thinking and sought some help,

22 recognizing that he had a problem he could not deal with.

23     The government makes a point of the fact that there

24 was a fraud, and another fraud, and another fraud, and

25 that these just became bigger frauds as a function of a

Contact Patrice Murray at PAMurrayReporting@gmail.com
for a complete copy of the transcript.
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 30 of 85

1  fraudster who's on the con trying to sell things that

2  don't exist, or set up a shop, vanish, and then get some

3  money.  This was not a series of those kinds of frauds or

4  phony stock arrangements.  They were the kinds of things

5  that build up from small to big.  All of these crimes,

6  all of these thefts, these identity issues, these bank

7  checks, these bad bank fraud matters, every single one of

8  them was an outgrowth of his efforts to get money to

9  continue to gamble.

10      He didn't wake up at the age of 39 and become a

11  gambling, pathological, compulsive addict.  That's not

12  what happened.  It was a longstanding and ongoing battle.

13  And for the longest time, he did not recognize it as a

14  problem.  He saw it as solutions to problems.  He

15  believed that going to a casino, chasing his losses,

16  would obtain the monies that were necessary just around

17  the corner to catch up with everyone.  Sadly, and

18  unfortunately, that never works.  The casinos

19  mathematically, statistically, cannot be beaten.  No one

20  ever does unless they happen to go in once, get lucky,

21  and leave.

22      There was a reference in the opposition, the

23  resistance to a downward variance, that Mr. Murphy did

24  this for entertainment and he did so using monies from

25  other people, not his own.  I'm curious as to where that

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 31 of 85

1  argument's basis is found, because everything, literally
2  everything, he ever got his hands on -- whether his,
3  someone else's, his wife's -- all went down the drain in
4  one casino; and then when he banned himself from that
5  place and in that state, he found another in a little
6  town called Rosemont, a great big casino there in
7  Illinois where he wasn't banned.  The pathology didn't go
8  away just because he banned himself from a place in
9  Indiana, and neither did the casinos.  They were only too
10  happy to take his money, and they did.  And as stated in
11  the presentence report, in some years as much as $300,000
12  in losses.  The $52,000 to which the government refers
13  that he earned in gross pay in 2018 was a drop in that
14  bucket.  100,000 he took from his wife was likewise a
15  drop in that bucket.  So were all the monies from
16  individuals like the gentleman who was here speaking
17  today, and still is.  Those monies were obtained
18  fraudulently or by misrepresentation, or sometimes in
19  some other cases he actually had the deal going, actually
20  would have earned the commission, but spent the
21  commission, and then took the money for the performer and
22  used it to go gamble, trying to chase the losses from the
23  last loss; and the performer wound up, therefore, never
24  getting their money and the performance never happened.
25  These are the kinds of patterns that occurred throughout

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 32 of 85

1   his life, and they have haunted and, as in Mr. Murphy's

2   words, come very close -- perilously close to destroying

3   him.

4        There were so many lies that his life was comprised

5   of just at home.  There's reference in paragraphs 122 or

6   124 of the presentence report to a car payment that's

7   being made, that's still being made, based on a

8   repossessed vehicle that Romel had repossessed in 2018.

9   He's still paying on that car.  He just doesn't have it.

10  When it was repossessed, he told his wife it was stolen.

11  Another lie he'd have to live with.  When he wasn't

12  paying rent, his biggest fear was that his wife would be

13  home from work, the landlord would come by, and she would

14  find out that they were on their way to being evicted.

15  None of those things fall into the category of

16  entertainment, nor do they fall into the category of

17  using other people's money.  He used all of his, then a

18  huge deal of his wife's, and everyone else with whom he

19  came into contact.  And his business was not illusory.

20  Replete in the presentence report are references to

21  people who did business with Romel and had actually had

22  successful performances go on at certain venues, and

23  that's why they continued to call him.  It's a reputation

24  he developed and then destroyed.

25        Now, it's a good thing he's out of that business,

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 33 of 85

```
 1   because that business isn't good for him.  There's too
 2   much money that comes in at one time, and it's dangerous
 3   for him to have that kind of money, because he will
 4   always be an addict, Your Honor.  It's not that he was
 5   one and today he's not.  He will be recovering for the
 6   rest of his life, and that's why these daily -- or rather
 7   weekly meetings with his psychologist are critical.
 8        The government makes a point that they have a report
 9   from a psychologist, but they don't have all the dates of
10   his attendance.  Well, there is an unrebutted report of
11   an expert, and if the government had any doubts at any
12   time, they could have simply asked me, and I would have
13   been happy to make him available to whatever expert they
14   chose.  There has been no challenge to the validity of
15   that report until today.  And I think it's not just too
16   late, I think it is unwarranted.  The number of the
17   person who was there would have been happy to speak with
18   the government any time they chose.  We would have been
19   happy to provide a waiver so that they could access
20   anything they wanted.
21        There is nothing about his being treated that has
22   been in any way kept a secret.  They know who.  They know
23   where.  We've told them when.  And not just that, Your
24   Honor, but when you look at what has happened over the
25   lifetime of this individual, you will see -- and the
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 34 of 85

```
 1   government has been very, very capable in pointing out,
 2   as has the presentence report -- the criminal history;
 3   and that even while on supervision, having just been
 4   released, another offense has been committed.  And it's
 5   not coincidental, Your Honor, that in the government's
 6   own memo, they identify where it was that he was
 7   arrested.  In a casino.
 8        So why now have there been no new arrests, no new
 9   offenses, nothing new since two-and-a-half years ago?
10   What happened that changes that?  It certainly wasn't the
11   incarceration that deterred him.  It certainly wasn't the
12   supervision he was on.  It was the intervention of a
13   doctor who began to treat him.  And it was his
14   willingness and openness to that treatment and to
15   recognize his failures, shortcomings, and the pathology
16   that is this gambling disorder.
17        We -- the doctor mentions in her report about the
18   American Psychiatric Academy and its DSM-V and these
19   criteria used in the DSM-V.  And in looking at that, that
20   DSM number changes from -- the first time I ever looked
21   at it, it was DSM-I.  It's now DSM-V.  It goes from III,
22   to III and a half, and so on.  And at V, and I believe
23   back in IV, the gambling compulsion was regarded far more
24   seriously by a -- a universal psychiatric evaluation
25   manual that is the bible of psychiatry.  And it
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 35 of 85

1 recognized -- recognizes gambling pathology as an

2 illness, a disease, every bit as serious as cancer,

3 because, like cancer, which eats away at the person who

4 is suffering from it, gambling pathology and its

5 compulsive components eats away at that individual. Just

6 as surely as that cancer is going to ultimately get you,

7 you are going to lose everything: Your liberty, your

8 business, your family -- which he was on the precipice of

9 having lost -- your car, your home, everything that you

10 have, until you no longer feel that you are worthy of

11 living. And the only thing you have left to decide is

12 whether your depression is such that it is better to end

13 your life than to continue on this way. It is a

14 nightmare that continues to grow because of its

15 irrational, illogical, rearrangement of priorities, so

16 that things like obligation, family, commitment, all of

17 those things, job, they all become reduced to a footnote

18 when contrasted with the urge to gamble. That urge

19 choking the reason -- one judge said "hijacking the brain

20 so that it no longer thinks properly."

21      And, ultimately, what it has left this individual is

22 filled with guilt, shame, and depression. And there is

23 no bottom to the pit of gambling compulsion. You just

24 keep falling deeper in, and there's no graceful exit.

25 There is only a willingness to recognize that you are

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 36 of 85

```
1   messed up, that you need help.  And to overcome the fear
2   of stopping that which you are accustomed to and changing
3   it, making real change, so that you have the courage to
4   find a way out.  And that is the reason why this
5   individual has not violated any of the conditions of his
6   release.  Not a single blemish of any kind.  Not an
7   interaction with a law enforcement officer.  Nothing.
8   And that is -- there is no time in his adult life where
9   that can be said, and the only explanation is the
10  assistance that he voluntarily sought to obtain.
11        Now, Your Honor, there are other matters which I
12  would like to speak to, address briefly.  One of those
13  matters has to do with other aspects of acceptance of
14  responsibility.  An individual who not only comes forward
15  and volunteers his wrongdoing at the first opportunity,
16  who finds -- who quits the business that he was in that
17  enabled this kind of misconduct, who remains violation
18  free in a lifetime that has otherwise been filled with
19  nothing but violations, and who not only continues to
20  participate in therapy weekly but to educate himself on
21  Monday nights, the only time that he can squeeze that in.
22        And lastly -- and somehow, again, the government in
23  its opposition to our downward variance says that
24  restitution should not be a factor considered in
25  connection with that request.  And there's an argument
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 37 of 85

```
 1   there that confounds me some, that if restitution by
 2   itself were something that were sufficient to warrant
 3   downward variance, then only the rich would be in a
 4   position to buy their way out.  Now, I don't think that's
 5   true, but we're not talking about the rich here.  We're
 6   talking about an individual who now has an outstanding
 7   job as a truck driver, makes a good hourly wage.  And he
 8   is able, because all of his loads are close to the area
 9   where he lives, to come home every night, be part of his
10   children's lives, stop off at the community center, do
11   what he does there best, which is mentor young people who
12   are -- would have gone his way or some other way worse.
13        About that community center, yes, it's true, that it
14   began after his self-awareness.  Yes, it's true, it began
15   a year ago.  But it is no less important or significant
16   that this individual did something that no one in the
17   history of that neighborhood has ever done.  Washington
18   Park is second in neighborhoods that are underserved only
19   to Woodlawn in Chicago.  And Woodlawn is a riot of
20   gunfire and gang violence.  And Washington Park is just
21   behind it.  There is not a time that you can drive
22   through that neighborhood for -- for any -- for any less
23   than five minutes and not hear gunshots.  And the -- the
24   people he mentors have not only done well under his
25   mentoring, but they have decided to go to school, and
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 38 of 85

some of those people have written Your Honor.  They've
determined that there is something to do besides continue
to kickback with the gang.

The people that he feeds, it's not like he's got
this money, he's made this great largesse to the place,
and watches other people work.  He feeds the poor.  He
solicits the money from the corporations in and around
the country that are willing to fund these places, every
single day, to find that money so that people can be fed,
people can be clothed, so that there are ways to access
schooling, advanced education.

He actually has been involved actively in gang fight
mediation, something that was expressly recognized by the
State's Attorney of Cook County.  And I can tell Your
Honor that that letter would not have lightly been
written, because she is one very tough two-fisted
prosecutor.  And she is wholly supportive and has given
the resources of her office to that community center, as
have the Chicago Police Department, because it cuts down
crime; because rather than having shootouts, they have
mediations.  And right in the center of them is Romel
Murphy.  And to say that that is anything less so because
he's come to recognize his need to contribute and desire
to give back, and the fact that he has the ability to do
so and that that comes late, does not mean that it should

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 39 of 85

```
 1   be ignored.
 2        I don't have this quote exactly, but Justice
 3   Frankfurter had said "Wisdom ofttimes never comes.  One
 4   ought not reject it merely because it comes late."  There
 5   is great wisdom in this young man, Your Honor, and there
 6   are great things that he can do with his life.  He has
 7   looked forward to growth, not theft.  He has looked to
 8   overcome the fear of dealing head-on with these problems,
 9   and will continue to do so whatever it is that Your Honor
10   ultimately determines should be his fate from today.
11        There is a quote consistent with something I said
12   from a person by the name of Maslow, who I think is
13   famous for some scale of something in the 20th Century.
14            THE COURT:  Maslow's hierarchy of needs.
15            MR. STEINBACK:  I'm sorry, Your Honor?
16            THE COURT:  Maslow's hierarchy of needs.
17            MR. STEINBACK:  Thank you.  Maslow had said,
18   "One can choose to go back or forward toward growth, but
19   both must be chosen again and again, while fear must be
20   overcome again and again."  Every day of Romel Murphy's
21   life he has to choose to continue on this path of change.
22   He has to resist that urge.  He has to continue to
23   contribute.  He has talked about a day in his life.  But
24   even when I was his age -- some 27 or so years ago -- I
25   don't think I could have managed driving 300 miles,
```

Contact Patrice Murray at PAMurrayReporting@gmail.com
for a complete copy of the transcript.
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 40 of 85

1  offloading those loads that are given to him, making sure

2  his children get to school, making sure he gets to the

3  community center to feed or mentor or mediate, get back

4  home in time to put the children to bed, and then have

5  dinner and discuss life with his wife, and start the

6  whole thing over again, with two single except -- two

7  other exceptions:  One, the Monday treatments, which are

8  absolutely critical to this individual; and, two, his

9  effort at educating himself so that he can be better at

10  what he does, and better himself.  And none of those

11  things go toward making more money.  They go towards

12  making him a better human being.  Yes, it is

13  compensatory.  Yes, it is an effort, all-out, to change

14  that which he has been to become that which he wants to

15  be.  But he has come so far.  He has done so much.  And

16  he is in every way imaginable willing to continue to do

17  so.

18     I had advised the government that a $50,000 payment

19  was going to be forthcoming, that it was coming from

20  Mr. Murphy's wife's retirement account.  The hoops were

21  jumped through, the penalties were paid, and the 50,000

22  did come.  And I'm certain that the government will

23  attest, because I know that we discussed it, that indeed

24  a $50,000 payment towards restitution was made.  Now,

25  that in no way should be construed as attempting to buy

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 41 of 85

1    his way out of prison.  I wouldn't think that that would

2    cause Your Honor to think prison is now, therefore,

3    inappropriate.  It's not -- the gesture was not for that

4    purpose.  It was so that he could finally get some money

5    to the people who he put off for so many years, lied to

6    for so many years.  Then maybe one day he could actually

7    face them without shame.

8         And unlike the reference here about those who are

9    wealthy being able to buy their way out, it would take a

10   village for Romel Murphy to be able to pay this down.

11   His sister is here.  She was a ranking member of the Air

12   Force; now has a prominent job in government.  Doesn't

13   make a fortune but is willing to pay whatever she can,

14   and a commitment of $20,000 has been made.  He has a

15   brother -- actually, a half-brother -- who has likewise

16   said, "You show me that you are continuing on this path,

17   and I will help you."  He's a CEO of a major cooperation.

18   I have spoken with him briefly, he's called me, and he

19   has verified that.  His wife has an outstanding job.

20   When the government talks about Romel Murphy having a

21   positive net worth, two things come to mind:  One, almost

22   all of it is his wife's income; and, two, when you

23   subtract the $411,000 in restitution, or whatever

24   ultimate amount Your Honor determines to be appropriate,

25   any sense that there's a positive net worth becomes

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 42 of 85

1  elusory.  It's gone.  It's wiped out.  And that's a real

2  debt, as everybody knows.  And it's mandatory.  He has

3  sworn that he will pay it.  He has paid as much as he can

4  to date and will continue to do so.  He says he can get

5  this done in two years.  I hazard to use this word, I

6  would not bet against him.

7       Your Honor, I don't say that making restitution in

8  $50,000, and ultimately in two years in 3' or $400,000,

9  is by itself a basis for a downward variance.  I don't

10  say that an early confession by itself well before

11  charges were ever brought, with no promises, is by itself

12  sufficient for a downward variance.  And I don't say that

13  the willing -- the voluntary cessation of the very

14  behavior that created and engendered all of this by

15  itself is sufficient to warrant a downward variance.  Nor

16  do I say that the pursuit on an ongoing basis of the

17  treatment necessary to ensure that he not go back by

18  itself is a basis for a downward variance.  But I do tell

19  Your Honor that when you combine that with the community

20  efforts that he is immersed in that entail real risk to

21  him, and as verified by serious people who do not hand

22  out compliments readily, you have in combination a

23  compelling reason why a guideline sentence is not

24  appropriate here.

25       And the government says that the guideline policy

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 43 of 85

 1  says that gambling pathology should not be considered,
 2  but the guidelines in every circuit, including the
 3  Eighth, have long since been held only to be advisory,
 4  the policies likewise.  The cases are legion about
 5  downward departures, downward variances for alcoholism,
 6  for drug addiction, and for the disabilities that he
 7  suffers.  They are no different, and they cause the same
 8  kind of ultimate destruction, and in -- all of the harm
 9  that was caused to this gentleman here and the various
10  individuals identified, to which we freely admit, no one
11  was harmed more by this behavior than Romel Murphy
12  himself.  He was, as I say, on the precipice of losing
13  everything, including the strong consideration of his
14  life.
15      I have one other observation I ask Your Honor to
16  bear with me on.  It has to do with time.  It has to do
17  with something that I'm going through now, and it has to
18  do with something I've seen with my own eyes, and I
19  believe has some application to this proceeding.  Time is
20  something I became acutely aware of at the end of my
21  father's life.  He had battled multiple myeloma for
22  eleven years and had a series of remissions, but at the
23  end, a 6-foot strapping man was reduced to 5-foot-4
24  inches and 103 pounds.  And he said to me three days
25  before he died, "Son, you know, the only thing we have is

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 44 of 85

time," which I thought was bizarre when he said it,
because he was near death and he knew it, and I knew it.
And the only complaint he ever made, and it was just one,
was "I wish I had just a little more of it."

Now I've got two brothers that are battling cancer
and a brother-in-law with metastatic pancreatic cancer.
My baby brother has the same thing my father has, with
one exception.  He is where my dad was after two years,
and it took my dad ten years to get to, and nobody says
he's going to make it to the end of the year.  And I can
see the hope draining from his eyes as his time runs out.

Time is the most precious thing we have, and health
is right there with it.  This individual has both.  Your
Honor has immense discretion.  The discretion to be
punitive, and who could argue with you?  And the
discretion to be merciful.  And in this instance, for the
reasons I've enumerated, I pray that Your Honor temper
justice with mercy and be as lenient as the Court's
conscience will permit on this individual.  And I thank
Your Honor for giving me the time and hearing me out.

THE COURT:  Thank you, Mr. Steinback.

In arriving at a sentence that is sufficient but not
greater than necessary to achieve the goals of
sentencing, I have considered all the factors at Title 18
United States Code Section 3553(a) even if I do not

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 45 of 85

1   mention each of them in my comments here today.

2        Turning to the defendant's offense conduct, the

3   defendant was involved roughly from about the fall of

4   2017 to the spring of 2019 in a scheme to defraud people

5   in the entertainment business by false pretenses and lies

6   regarding his ability to book and to arrange for

7   entertainment and entertainment venues.  In the process

8   of that, the defendant victimized 21 different people, 15

9   of whom are owed restitution as a result of his conduct

10  here.

11       The defendant's fraud was ongoing.  It involved the

12  fabrication of documents.  It involved misrepresentations

13  in multiple different ways.  Troubling to the Court in

14  particular is the conduct occurred after the defendant

15  was interviewed by law enforcement officers.  Defendant,

16  through his counsel, is asserting and arguing that his

17  voluntary decision to speak with law enforcement officers

18  in February of 2019 is an indication of his extraordinary

19  acceptance of responsibility for which he should be

20  awarded with some type of downward variance.  Despite

21  that, in the spring of 2019, the defendant defrauded his

22  21st victim by engaging and continuing to engage in the

23  exact same type of fraud that he had engaged in up until

24  that point.  That concerns me.  He knew he was under

25  investigation, and it was not a deterrent to him to

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 46 of 85

```
 1   continue the fraud beyond that date.
 2        The aggravating nature of his fraud, the number of
 3   victims, the sophisticated means, the amount of money
 4   involved, his managerial role, all of which are taken
 5   into account in the guidelines, more or less -- I say
 6   "more or less" because, for example, the number of
 7   victims, the defendant gets a 2-level enhancement for ten
 8   or more victims.  Here, we have 21 victims.  There's no
 9   greater increase.  The loss amount is toward the top end
10   of the range of 250 to 550, or at least over the middle
11   of it.  But by and large I find that the guidelines
12   reflect the seriousness of his criminal conduct
13   adequately.
14        Turning to the defendant's history and
15   characteristics, the defendant is 43 years old, he's
16   married, and he has two dependent children.  He grew up
17   without a father in his life largely, it appears.  His
18   father was present from time to time and, to the extent
19   he was present, introduced him into gambling.  The
20   defendant indicates that he grew up in poverty, but his
21   mother always loved him and otherwise took care of him.
22   And the success of his siblings suggest that whatever
23   disadvantages the defendant had as a child, that did not
24   necessarily need to influence his life of criminal
25   conduct here.
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 47 of 85

1    The defendant has no mental health history or

2 emotional concerns other than the gambling addiction that

3 he reports and is supported in part by the defendant's

4 letter from his treatment provider that appears at

5 document number 50, pages 1 and 2.  It is not terribly

6 informative to the Court.  It does not give a lot of

7 information to the Court about his gambling addiction,

8 but it does support, and it has not been rebutted, that

9 he does have a gambling addiction in this instance here.

10 The probation office was unable to obtain copies of

11 documentation and counseling the defendant received.  I

12 recognize that the government also did not seek it, but

13 the defendant was put on notice at paragraph 110 of the

14 presentence report that the records were not available,

15 also at 109.  And to the extent that the defendant is

16 urging his gambling addiction as a basis for downward

17 variance, the burden should be on the defendant to come

18 forward with the documentation to persuade the Court of

19 the nature and extent of his addiction problem.

20 Nevertheless, I do find the defendant has some type of

21 gambling addiction.  Exactly what it is, how severe it

22 is, how long it's been going on, I don't have a lot of

23 information on.

24    The defendant has graduated from high school.  He

25 has some college education as well.  He has employment

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 48 of 85

```
 1   history that -- it appears that he has been largely
 2   employed in various capacities; right now as a truck
 3   driver in which he is earning some funds, although not a
 4   lot, but it sounds like it's steady income for the
 5   defendant.  And he's also involved in charity work that I
 6   do note began after his indictment in this case, but I
 7   agree with Mr. Steinback.  Whenever started, the fact
 8   that he's engaged in charity work that has been supported
 9   by the letters of support is a fact that the Court will
10   take into account in determining the defendant's
11   sentence.
12        The defendant's criminal history troubles me, and it
13   troubles me greatly, and for this reason.  The
14   defendant -- the defendant's criminal history shows a
15   consistent pattern of fraudulent conduct.  Whatever the
16   motive, whatever the underlying cause -- and perhaps
17   that's gambling addiction -- the fact remains the
18   defendant has engaged in fraudulent conduct consistently
19   in a manner that suggests to this Court a very high
20   likelihood of reoffending.  His first conviction was in
21   2003.  The loss amount that he defrauded people of in
22   that case was around $40,000.  The Court sentenced him to
23   7 months in prison.  There was one victim.
24        The conviction in 2005 -- again, these are all
25   federal felony fraud convictions.  In 2005, the loss
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 49 of 85

1  amount was about $35,000.  The defendant received an

2  18-month sentence, and there was one victim involved.  In

3  2007, his conviction was involving a loss amount of only

4  $2,500.  The defendant received a 54-month sentence in

5  that case.  And again, there was one victim involved.

6  And then in this case, we have a fraud involving 21

7  victims, $410,000 in loss involved.

8      The defendant's performance under supervision by

9  other federal courts has been abysmal to say the least.

10 The defendant has violated conditions of supervision by

11 leaving the jurisdiction, failing to report to his

12 probation officer, failing to submit monthly written

13 reports, lying to his probation officer, failing to

14 follow instructions, failing to work regularly, failing

15 to notify his probation officer of a change in residence

16 or employment, failing to permit probation officers to

17 visit him, failing to pay restitution.

18      While in the Bureau of Prisons, the defendant has

19 been sanctioned multiple times.  He was sanctioned during

20 his first term of incarceration between 2003 and 2004 for

21 possessing property belonging to another inmate twice.

22 He was sanctioned the second time he was incarcerated

23 between 2005 and 2006, or during his supervised release

24 revocations in those cases, for phone abuse twice,

25 interfering with taking count twice, and possession of an

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 50 of 85

 1    unauthorized item.  And he was sanctioned most recently
 2    in his period of incarceration for fighting within the
 3    Bureau of Prisons.  The defendant appears to have utter
 4    disregard for the law and for regulations, for rules that
 5    he has to abide by.
 6        I note these violations are particularly informative
 7    to the Court because they have nothing to do with
 8    gambling.  The defendant cannot blame the violations of
 9    his supervision on his gambling addiction.  He cannot
10    blame on his addiction to gambling his lying to probation
11    officers, failing to allow them to visit him, or of the
12    other violations listed there.  What that tells me is
13    that this is not a case where the defendant only violates
14    the rules because of some uncontrolled gambling
15    addiction.  What it tells me is this is a defendant who
16    violates the rules because he has no regard for the rules
17    by which society conducts itself.
18        Turning specifically to the grounds raised by the
19    defendant for a downward variance, the paying of
20    restitution, I find that to be a mitigating factor,
21    because I have too many defendants who owe restitution
22    who come into court months, sometimes years after they've
23    been charged and they haven't bothered to pay a single
24    cent toward their victims.  In this case, the defendant
25    has made an effort, albeit not with his own funds, but

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 51 of 85

1 has made an effort to at least pay down some of the debt

2 he owes to his victims, and I find that to be

3 appropriate.

4     I agree with the government, there is a point at

5 which there's a danger that to vary downward on a

6 sentence for somebody who pays restitution begins to look

7 like a defendant paying himself out of prison. I don't

8 think that's this case. This is not a wealthy defendant

9 who is paying off his restitution in full. It's not a

10 case where I think there's a danger that anybody is going

11 to look at this and conclude that his effort to pay at

12 least some of the restitution, and a significant amount

13 of restitution he owes, falls in that category.

14     The alleged confession that he made and reached out

15 to law enforcement I find not to be mitigating because

16 the defendant continued the criminal conduct after it.

17     His voluntary cessation of his behavior, referring

18 to his gambling, that led to his criminal conduct here I

19 find to be somewhat mitigating. Again, I have a paucity

20 of information on which to rely to conclude that he has a

21 gambling addiction, the extent of it, and the extent to

22 which his treatment has changed his behavior, but I find

23 that Mr. Steinback has some merit to his argument that

24 there is a change in his behavior in the last

25 two-and-half years that could be attributed to his effort

Contact Patrice Murray at PAMurrayReporting@gmail.com
for a complete copy of the transcript.
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 52 of 85

1   to obtain treatment for his gambling addiction.  His

2   pursuit of that addiction treatment, again, falls in the

3   same category and I find it somewhat mitigating.

4        And I find somewhat mitigating his community

5   efforts, charity efforts, that he's engaged in since he's

6   been indicted in this case merits some consideration in

7   arriving at a sentence in this case.

8        That said -- gentlemen, you may sit down.  I'm

9   sorry, I did not look up to see that you were standing.

10  You may sit down.  There's no need for you to stand.

11        That said, in trying to arrive at a sentence that is

12  sufficient but not greater than necessary to achieve the

13  goals of sentencing, I have to consider all the goals of

14  sentencing, and those include a number of things,

15  including imposing a sentence sufficiently severe to

16  deter the defendant from committing a crime like this in

17  the future; a sentence sufficiently severe to deter

18  others in the defendant's position from committing this

19  type of crime; a sentence sufficiently severe to protect

20  the community from the defendant in committing future

21  crimes; and a sentence sufficiently severe to reflect the

22  seriousness of the conduct in which the defendant has

23  engaged.

24        Against the mitigating factors I've identified here,

25  I find that aggravating factors of the number of victims

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 53 of 85

```
1    and the recidivist nature of the defendant's conduct and
2    his very -- very poor performance under supervision,
3    which reflects a disregard for the law and rules, in my
4    mind, balance out any mitigating factors, such that a
5    downward variance is not appropriate.
6        I commend ██████████ for his charity in recommending
7    the Court vary downward.  And I'm not ignoring you, ████████
8    ████████, and your recommendation here.  But I, as the
9    judge, have to consider a number of different factors and
10   not just the victim's point of view here.  And given this
11   defendant's pattern of fraudulent conduct that has
12   resulted in this case, with 21 victims and almost a half
13   a million dollars worth of loss, I -- I find that a
14   sentence within that advisory guideline range is
15   appropriate.
16       That said, I -- I'm not going to adopt the
17   government's request at a top -- or toward the top of the
18   guideline range sentence here.  I find the mitigating
19   factors raised by the defense are sufficient that a
20   sentence at the bottom of the advisory guideline range
21   will be sufficient but not greater than necessary to
22   achieve the goals of sentencing.  77 months is a long
23   time.  I would just note that had the defendant entered a
24   timely guilty plea and had he no criminal history, he
25   would be looking at a range of 46 to 57 months.  So the
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 54 of 85

range we're looking at here is driven at least in part by
the defendant's pattern of criminal conduct that is
identical in nature, fraudulent, as the conduct here, his
repeated violations of supervision by other courts, and
his untimely guilty plea in this case for whatever
reason.

So having considered all the factors under Title 18
United States Code Section 3553(a), it is the judgment of
this Court, Mr. Murphy, that you are hereby committed to
the custody of the Bureau of Prisons to be imprisoned for
a term of 77 months.  It is recommended that you be
designated to a Bureau of Prisons facility in close
proximity to your family commensurate with your security
and custody classification needs.

Upon release from imprisonment, you will be placed
on supervised release for a term of 3 years.  While on
supervised release, you must comply with the following
mandatory conditions:  You must not commit another
federal, state, or local crime; you must not unlawfully
use or possess a controlled substance; and you must
cooperate in the collection of a DNA sample as directed
by your probation officer.

In addition, you must comply with the standard
conditions of supervision set out in my judgment order,
along with all the special conditions at paragraphs 138

Contact Patrice Murray at PAMurrayReporting@gmail.com
for a complete copy of the transcript.
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 55 of 85

through 149 in the presentence report.

It is ordered that you must pay to the United States a special assessment of $100, which is due immediately. I note that you did pay that on September 23, 2021, and the record will so reflect.  I find given the amount of restitution you owe that you do not have the ability to pay a fine, and so no fine will be imposed.

It is ordered that you make restitution in the amount of $410,908.23 to the victims in this case.  It is ordered payable as follows:  To ████████████ $147,223.23; ████████████, $47,160; ████████████, $17,000; PayPal, $7,600; ████████████, $15,000; ████████████, $52,525; ████████, $5,525; ████████████, $7,500; ██████ -- ██████ or ██████ -- $13,000; ████████████, $12,000; ████████ ████████, $24,100; ████████████, $32,500; ████████ ██████, $15,000; ████████████, $15,000; and ████████ ████████, $3,300.

This entire amount is payable immediately and the balance is due -- well, the amount is owed immediately and ordered payable immediately.  Well, given the defendant's financial condition, I find that the amount payable immediately is the $50,000.  All other remaining balance will be payable due to a payment schedule imposed by the Court.  All payments must be made to the Clerk of Court for the Northern District of Iowa for distribution

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 56 of 85

1   to the victims in this case. The restitution will be

2   distributed on a pro rata basis. If any of your

3   court-ordered financial obligations are still owed while

4   you are incarcerated, you must make monthly payments in

5   accordance with the Bureau of Prisons Financial

6   Responsibility Program. The amount of monthly payments

7   will not exceed 50 percent of the funds available to you

8   through institution or noninstitution resources and will

9   be at least $25 per quarter. If you still owe any

10   portion of the financial obligations at the time of

11   release from imprisonment, you must pay it as a condition

12   of supervision, and the United States Probation Office

13   will pursue collection of that amount due pursuant to a

14   payment schedule approved by me. You must notify the

15   United States Attorney for the Northern District of Iowa

16   within 30 days of any change of your mailing or residence

17   address that occurs while any portion of the financial

18   obligations remain unpaid. I find you do not have the

19   ability to waive any interest and will waive the interest

20   requirement in this case.

21      Ms. Lundquist, there remains outstanding Counts 1,

22   2, 3, 5, 6 and 7.

23        MS. LUNDQUIST: Yes, Your Honor. The

24   government moves for dismissal of those counts.

25        THE COURT: The Court grants that motion, so

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 57 of 85

Counts 1, 2, 3, 5, 6 and 7 are dismissed.

     Mr. Murphy, let me talk to you about the privilege of self-surrender.  First of all, you need to understand it is a privilege.  I could order your immediate incarceration.  I am going to grant you the privilege of self-surrender.  You have two options, but I want to talk to you about the ramifications of this privilege.  Your first option is to surrender to the United States Marshal in Illinois.  This would be in the Northern District of Illinois at a time determined by me.  I would probably set that out for approximately two weeks.  If you surrender to that U.S. Marshals Office, they will then be responsible for transporting you -- transporting you to whatever facility the Bureau of Prisons designates for you to serve your time.

     If -- the other option is you can surrender directly to the Bureau of Prisons facility.  Now, I have recommended the Bureau of Prisons designate you to a facility close to your family, but I don't know where they're going to designate you.  It could be anywhere in the country, and if you choose that option, you're going to have to get yourself there on your own dime.

     If you fail to surrender as ordered either to the U.S. Marshals or to the Bureau of Prisons, whichever option you choose, if you fail to surrender on time and

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 58 of 85

1    on the date, that could be a separate criminal offense.

2    And if you were convicted of that offense, you could be

3    sentenced to an additional period of imprisonment and

4    fined.  I will tell you that this U.S. Attorney's Office

5    has been very aggressive in prosecuting people who have

6    violated and abused the privilege of self-surrender and

7    have gone after people, charging them with failing to do

8    so.  So if you are going to choose this privilege of

9    self-surrender, you better make sure you do it and you

10   show up on time.

11         There are some benefits to you having the privilege

12   of self-surrender.  As you know from the Bureau of

13   Prisons, they classify you on your security

14   classification rating.  If I allow you the privilege of

15   self-surrender and you surrender on time, the Bureau of

16   Prisons will automatically decrease your security rating,

17   which will make you eligible for a lower level security

18   facility.  As you know, those can be much better places

19   to do your time.  And, in fact, some are just converted

20   private colleges, without walls and without barbed wire.

21   So there is that privilege.  There is the privilege -- or

22   the benefit, not privilege -- the benefit as well of

23   having some additional time to get your affairs in order.

24   The downside is, if you fail to show up when you are

25   supposed to or you violate any of the conditions of

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 59 of 85

```
1   supervision between now and the time that you surrender,
2   you could be subject to immediate arrest, you could be
3   subject to additional charges, and on top of that, the
4   Bureau of Prisons will not only not reduce your security
5   classification rating, but will immediately increase your
6   security classification rating, resulting in you probably
7   doing harder time wherever it is you are going to do
8   time.
9       So I suspect you've spoken with Mr. Steinback about
10  your two options, but why don't you take a few minutes to
11  speak with him.  And then, Mr. Steinback, you can let me
12  know which of those two options Mr. Murphy would like to
13  choose.
14          MR. STEINBACK:  Your Honor -- I'm sorry.
15      (Whereupon, counsel conferred with the defendant.)
16          THE COURT:  I'm sorry, Mr. Steinback, I'm happy
17  to hear from you now.
18          MR. STEINBACK:  Your Honor, a couple of things.
19  Does the Court entertain requests?  I understand that if
20  the Court were to make a recommendation, it's merely
21  that.  Ultimately, the Bureau of Prisons designates or
22  makes that decision.  But if the Court were to entertain
23  such a request, we would respectfully request a
24  recommendation of the FPC in Terre Haute, Indiana.
25          THE COURT:  Mr. Steinback, I as a practice do
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 60 of 85

```
 1    not make a recommendation to the Bureau of Prisons,
 2    except under exceptional circumstances, and here's why.
 3    It's not that I'm trying to make it hard for an offender,
 4    but I visited a lot of federal prisons, I've spoken to
 5    Bureau of Prisons facility personnel on numerous
 6    occasions, and here's what they tell me.  They do their
 7    best to honor a judge's recommendation, even at the
 8    expense of what they believe might be in the offender's
 9    best interest.  So if I recommend this facility, they
10    could evaluate your client, evaluate his treatment needs,
11    for example, for gambling, or evaluate the programs --
12    programming that might be available and they would place
13    him at a different facility that might be better for him,
14    but because I recommended Terre Haute, they're going to
15    send him to Terre Haute.
16         The other complication is, during the COVID crisis
17    here, me recommending a specific facility interferes with
18    the Bureau of Prisons' ability to ensure placement of
19    inmates in facilities that are safe for them.  We have
20    outbreaks of COVID in different facilities.  And so by
21    making a recommendation, I make it difficult for the
22    Bureau of Prisons to do what they believe is in your
23    client's best interest, taking into account all those
24    factors.  And so while I appreciate you requesting that,
25    I'm going to decline making a specific recommendation for
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 61 of 85

```
1  those reasons.

2          MR. STEINBACK:  I appreciate that, Your Honor.

3  The other request I would ask Your Honor to consider --

4  again, it's a recommendation, not a mandate by any means.

5  But there's reference in the presentence report to

6  excessive alcohol use while gambling that happened over a

7  long period of time and the benefit that the defendant

8  could have in a residential treatment program.  I would

9  like to see whatever counseling he gets -- I know that

10 the residential drug and alcohol program equally applies

11 for people with other disorders, and everyone I've ever

12 spoken with who I've represented has benefited from being

13 part of it, and I think it would put some of his time to

14 good use.  I realize it only is available towards the end

15 of a sentence, but nonetheless, I think it valuable here.

16         THE COURT:  I'm happy to recommend the

17 defendant participate in an alcohol treatment program

18 while incarcerated.  I am not going to recommend him for

19 the residential drug abuse treatment program, because

20 that is designed for controlled substances and not for

21 alcohol, and so I will recommend alcohol treatment while

22 in custody, and hopefully that addresses your concerns.

23      Anything else, sir?

24         MR. STEINBACK:  The last comment, is there

25 going to be interest applied to the restitution or is
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 62 of 85

```
 1   Your Honor willing to waive interest?
 2              THE COURT:  I announced I was waiving the
 3   interest in this case.
 4              MR. STEINBACK:  Thank you.
 5              THE COURT:  Does your client wish to surrender
 6   to the U.S. Marshals in Illinois, or does he wish to
 7   surrender to the Bureau of Prisons facility?
 8              MR. STEINBACK:  He wishes to surrender directly
 9   to the facility designated.  And in that regard, if I
10   could simply offer -- there are two matters.  Romel has
11   an MRI scheduled to re-evaluate a little bit of a clog in
12   a left -- his left ventricle to determine whether a stent
13   may or may not be necessary.  That is on November 3rd.
14   And then, if at all possible, he would like to conclude
15   his involvement, at least for several years, with what is
16   the single biggest event and feeding of the needy and
17   poor in that area, which is on November 23rd, just in
18   the -- I think it's the Thanksgiving area.  Three senior
19   homes, senior citizen homes, the Chicago Police
20   Department is involved, and they will be feeding
21   approximately a thousand families.  And Romel has
22   organized that and is in the midst of making sure it
23   happens.  So I would ask Your Honor to please consider
24   those two dates in connection with whatever time you are
25   willing to give Mr. Murphy to surrender.
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 63 of 85

1          THE COURT:  All right.  I appreciate that, but

2     I'm not going to dictate to the Bureau of Prisons.  That

3     is up to them for timing.  Historically, it's taken a

4     couple weeks for them to notify, and then another week or

5     two for the surrender.  It may or may not work out that

6     your client is available for those matters, but I'm not

7     going to dictate to the Bureau of Prisons their timing.

8          So, Mr. Murphy, you must surrender for service of

9     your sentence at the institution designated by the Bureau

10    of Prisons as notified by the United States Marshal.  You

11    must keep the United States Marshal informed of your

12    current address and phone number until you have reported

13    to the Bureau of Prisons to serve your sentence.  Your

14    failure to report as directed may subject you to

15    additional criminal charges.  You will remain on release

16    under the supervision of the United States Probation

17    Office under the same terms and conditions previously

18    imposed until you have reported to the Bureau of Prisons

19    to serve your sentence.

20         Officer Sanchez raised a question about the

21    restitution here and the loss amount and wanted to make

22    sure we had a clarification.  And so, Officer Sanchez, as

23    I understand it -- I'm looking at an e-mail that I

24    received from the government, copied to the defense.

25    It's dated October 18th, and it has the loss amounts that

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 64 of 85

1    I read off when I was announcing the loss amount.  Based

2    on that loss amount -- I'm sorry, that restitution -- you

3    know what, I think my calculation was off.  I believe the

4    total that I read off would actually be $408,908.23.

5         Ms. Lundquist, did you add up the total of that

6    column with that correction to Mr. McDonell?

7              MS. LUNDQUIST:  I'm adding it now, Your Honor.

8              THE COURT:  Okay.  Officer Sanchez, have you

9    had an opportunity to add that up or what are your

10   thoughts?

11             PROBATION OFFICER:  Your Honor, when I added up

12   the amounts in the e-mail from the U.S. Attorney's Office

13   I got a total of $414,433.23.  And I went back to the

14   victims and found out where there were some of the

15   discrepancies.  And it was in those cases where we

16   identified in paragraph 155 of the presentence report

17   that it was to be determined by the AUSA's office.  I

18   still do have the restitution -- or, I'm sorry, excuse

19   me, the loss amount of $410.05 -- $410,582 as identified

20   in paragraph 67 of the report, because that puts in that

21   correct amount of 32,500 for ████████████████.  I did

22   go through and add up all of the amounts in the offense

23   conduct again, and I still came to that 410,582 amount.

24   So I apologize for the incorrect amount in paragraph 155

25   for ████████████████.  But I do feel that the

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 65 of 85

```
1   restitution amount in paragraph -- or the loss amount in
2   paragraph 57 is correct; would just -- the loss amount
3   here did not total the restitution amount, which does
4   happen at times.  It is slightly higher than what I
5   calculated from the attorney's e-mail, and I did use the
6   32.5 for ████████████████████.
7              THE COURT:  All right.  Ms. Lundquist?
8              MS. LUNDQUIST:  Yes, Your Honor, I have a total
9   amount from the e-mail, including the adjustment to
10  ████████████████████, of 414,433.23.  The additional
11  amounts, in looking at the top three victims -- the top
12  three amounts, ████████████, ████████████, and ████████████████,
13  they do total more than 190,000 based on receipts for
14  sound and advertising, as flagged initially in my
15  resistance to defendant's downward variance.  And in
16  further communication with the defense counsel this week,
17  I discussed these additional amounts with him, and he
18  agreed to their inclusions.
19             THE COURT:  Give me that total you came up with
20  again.  414,000 what?
21             MS. LUNDQUIST:  I have 414,433.23, Your Honor.
22             MR. STEINBACK:  And I confirm that those were
23  the figures that were discussed with me ahead of this
24  proceeding, and I had agreed to them.  They were add-ons
25  to our paperwork, but the final numbers were given to the
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 66 of 85

1   Court, as I understood it.

2           THE COURT:  All right.  Thank you,

3   Mr. Steinback, and thank you, Ms. Lundquist.

4       So, Officer Sanchez, I think we will be going with

5   that figure of $414,433.23 as the total amount of

6   restitution owed.  I recognize that's slightly above the

7   loss amount identified in paragraph 57, but that's not

8   unusual in some cases where we have after the fact

9   production of receipts that show collateral consequences

10  of the amount of money that was involved in the direct

11  fraud but still resulted in additional losses to the

12  victims in this case.

13      So do you have any concern with that loss amount

14  under that explanation?  I'm sorry, with that restitution

15  amount.

16          PROBATION OFFICER:  Your Honor, I apologize,

17  are you asking me?

18          THE COURT:  I'm sorry?

19          PROBATION OFFICER:  I'm sorry, Your Honor.  Are

20  you asking me?

21          THE COURT:  Yes.  Do you have any other

22  concerns now?

23          PROBATION OFFICER:  No, that's the number that

24  I came up with as well.

25          THE COURT:  Okay.  Very good.  Thank you.  And

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 67 of 85

1    thank you for getting that clarification.

2        All right.  Mr. Murphy, let me talk to you -- well,

3    actually, Ms. Lundquist, anything else before I advise

4    Mr. Murphy of his limited rights to appeal.

5              MS. LUNDQUIST:  No, Your Honor.

6              THE COURT:  Officer Sanchez?

7              PROBATION OFFICER:  No, Your Honor.

8              THE COURT:  And Mr. Steinback?

9              MR. STEINBACK:  No, Your Honor.

10             THE COURT:  All right.  Mr. Murphy, let me talk

11   to you, sir, about your limited rights to appeal.  In the

12   plea agreement that you've reached with the government in

13   this case, you agreed to waive your right to appeal

14   except under limited circumstances set forth in that plea

15   agreement, so the appeal rights I'm about to tell you

16   apply only if you believe under the terms of that plea

17   agreement you have the right to appeal.  If you are going

18   to appeal, it's going to be to a higher court called the

19   Eighth Circuit Court of Appeals.  To appeal to that

20   court, you would have to file a written notice of appeal

21   with the Clerk of Court for the Northern District of Iowa

22   here in Cedar Rapids within the next 14 days.  If you

23   fail to file a written notice of appeal with the clerk in

24   the next 14 days, you give up forever your right to

25   appeal the sentence I've just imposed.  If you would like

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 68 of 85

```
 1   to appeal but you cannot afford the services of an
 2   attorney to do so, I would appoint an attorney to
 3   represent you on appeal at no expense to you.  Do you
 4   understand your right to appeal, sir?
 5             THE DEFENDANT:  Yes, Your Honor.
 6             THE COURT:  Do you have any questions about
 7   anything we've done here today, sir?
 8             THE DEFENDANT:  No, Your Honor.
 9             THE COURT:  All right.  I would like you to go
10   up to the U.S. Marshals in this building on the seventh
11   floor immediately following this hearing.  Report in to
12   them and just give them your contact information.  They
13   will forward that to the U.S. Marshals in Illinois to
14   make sure that they can be in contact with you to make
15   sure that they properly notify you of your designation to
16   the Bureau of Prisons.  I don't want to see you get in
17   trouble for not getting there on time because there was a
18   miscommunication in some manner.  So if you just go over
19   to the elevator, go up to the seventh floor and come out,
20   you'll see the US Marshal's Office there.
21             THE DEFENDANT:  Yes, Your Honor.
22             THE COURT:  All right.  Anything further,
23   Mr. Steinback?
24             MR. STEINBACK:  No, Your Honor.  Thank you.
25             THE COURT:  All right.  Ms. Lundquist?
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 69 of 85

1          MS. LUNDQUIST:  No, Your Honor.

2          THE COURT:  Thank you.  That concludes this

3   hearing.

4          THE DEFENDANT:  Thank you to the courts.

5       (Proceedings concluded at 2:55 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 70 of 85

```
1                    C E R T I F I C A T E

2            I, Patrice A. Murray, a Certified Shorthand
      Reporter of the State of Iowa, do hereby certify that at
3     the time and place heretofore indicated, a hearing was
      held before the Honorable C.J. Williams; that I reported
4     in shorthand and transcribed to the best of my ability
      the proceedings of said hearing; and that the foregoing
5     transcript is a true record of all proceedings had on the
      taking of said hearing at the above time and place.

6
             I further certify that I am not related to or
7     employed by any of the parties to this action, and
      further, that I am not a relative or employee of any
8     attorney or counsel employed by the parties hereto or
      financially interested in the action.

9
         IN WITNESS WHEREOF, I have set my hand this 2nd day
10    of January, 2022.

11
                    /s/ Patrice A. Murray
12                  Patrice A. Murray, CSR, RMR, FCRR
                    Court Reporter
13                  PO Box 10541
                    Cedar Rapids, Iowa 52410

14

15
                    I certify that the foregoing is a correct copy
16    of the transcript originally filed with the Clerk of
      Court at docket entry 86, incorporating requested
17    redactions of personal identifiers and any other
      redactions ordered by the Court, in accordance with
18    Administrative Order 08-AO-0009-P.

19                  /s/ Patrice A. Murray
                    Patrice A. Murray, CSR, RPR, RMR, FCRR
20                  United States District Court, NDIA
                    111 Seventh Avenue S.E., Box 4
21                  Cedar Rapids, Iowa 52401-2101

22

23

24

25
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 71 of 85

**$**

**$10,000** [1] - 14:25
**$100** [2] - 3:7, 56:3
**$12,000** [1] - 56:14
**$13,000** [1] - 56:14
**$147,223.23** [1] - 56:10
**$15,000** [3] - 56:12, 56:16
**$17,000** [1] - 56:11
**$2,500** [1] - 50:4
**$20,000** [1] - 42:14
**$24,100** [1] - 56:15
**$25** [1] - 57:9
**$250,000** [2] - 3:4, 8:13
**$3,300** [1] - 56:17
**$300,000** [1] - 32:11
**$32,500** [1] - 56:15
**$35,000** [1] - 50:1
**$40,000** [1] - 49:22
**$400,000** [1] - 43:8
**$408,908.23** [1] - 65:4
**$410,000** [3] - 15:15, 19:12, 50:7
**$410,582** [1] - 65:19
**$410,908.23** [2] - 4:25, 56:9
**$410.05** [1] - 65:19
**$411,000** [1] - 42:23
**$411,908.23** [1] - 4:11
**$414,433.23** [2] - 65:13, 67:5
**$47,160** [1] - 56:11
**$5,525** [1] - 56:13
**$50,000** [5] - 24:11, 41:18, 41:24, 43:8, 56:22
**$52,000** [1] - 32:12
**$52,525** [1] - 56:12
**$550,000** [1] - 8:14
**$7,500** [1] - 56:13
**$7,600** [1] - 56:12

**/**

**/s** [2] - 71:11, 71:19

**0**

**08-AO-0009-P** [1] - 71:18

**1**

**1** [5] - 1:10, 3:3, 48:5, 57:21, 58:1
**1-level** [1] - 9:9
**1/2/22** [1] - 1:21
**10** [4] - 3:17, 5:11, 5:14, 8:17
**100,000** [1] - 32:14
**103** [1] - 44:24
**10541** [2] - 1:24, 71:13
**109** [3] - 5:17, 17:7, 48:15

**110** [2] - 17:8, 48:13
**111** [3] - 1:10, 1:17, 71:20
**11:00** [1] - 23:2
**12** [1] - 18:17
**12-level** [2] - 8:10, 8:14
**12/3/21** [1] - 1:21
**121** [1] - 5:19
**122** [1] - 33:5
**124** [1] - 33:6
**132** [1] - 5:12
**1343** [1] - 2:22
**138** [1] - 55:25
**14** [3] - 12:13, 68:22, 68:24
**149** [1] - 56:1
**15** [5] - 6:22, 10:7, 12:13, 26:21, 46:8
**155** [5] - 3:21, 4:19, 5:10, 65:16, 65:24
**16** [1] - 8:5
**18** [6] - 2:22, 5:11, 18:16, 24:9, 45:24, 55:7
**18-month** [1] - 50:2
**18th** [1] - 64:25
**19** [4] - 29:16, 29:22, 30:19
**190,000** [1] - 66:13
**1:00** [2] - 2:13, 23:5
**1:05** [1] - 1:18
**1:06** [1] - 2:13

**2**

**2** [4] - 9:14, 48:5, 57:22, 58:1
**2,000** [1] - 16:13
**2-level** [4] - 8:16, 8:20, 9:6, 47:7
**20** [7] - 2:24, 6:22, 16:18, 29:16, 29:22, 29:23, 30:19
**20-CR-6** [2] - 1:5, 2:4
**2003** [2] - 49:21, 50:20
**2004** [1] - 50:20
**2005** [3] - 49:24, 49:25, 50:23
**2006** [1] - 50:23
**2007** [1] - 50:3
**2013** [1] - 16:18
**2017** [2] - 16:20, 46:4
**2018** [2] - 32:13, 33:8
**2019** [7] - 14:24, 15:1, 26:9, 26:22, 46:4, 46:18, 46:21
**2020** [2] - 18:2, 28:6
**2021** [3] - 1:17, 2:18, 56:4
**2022** [1] - 71:10
**20th** [1] - 1:17, 40:13
**21** [4] - 46:8, 47:8, 50:6, 54:12
**21st** [1] - 46:22
**22** [3] - 3:17, 5:14
**23** [1] - 56:4
**23rd** [1] - 63:17
**24** [1] - 9:16, 9:23

**250** [2] - 15:16, 47:10
**26** [2] - 9:3, 26:22
**27** [1] - 40:24
**29** [1] - 16:18
**2:00** [1] - 23:8
**2:55** [1] - 70:5
**2B1.1(a)(1)** [1] - 8:8
**2B1.1(b)(1)(G)** [1] - 8:12
**2B1.1(b)(10)(C)** [1] - 8:22
**2B1.1(b)(2)(A)(i)** [1] - 8:18
**2nd** [1] - 71:9

**3**

**3** [5] - 3:2, 43:8, 55:16, 57:22, 58:1
**3,000** [2] - 12:13, 28:1
**3-level** [1] - 8:24
**30** [2] - 16:6, 57:16
**30-minute** [1] - 23:3
**300** [1] - 40:25
**32,500** [1] - 65:21
**32.5** [2] - 4:21, 66:6
**35,000** [1] - 16:13
**35.5** [1] - 4:21
**3553(a** [2] - 45:25, 55:8
**38** [1] - 4:18
**39** [1] - 31:10
**3B** [1] - 5:9
**3B1.1(b** [1] - 8:25
**3E** [1] - 5:11
**3E1.1(a)** [1] - 9:7
**3E1.1(b)** [1] - 9:10
**3rd** [1] - 63:13

**4**

**4** [3] - 2:20, 28:14, 71:20
**40,000** [1] - 16:13
**410,582** [2] - 8:12, 65:23
**414,000** [1] - 66:20
**414,433.23** [2] - 66:10, 66:21
**43** [1] - 47:15
**43-year-old** [1] - 25:13
**44** [1] - 2:11
**46** [1] - 54:25
**47** [2] - 14:24, 29:15
**48** [2] - 10:4, 26:20
**49** [1] - 10:4

**5**

**5** [3] - 3:4, 57:22, 58:1
**5-foot-4** [1] - 44:23
**50** [3] - 10:6, 48:5, 57:7
**50,000** [1] - 41:21
**500** [1] - 4:25
**51** [1] - 10:6
**52** [1] - 10:8

**52401** [1] - 1:10
**52401-2101** [1] - 71:21
**52410** [1] - 1:24, 71:13
**53** [1] - 5:16
**54** [2] - 16:9, 18:16
**54-month** [1] - 50:4
**550** [1] - 47:10
**550,000** [1] - 15:17
**56** [1] - 8:6
**57** [4] - 8:9, 54:25, 66:2, 67:7
**58** [1] - 8:15
**59** [1] - 8:19
**5:00** [1] - 23:11

**6**

**6** [2] - 57:22, 58:1
**6-foot** [1] - 44:23
**60** [1] - 10:11
**61** [2] - 5:12, 8:23
**61073** [1] - 1:12
**67** [1] - 65:20
**6:45** [1] - 22:18

**7**

**7** [5] - 8:7, 18:15, 49:23, 57:22, 58:1
**70** [1] - 3:19
**71** [1] - 3:19
**72** [1] - 9:19
**75** [1] - 16:2
**76** [1] - 16:2
**77** [3] - 9:24, 54:22, 55:11
**78** [1] - 16:6
**7:00** [2] - 21:5, 23:12
**7:15** [1] - 22:20

**8**

**8** [1] - 2:18
**80** [1] - 9:19
**8351** [1] - 1:12
**86** [1] - 71:16
**8:45** [1] - 22:24

**9**

**9** [3] - 9:20, 18:17, 19:21
**96** [1] - 9:24
**9:00** [1] - 22:24

**A**

**a.m** [2] - 21:5, 23:2
**abide** [1] - 51:5
**ability** [6] - 39:24, 46:6, 56:6,

57:19, 61:18, 71:4
**able** [7] - 7:13, 7:21, 13:24, 23:25, 38:8, 42:9, 42:10
**abruptly** [1] - 14:15
**absolutely** [1] - 41:8
**abuse** [2] - 50:24, 62:19
**abused** [1] - 59:6
**abusive** [1] - 29:14
**abysmal** [1] - 50:9
**Academy** [1] - 35:18
**acceptable** [1] - 11:11
**acceptance** [6] - 9:6, 9:10, 9:15, 27:13, 37:13, 46:19
**access** [2] - 34:19, 39:10
**accordance** [2] - 57:5, 71:17
**account** [4] - 41:20, 47:5, 49:10, 61:23
**accustomed** [1] - 37:2
**achieve** [3] - 45:23, 53:12, 54:22
**acknowledged** [1] - 20:16
**action** [2] - 71:7, 71:8
**actions** [2] - 15:14, 20:20
**actively** [1] - 39:12
**activities** [1] - 17:24
**activity** [1] - 9:1
**actual** [1] - 14:10
**acutely** [1] - 44:20
**add** [5] - 27:7, 65:5, 65:9, 65:22, 66:24
**add-ons** [1] - 66:24
**added** [1] - 65:11
**addict** [3] - 21:1, 31:11, 34:4
**addiction** [28] - 15:4, 17:2, 17:3, 17:7, 17:11, 17:12, 17:16, 21:2, 21:3, 22:4, 22:12, 22:13, 23:4, 44:6, 48:2, 48:7, 48:9, 48:16, 48:19, 48:21, 49:17, 51:9, 51:10, 51:15, 52:21, 53:1, 53:2
**adding** [1] - 65:7
**addition** [1] - 55:23
**additional** [8] - 9:9, 59:3, 59:23, 60:3, 64:15, 66:10, 66:17, 67:11
**address** [7] - 10:20, 11:23, 13:9, 19:20, 37:12, 57:17, 64:12
**addresses** [1] - 62:22
**adequately** [1] - 47:13
**adhere** [1] - 28:7
**adjusted** [1] - 9:2
**adjustment** [2] - 17:25, 66:9
**administrative** [1] - 25:3
**Administrative** [1] - 71:18
**admit** [2] - 26:16, 44:10
**admitted** [1] - 27:4
**adopt** [1] - 54:16
**adult** [1] - 37:8
**advance** [1] - 4:14
**advanced** [1] - 39:11

**advertised** [2] - 14:7, 14:15
**advertising** [2] - 14:5, 66:14
**advice** [1] - 29:25
**advise** [1] - 68:3
**advised** [2] - 26:9, 41:18
**advisory** [6] - 3:13, 8:4, 9:23, 44:3, 54:14, 54:20
**affairs** [1] - 59:23
**affect** [2] - 18:23, 25:9
**afford** [1] - 69:1
**afternoon** [4] - 2:14, 12:3, 12:4, 20:17
**afterwards** [1] - 21:10
**age** [3] - 29:15, 31:10, 40:24
**agent** [2] - 26:22, 26:23
**agents** [1] - 26:24
**ages** [1] - 25:14
**aggravated** [1] - 16:10
**aggravating** [4] - 15:18, 15:24, 47:2, 53:25
**aggressive** [1] - 59:5
**ago** [4] - 18:3, 35:9, 38:15, 40:24
**agree** [4] - 10:17, 10:18, 49:7, 52:4
**agreed** [4] - 9:12, 66:18, 66:24, 68:13
**agreement** [5] - 5:10, 9:13, 68:12, 68:15, 68:17
**ahead** [3] - 7:8, 8:3, 66:23
**Air** [1] - 42:11
**alarm** [1] - 22:18
**albeit** [1] - 51:25
**alcohol** [5] - 62:6, 62:10, 62:17, 62:21
**alcoholism** [1] - 44:5
**all-out** [1] - 41:13
**alleged** [1] - 52:14
**allocution** [1] - 11:16
**allow** [3] - 23:18, 51:11, 59:14
**almost** [3] - 22:11, 42:21, 54:12
**alone** [1] - 22:4
**AMERICA** [1] - 1:3
**America** [1] - 2:3
**American** [1] - 35:18
**amount** [37] - 4:11, 8:11, 19:19, 19:23, 19:25, 42:24, 47:3, 47:9, 49:21, 50:1, 50:3, 52:12, 56:5, 56:9, 56:18, 56:19, 56:21, 57:6, 57:13, 64:21, 65:1, 65:2, 65:19, 65:21, 65:23, 65:24, 66:1, 66:2, 66:3, 66:9, 67:5, 67:7, 67:10, 67:13, 67:15
**amounts** [6] - 64:25, 65:12, 65:22, 66:11, 66:12, 66:17
**announced** [1] - 63:2
**announcing** [1] - 65:1
**answer** [3] - 7:21, 12:24,

21:16
**Antwyone** [1] - 21:14
**apologize** [6] - 20:19, 20:20, 20:24, 24:12, 65:24, 67:16
**apologizing** [1] - 25:2
**appeal** [13] - 68:4, 68:11, 68:13, 68:15, 68:17, 68:18, 68:19, 68:20, 68:23, 68:25, 69:1, 69:3, 69:4
**Appeals** [1] - 68:19
**APPEARANCES** [1] - 1:9
**appeared** [2] - 1:11, 1:12
**application** [1] - 44:19
**applied** [1] - 62:25
**applies** [1] - 62:10
**apply** [1] - 68:16
**appoint** [1] - 69:2
**appreciate** [4] - 13:6, 61:24, 62:2, 64:1
**approach** [1] - 14:6
**approached** [2] - 12:1, 29:21
**appropriate** [8] - 11:5, 13:13, 17:5, 42:24, 43:24, 52:3, 54:5, 54:15
**approved** [1] - 57:14
**area** [3] - 38:8, 63:17, 63:18
**argue** [1] - 45:15
**arguing** [1] - 46:16
**argument** [5] - 11:7, 19:10, 37:25, 52:23
**argument's** [1] - 32:1
**arguments** [2] - 11:17, 25:22
**arrange** [2] - 26:15, 46:6
**arrangement** [1] - 27:11
**arrangements** [2] - 14:3, 31:4
**arrest** [1] - 60:2
**arrested** [1] - 35:7
**arrests** [1] - 35:8
**arrive** [1] - 53:11
**arrived** [1] - 2:16
**arriving** [2] - 45:22, 53:7
**artists** [5] - 13:24, 14:1, 14:9, 14:10, 21:25
**aspect** [1] - 6:23
**aspects** [3] - 6:14, 6:17, 37:13
**asserting** [1] - 46:16
**assessed** [5] - 8:6, 8:9, 8:15, 8:19, 8:23
**assessment** [2] - 3:7, 56:3
**assistance** [1] - 37:10
**Assistant** [1] - 2:6
**assisting** [1] - 22:21
**assure** [1] - 25:7
**attempted** [1] - 17:8
**attempting** [1] - 41:25
**attempts** [1] - 27:10
**attendance** [2] - 17:13, 34:10
**attest** [1] - 41:23

**ATTORNEY** [2] - 1:10, 1:12
**Attorney** [3] - 2:6, 39:14, 57:15
**attorney** [6] - 2:8, 2:15, 7:18, 69:2, 71:8
**attorney's** [1] - 66:5
**Attorney's** [3] - 1:10, 59:4, 65:12
**attributed** [1] - 52:25
**AUSA's** [1] - 65:17
**Australia** [1] - 14:22
**author** [1] - 2:10
**authority** [1] - 26:14
**automatically** [1] - 59:16
**available** [6] - 34:13, 48:14, 57:7, 61:12, 62:14, 64:6
**Avenue** [3] - 1:10, 1:17, 71:20
**award** [1] - 19:18
**awarded** [2] - 9:5, 46:20
**aware** [1] - 44:20
**awareness** [1] - 38:14
**awful** [1] - 12:22

**B**

**baby** [1] - 45:7
**background** [1] - 6:17
**bad** [3] - 12:16, 30:2, 31:7
**balance** [3] - 54:4, 56:19, 56:23
**ball** [1] - 30:13
**bank** [2] - 31:6, 31:7
**banned** [3] - 32:4, 32:7, 32:8
**Barbara** [3] - 23:5, 29:6
**barbed** [1] - 59:20
**bargain** [1] - 29:2
**base** [1] - 8:7
**based** [5] - 19:24, 28:18, 33:7, 65:1, 66:13
**bases** [1] - 17:1
**basis** [7] - 25:21, 32:1, 43:9, 43:16, 43:18, 48:16, 57:2
**bath** [1] - 23:14
**battle** [1] - 31:12
**battled** [1] - 44:21
**battling** [1] - 45:5
**bear** [1] - 44:16
**beat** [1] - 22:3
**beaten** [1] - 31:19
**became** [3] - 30:7, 30:25, 44:20
**become** [3] - 31:10, 36:17, 41:14
**becomes** [1] - 42:25
**bed** [3] - 23:15, 23:16, 41:4
**BEFORE** [1] - 1:16
**began** [9] - 16:19, 18:2, 27:23, 28:15, 29:20, 35:13, 43:14, 49:6

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR     Document 86-1     Filed 01/03/22     Page 73 of 85

**begin** [5] - 21:11, 22:25, 25:2, 25:21, 28:12
**beginning** [3] - 9:18, 27:14, 28:22
**begins** [2] - 8:5, 52:6
**behalf** [4] - 1:11, 1:12, 3:8, 5:4
**behavior** [6] - 18:8, 43:14, 44:11, 52:17, 52:22, 52:24
**behind** [1] - 38:21
**believes** [1] - 11:5
**belonging** [1] - 50:21
**bench** [1] - 24:17
**benefit** [3] - 59:22, 62:7
**benefited** [1] - 62:12
**benefits** [1] - 59:11
**best** [6] - 29:7, 38:11, 61:7, 61:9, 61:23, 71:4
**bet** [1] - 43:6
**Beth** [1] - 2:9
**better** [8] - 7:10, 36:12, 41:9, 41:10, 41:12, 59:9, 59:18, 61:13
**between** [3] - 50:20, 50:23, 60:1
**beyond** [2] - 27:19, 47:1
**Beyrl** [1] - 23:2
**bible** [1] - 35:25
**big** [2] - 31:5, 32:6
**bigger** [1] - 30:25
**biggest** [3] - 15:25, 33:12, 63:16
**bit** [3] - 24:16, 36:2, 63:11
**bizarre** [1] - 45:1
**blame** [2] - 51:8, 51:10
**blemish** [1] - 37:6
**blew** [1] - 15:9
**board** [1] - 22:10
**book** [3] - 13:24, 21:11, 46:6
**bookings** [2] - 21:17, 22:7
**bothered** [1] - 51:23
**bottom** [2] - 36:23, 54:20
**Box** [4] - 1:10, 1:24, 71:13, 71:20
**boy** [1] - 29:21
**brain** [1] - 36:19
**breakfast** [2] - 21:9, 22:22
**brief** [2] - 6:6, 17:2
**briefly** [2] - 37:12, 42:18
**brother** [5] - 24:8, 42:15, 45:6, 45:7
**brother-in-law** [1] - 45:6
**brothers** [1] - 45:5
**brought** [2] - 26:25, 43:11
**bucket** [2] - 32:14, 32:15
**build** [1] - 31:5
**building** [1] - 69:10
**burden** [2] - 17:18, 48:17
**Bureau** [24] - 50:18, 51:3, 55:10, 55:12, 57:5, 58:14, 58:17, 58:18, 58:24, 59:12,

59:15, 60:4, 60:21, 61:1, 61:5, 61:18, 61:22, 63:7, 64:2, 64:7, 64:9, 64:13, 64:18, 69:16
**business** [11] - 14:14, 22:9, 23:22, 26:11, 33:19, 33:21, 33:25, 34:1, 36:8, 37:16, 46:5
**buy** [3] - 38:4, 41:25, 42:9

**C**

**C.J** [2] - 1:16, 73:1
**calculated** [3] - 8:11, 15:5, 66:5
**calculation** [6] - 3:13, 4:10, 4:11, 8:3, 8:5, 65:3
**calculations** [2] - 5:13, 6:19
**call** [1] - 33:23
**called** [5] - 26:9, 28:3, 32:6, 42:18, 68:18
**calling** [2] - 21:15, 21:16
**calls** [2] - 21:19, 23:2
**canceled** [2] - 14:15, 14:16
**cancer** [5] - 36:2, 36:3, 36:6, 45:5, 45:6
**candor** [1] - 26:2
**cannot** [4] - 31:19, 51:8, 51:9, 69:1
**capable** [1] - 35:1
**capacities** [1] - 49:2
**car** [5] - 21:3, 22:25, 33:6, 33:9, 36:9
**care** [2] - 21:6, 47:21
**carry** [1] - 17:17
**carrying** [1] - 9:19
**case** [34] - 3:5, 3:14, 4:10, 5:25, 10:20, 11:1, 13:21, 15:20, 16:8, 16:11, 16:18, 16:19, 18:4, 18:14, 19:18, 26:23, 49:6, 49:22, 50:5, 50:6, 51:13, 51:24, 52:8, 52:10, 53:6, 53:7, 54:12, 55:5, 56:9, 57:1, 57:20, 63:3, 67:12, 68:13
**Case** [1] - 2:4
**cases** [7] - 15:22, 16:16, 32:19, 44:4, 50:24, 65:15, 67:8
**casino** [12] - 15:9, 21:23, 21:24, 22:2, 28:3, 29:23, 30:7, 30:10, 31:15, 32:4, 32:6, 35:7
**casinos** [3] - 21:13, 31:18, 32:9
**catch** [2] - 23:15, 31:17
**category** [7] - 9:22, 9:23, 19:22, 33:15, 33:16, 52:13, 53:3
**caused** [3] - 27:16, 29:18, 44:9
**causing** [1] - 14:2
**cease** [1] - 14:9

**Cedar** [6] - 1:10, 1:18, 1:24, 68:22, 71:13, 71:21
**cent** [1] - 51:24
**center** [3] - 38:10, 38:13, 39:18, 39:21, 41:3
**Center** [1] - 23:6
**Century** [1] - 40:13
**CEO** [1] - 42:17
**cereal** [1] - 22:22
**certain** [4] - 18:22, 27:22, 33:22, 41:22
**certainly** [4] - 24:18, 30:6, 35:10, 35:11
**certainty** [1] - 19:8
**certificate** [1] - 23:11
**Certified** [2] - 1:19, 71:2
**certify** [3] - 71:2, 71:6, 71:15
**cessation** [2] - 43:13, 52:17
**challenge** [2] - 34:1, 34:14
**chance** [1] - 20:22
**change** [7] - 24:1, 37:3, 40:21, 41:13, 50:15, 52:24, 57:16
**changed** [2] - 23:18, 52:22
**changes** [2] - 35:10, 35:20
**changing** [1] - 37:2
**characteristics** [2] - 15:19, 47:15
**charged** [2] - 2:20, 51:23
**charges** [5] - 26:25, 30:17, 43:11, 60:3, 64:15
**charging** [1] - 59:7
**charitable** [3] - 17:21, 17:22, 17:24
**charity** [6] - 18:1, 18:5, 49:5, 49:8, 53:5, 54:6
**chase** [1] - 32:22
**chasing** [1] - 31:15
**check** [3] - 22:18, 23:3, 23:6
**check-in** [1] - 23:3
**checks** [1] - 31:7
**Chicago** [3] - 23:11, 38:19, 39:19, 63:19
**child** [2] - 30:1, 47:23
**children** [8] - 21:6, 22:14, 24:6, 25:14, 25:16, 41:2, 41:4, 47:16
**children's** [1] - 38:10
**choking** [1] - 36:19
**choose** [7] - 20:10, 40:18, 40:21, 58:21, 58:25, 59:8, 60:13
**chose** [2] - 34:14, 34:18
**chosen** [1] - 40:19
**church** [1] - 29:12
**circuit** [1] - 44:2
**Circuit** [1] - 68:19
**circumstance** [1] - 30:6
**circumstances** [6] - 6:15, 13:20, 15:17, 15:24, 61:2, 68:14

**cites** [1] - 18:8
**citizen** [1] - 63:19
**claims** [1] - 19:8
**clarification** [2] - 64:22, 68:1
**class** [2] - 23:10, 23:14
**classification** [4] - 55:14, 59:14, 60:5, 60:6
**classify** [1] - 59:13
**clerk** [1] - 68:23
**Clerk** [3] - 56:24, 68:21, 71:16
**client** [7] - 5:5, 6:7, 6:10, 11:16, 61:10, 63:5, 64:6
**client's** [1] - 61:23
**clog** [1] - 63:11
**close** [3] - 33:2, 38:8, 55:12, 58:19
**closer** [1] - 24:23
**closest** [1] - 25:17
**clothed** [1] - 39:10
**Code** [3] - 2:22, 45:25, 55:8
**coincidental** [2] - 29:19, 35:5
**collar** [1] - 15:21
**collateral** [1] - 67:9
**collection** [2] - 55:21, 57:13
**college** [1] - 48:25
**colleges** [1] - 59:20
**column** [1] - 65:6
**combination** [1] - 43:22
**combine** [1] - 43:19
**comfortable** [1] - 12:6
**coming** [2] - 21:20, 41:19
**commencing** [1] - 1:18
**commend** [1] - 54:6
**commensurate** [1] - 55:13
**comment** [2] - 13:6, 62:24
**comments** [1] - 46:1
**commission** [2] - 32:20, 32:21
**commissions** [1] - 21:12
**commit** [1] - 55:18
**commitment** [3] - 28:7, 36:16, 42:14
**committed** [7] - 15:25, 16:2, 16:22, 18:25, 24:4, 35:4, 55:9
**committing** [6] - 18:18, 19:1, 19:7, 53:16, 53:18, 53:20
**communication** [1] - 66:16
**communications** [1] - 14:8
**community** [7] - 38:10, 38:13, 39:18, 41:3, 43:19, 53:4, 53:20
**Community** [1] - 23:6
**compelling** [1] - 43:23
**compensatory** [1] - 41:13
**complaint** [1] - 45:3
**complete** [1] - 20:21
**Completed** [1] - 1:21
**complexity** [1] - 16:14
**complication** [1] - 61:16

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 74 of 85

**compliments** [1] - 43:22
**comply** [2] - 55:17, 55:23
**components** [1] - 36:5
**comprehensive** [1] - 26:7
**comprised** [1] - 33:4
**compulsion** [1] - 35:23, 36:23
**compulsive** [2] - 31:11, 36:5
**con** [1] - 31:1
**concern** [1] - 67:13
**concerning** [1] - 24:25
**concerns** [4] - 46:24, 48:2, 62:22, 67:22
**concerts** [3] - 13:22, 14:3, 14:4
**conclude** [3] - 52:11, 52:20, 63:14
**concluded** [1] - 70:5
**concludes** [1] - 70:2
**condition** [2] - 56:21, 57:11
**conditions** [7] - 37:5, 50:10, 55:18, 55:24, 55:25, 59:25, 64:17
**conduct** [30] - 3:18, 3:19, 3:23, 4:2, 4:3, 4:15, 4:18, 4:21, 5:14, 6:14, 14:6, 15:24, 16:19, 18:3, 18:21, 46:2, 46:9, 46:14, 47:12, 47:25, 49:15, 49:18, 52:16, 52:18, 53:22, 54:1, 54:11, 55:2, 55:3, 65:23
**conducted** [1] - 6:20
**conducts** [1] - 51:17
**conferred** [1] - 60:15
**confess** [1] - 26:16
**confessed** [1] - 27:8
**confesses** [1] - 27:11
**confession** [4] - 26:19, 27:19, 43:10, 52:14
**confined** [1] - 30:16
**confinement** [1] - 23:19
**confirm** [1] - 66:22
**confirmed** [1] - 27:3
**confounds** [1] - 38:1
**confronting** [1] - 21:21
**connection** [2] - 37:25, 63:24
**conscience** [1] - 45:19
**conscious** [1] - 26:17
**consecutively** [1] - 16:10
**consequences** [3] - 19:8, 19:13, 67:9
**consider** [4] - 53:13, 54:9, 62:3, 63:23
**consideration** [2] - 44:13, 53:6
**considered** [4] - 37:24, 44:1, 45:24, 55:7
**consisted** [1] - 21:5
**consistent** [2] - 40:11, 49:15
**consistently** [1] - 49:18
**consists** [1] - 22:22

**construed** [1] - 41:25
**contact** [4] - 26:8, 33:19, 69:12, 69:14
**contacted** [2] - 26:10, 26:12
**contacting** [1] - 14:10
**contended** [1] - 28:23
**continue** [11] - 14:17, 23:22, 31:9, 36:13, 39:2, 40:9, 40:21, 40:22, 41:16, 43:4, 47:1
**continued** [3] - 28:6, 33:23, 52:16
**continues** [2] - 36:14, 37:19
**continuing** [2] - 42:16, 46:22
**contract** [1] - 12:25
**contrary** [1] - 19:10
**contrasted** [1] - 36:18
**contribute** [2] - 39:23, 40:23
**control** [2] - 23:25, 29:18
**controlled** [2] - 55:20, 62:20
**conversations** [2] - 6:19, 6:23
**converted** [1] - 59:19
**convicted** [1] - 59:2
**conviction** [5] - 18:23, 19:3, 49:20, 49:24, 50:3
**convictions** [3] - 9:20, 18:25, 49:25
**Cook** [1] - 39:14
**cooperate** [1] - 55:21
**cooperation** [1] - 42:17
**copied** [2] - 4:8, 64:24
**copies** [1] - 48:10
**copy** [1] - 71:15
**corner** [1] - 31:17
**corporations** [1] - 39:7
**correct** [5] - 5:1, 16:4, 65:21, 66:2, 71:15
**correction** [1] - 65:6
**corroborated** [2] - 27:3, 27:6
**costs** [1] - 25:3
**counsel** [6] - 11:6, 11:24, 11:25, 12:2, 46:16, 60:15, 66:16, 71:8
**counseling** [2] - 48:11, 62:9
**count** [8] - 2:19, 28:14, 28:20, 28:22, 28:24, 29:1, 50:25
**Count** [2] - 2:20, 28:14
**country** [2] - 39:8, 58:21
**Counts** [2] - 57:21, 58:1
**counts** [2] - 16:9, 57:24
**County** [1] - 39:14
**couple** [2] - 60:18, 64:4
**coupled** [1] - 19:4
**courage** [1] - 37:3
**course** [6] - 6:22, 10:1, 10:21, 26:1
**COURT** [60] - 1:1, 2:2, 3:12, 3:16, 4:2, 4:7, 4:24, 5:3, 5:8, 5:23, 6:5, 6:9, 6:25, 7:8, 7:16, 7:20, 7:24, 8:2, 9:14, 10:17,

10:19, 10:23, 11:13, 11:18, 11:21, 12:3, 12:5, 13:5, 13:8, 13:11, 20:6, 20:8, 24:13, 24:18, 25:6, 40:14, 40:16, 45:21, 57:25, 60:16, 60:25, 62:16, 63:2, 63:5, 64:1, 65:8, 66:7, 66:19, 67:2, 67:18, 67:21, 67:25, 68:6, 68:8, 68:10, 69:6, 69:9, 69:22, 69:25, 70:2
**Court** [45] - 1:23, 2:2, 3:1, 3:3, 3:4, 3:5, 3:6, 3:24, 4:14, 4:23, 6:1, 6:3, 10:20, 11:15, 11:23, 13:9, 13:17, 17:23, 19:17, 20:4, 24:12, 24:24, 46:13, 48:6, 48:7, 48:18, 49:9, 49:19, 49:22, 51:7, 54:7, 55:9, 56:24, 56:25, 57:25, 60:19, 60:20, 60:22, 67:1, 68:19, 68:21, 71:12, 71:16, 71:17, 71:20
**court** [8] - 2:1, 23:20, 25:18, 26:23, 51:22, 57:3, 68:18, 68:20
**Court's** [2] - 23:18, 45:18
**court's** [1] - 2:12
**court-ordered** [1] - 57:3
**courthouse** [1] - 25:19
**courtroom** [7] - 2:15, 11:3, 12:1, 18:6, 20:18, 24:9, 25:19
**courts** [4] - 20:24, 50:9, 55:4, 70:4
**cover** [1] - 21:12
**covered** [1] - 6:23
**COVID** [2] - 61:16, 61:20
**created** [1] - 43:14
**creation** [1] - 15:6
**credentials** [1] - 17:14
**cried** [1] - 29:9
**crime** [9] - 2:21, 2:23, 12:16, 16:20, 20:20, 39:20, 53:16, 53:19, 55:19
**crimes** [3] - 24:3, 31:5, 53:21
**criminal** [20] - 3:20, 6:16, 9:1, 9:17, 9:20, 9:21, 9:23, 19:21, 35:2, 47:12, 47:24, 49:12, 49:14, 52:16, 52:18, 54:24, 55:2, 59:1, 64:15
**Criminal** [1] - 2:3
**crisis** [1] - 61:16
**criteria** [1] - 35:19
**critical** [2] - 34:7, 41:8
**cry** [1] - 22:3
**crying** [1] - 22:7
**CSR** [3] - 1:23, 71:12, 71:19
**curious** [1] - 31:25
**current** [1] - 64:12
**custody** [3] - 55:10, 55:14, 62:22
**cuts** [1] - 39:19
**CV** [1] - 17:14

**D**

**dad** [3] - 30:3, 45:8, 45:9
**daily** [2] - 22:2, 34:6
**danger** [2] - 52:5, 52:10
**dangerous** [1] - 34:2
**date** [3] - 43:4, 47:1, 59:1
**dated** [1] - 64:25
**dates** [4] - 14:6, 16:7, 34:9, 63:24
**day-care** [1] - 21:6
**days** [6] - 21:5, 23:13, 44:24, 57:16, 68:22, 68:24
**deal** [5] - 30:8, 30:9, 30:22, 32:19, 33:18
**dealing** [1] - 40:8
**death** [2] - 29:15, 45:2
**Debra** [1] - 25:17
**debt** [2] - 43:2, 52:1
**debts** [2] - 21:12, 21:21
**December** [1] - 16:20
**deceptions** [1] - 25:25
**decide** [1] - 36:11
**decided** [1] - 38:25
**deciding** [1] - 28:16
**decision** [3] - 28:9, 46:17, 60:22
**decline** [1] - 61:25
**decrease** [1] - 59:16
**deeper** [1] - 36:24
**defendant** [76] - 2:7, 2:14, 2:18, 2:20, 2:25, 4:8, 5:4, 5:8, 5:20, 8:7, 8:10, 8:16, 8:20, 8:24, 8:25, 9:4, 9:5, 9:8, 9:17, 9:21, 10:4, 10:6, 10:9, 10:11, 13:20, 14:12, 14:17, 14:23, 14:25, 15:3, 15:7, 16:8, 16:17, 17:10, 18:8, 18:21, 19:21, 46:3, 46:8, 46:14, 46:15, 46:21, 47:7, 47:15, 47:20, 47:23, 48:1, 48:11, 48:13, 48:15, 48:17, 48:20, 48:24, 49:5, 49:14, 49:18, 50:1, 50:4, 50:10, 50:18, 51:3, 51:8, 51:13, 51:15, 51:19, 51:24, 52:7, 52:8, 52:16, 53:16, 53:20, 53:22, 54:23, 60:15, 62:7, 62:17
**Defendant** [2] - 1:7, 1:13
**DEFENDANT** [9] - 7:15, 7:19, 7:23, 8:1, 20:14, 69:5, 69:8, 69:21, 70:4
**defendant's** [25] - 7:3, 9:15, 9:20, 11:2, 13:14, 13:17, 15:19, 15:20, 16:25, 18:1, 20:4, 46:2, 46:11, 47:14, 48:3, 49:10, 49:12, 49:14, 50:8, 53:18, 54:1, 54:11, 55:2, 56:21, 66:15
**defendants** [1] - 51:21

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR     Document 86-1     Filed 01/03/22     Page 75 of 85

**defense** [5] - 3:20, 11:6, 54:19, 64:24, 66:16
**defraud** [1] - 46:4
**defrauded** [3] - 13:20, 46:21, 49:21
**deliver** [1] - 22:19
**deliveries** [1] - 23:1
**delivering** [1] - 23:1
**delivery** [1] - 23:16
**den** [1] - 26:24
**deny** [2] - 13:17, 20:4
**Department** [2] - 39:19, 63:20
**departure** [3] - 17:4, 17:23
**departures** [1] - 44:5
**dependent** [1] - 47:16
**depression** [3] - 22:14, 36:12, 36:22
**deputy** [1] - 7:9
**described** [2] - 26:1, 26:5
**description** [1] - 27:8
**designate** [2] - 58:18, 58:20
**designated** [3] - 55:12, 63:9, 64:9
**designates** [2] - 58:14, 60:21
**designation** [1] - 69:15
**designed** [2] - 13:23, 62:20
**desire** [2] - 27:15, 39:23
**desist** [1] - 14:9
**despite** [1] - 46:20
**destroyed** [2] - 21:2, 33:24
**destroying** [1] - 33:2
**destruction** [1] - 44:8
**destructive** [1] - 30:20
**detail** [1] - 10:1
**details** [2] - 27:2, 27:20
**detention** [1] - 7:4
**deter** [4] - 19:3, 19:9, 53:16, 53:17
**determination** [1] - 28:17
**determine** [1] - 63:12
**determined** [4] - 8:4, 39:2, 58:10, 65:17
**determines** [3] - 28:11, 40:10, 42:24
**determining** [1] - 49:10
**deterred** [2] - 18:18, 35:11
**deterrence** [4] - 18:13, 18:15, 19:5, 19:13
**deterrent** [1] - 46:25
**developed** [1] - 33:24
**diagnosing** [1] - 17:10
**diagnosis** [1] - 17:15
**dictate** [2] - 64:2, 64:7
**died** [1] - 44:25
**differences** [1] - 29:5
**different** [6] - 44:7, 46:8, 46:13, 54:9, 61:13, 61:20
**difficult** [2] - 30:6, 61:21
**difficulties** [1] - 25:4
**dime** [1] - 58:22

**dinner** [1] - 41:5
**direct** [1] - 67:10
**directed** [3] - 4:8, 55:21, 64:14
**direction** [1] - 10:23
**directly** [2] - 58:16, 63:8
**disabilities** [1] - 44:6
**disadvantages** [1] - 47:23
**disagree** [2] - 25:23, 25:24
**discharged** [2] - 16:17, 18:20
**discrepancies** [1] - 65:15
**discretion** [3] - 45:14, 45:16
**discuss** [1] - 41:5
**discussed** [8] - 19:16, 19:17, 20:1, 27:2, 27:3, 41:23, 66:17, 66:23
**discusses** [1] - 27:13
**disease** [1] - 36:2
**dismiss** [1] - 29:1
**dismissal** [1] - 57:20
**dismissed** [1] - 58:1
**disorder** [1] - 35:16
**disorders** [1] - 62:11
**disregard** [2] - 51:4, 54:3
**distributed** [1] - 57:2
**distribution** [1] - 56:25
**DISTRICT** [2] - 1:1, 1:1
**District** [5] - 56:25, 57:15, 58:9, 68:21, 71:20
**DNA** [1] - 55:21
**docket** [2] - 16:8, 71:16
**doctor** [2] - 35:13, 35:17
**document** [6] - 2:11, 10:4, 10:8, 10:11, 48:5
**documentation** [2] - 48:11, 48:18
**documents** [4] - 10:6, 10:14, 15:6, 46:12
**dollars** [2] - 27:25, 54:13
**done** [9] - 12:12, 12:19, 28:8, 29:20, 38:17, 38:24, 41:15, 43:5, 69:7
**doubtless** [1] - 28:15
**doubts** [1] - 34:11
**down** [9] - 23:16, 24:17, 29:9, 32:3, 39:19, 42:10, 52:1, 53:8, 53:10
**downside** [1] - 59:24
**downward** [31] - 10:5, 10:10, 11:1, 11:4, 12:15, 13:14, 13:18, 16:5, 16:25, 17:3, 17:18, 17:20, 17:25, 18:11, 26:5, 31:23, 37:23, 38:3, 43:9, 43:12, 43:15, 43:18, 44:5, 46:20, 48:16, 51:19, 52:5, 54:5, 54:7, 66:15
**Dr** [1] - 23:2
**drain** [1] - 32:3
**draining** [1] - 45:11
**drained** [2] - 21:8, 22:21

**drive** [2] - 23:9, 38:21
**driven** [1] - 55:1
**driver** [3] - 22:20, 38:7, 49:3
**driving** [1] - 40:25
**drop** [4] - 21:9, 22:23, 32:13, 32:15
**drug** [2] - 44:6, 62:10, 62:19
**DSM** [5] - 35:18, 35:19, 35:20, 35:21
**DSM-I** [1] - 35:21
**DSM-V** [3] - 35:18, 35:19, 35:21
**due** [7] - 19:19, 21:3, 22:11, 56:3, 56:19, 56:23, 57:13
**during** [4] - 10:21, 50:19, 50:23, 61:16
**duties** [1] - 23:14

# E

**e-mail** [6] - 4:8, 22:18, 64:23, 65:12, 66:5, 66:9
**early** [3] - 7:2, 28:6, 43:10
**earned** [2] - 32:13, 32:20
**earning** [1] - 49:3
**eats** [2] - 36:3, 36:5
**educate** [1] - 37:20
**educating** [1] - 41:9
**education** [2] - 39:11, 48:25
**effort** [7] - 27:15, 41:9, 41:13, 51:25, 52:1, 52:11, 52:25
**efforts** [4] - 31:8, 43:20, 53:5
**Eighth** [2] - 44:3, 68:19
**either** [3] - 15:14, 17:6, 58:23
**elaborated** [1] - 26:3
**elevated** [1] - 30:14
**elevator** [1] - 69:19
**eleven** [1] - 44:22
**eligible** [1] - 59:17
**elusory** [1] - 43:1
**embarrassment** [1] - 22:9
**emotional** [1] - 48:2
**emphasize** [1] - 28:10
**employed** [4] - 23:21, 49:2, 71:7, 71:8
**employee** [1] - 71:7
**employment** [5] - 5:19, 48:25, 50:16
**enabled** [1] - 37:17
**end** [10] - 7:4, 19:7, 20:2, 20:5, 36:12, 44:20, 44:23, 45:10, 47:9, 62:14
**enforcement** [4] - 37:7, 46:15, 46:17, 52:15
**engage** [1] - 46:22
**engaged** [5] - 46:23, 49:8, 49:18, 53:5, 53:23
**engaging** [1] - 46:22
**engendered** [1] - 43:14

**enhancement** [6] - 8:10, 8:14, 8:16, 8:20, 8:24, 47:7
**enormity** [1] - 26:17
**ensued** [1] - 27:18
**ensure** [2] - 43:17, 61:18
**entail** [1] - 43:20
**entered** [1] - 54:23
**entertain** [2] - 60:19, 60:22
**entertainment** [5] - 31:24, 33:16, 46:5, 46:7
**entire** [2] - 18:4, 56:18
**entirety** [2] - 6:13, 30:19
**entry** [1] - 71:16
**enumerated** [1] - 45:17
**equally** [1] - 62:10
**error** [1] - 16:4
**especially** [2] - 17:18, 18:13
**evaluate** [4] - 61:10, 61:11, 63:11
**evaluation** [1] - 35:24
**event** [1] - 63:16
**eventual** [1] - 28:5
**evicted** [1] - 33:14
**evidence** [2] - 17:6, 17:16
**exact** [1] - 46:23
**exactly** [2] - 40:2, 48:21
**example** [2] - 47:6, 61:11
**exceed** [1] - 57:7
**except** [3] - 41:6, 61:2, 68:14
**exception** [1] - 45:8
**exceptional** [2] - 18:11, 61:2
**exceptions** [1] - 41:7
**excessive** [1] - 62:6
**exclusively** [1] - 28:16
**excuse** [2] - 7:9, 65:18
**exhibits** [1] - 10:14
**exist** [1] - 31:2
**exit** [1] - 36:24
**expectation** [1] - 18:10
**expended** [1] - 25:5
**expense** [2] - 61:8, 69:3
**expert** [2] - 34:11, 34:13
**explanation** [2] - 37:9, 67:14
**expressly** [1] - 39:13
**extensive** [1] - 9:2
**extent** [5] - 47:18, 48:15, 48:19, 52:21
**extra** [1] - 28:18
**extraordinary** [2] - 17:25, 46:18
**extreme** [1] - 29:19
**eyes** [2] - 44:18, 45:11

# F

**fabrication** [1] - 46:12
**face** [1] - 42:7
**facilities** [2] - 61:19, 61:20
**facility** [11] - 55:12, 58:14, 58:17, 58:19, 59:18, 61:5,

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 76 of 85

61:9, 61:13, 61:17, 63:7, 63:9

**fact** [9] - 19:3, 27:22, 30:23, 39:24, 49:7, 49:9, 49:17, 59:19, 67:8

**factor** [3] - 18:13, 37:24, 51:20

**factors** [9] - 20:1, 45:24, 53:24, 53:25, 54:4, 54:9, 54:19, 55:7, 61:24

**fail** [4] - 58:23, 58:25, 59:24, 68:23

**failing** [5] - 50:11, 50:12, 50:13, 50:14, 50:16, 50:17, 51:11, 59:7

**failure** [1] - 64:14

**failures** [2] - 25:1, 35:15

**fair** [2] - 3:9, 5:5

**fake** [1] - 13:25

**fall** [3] - 33:15, 33:16, 46:3

**falling** [1] - 36:24

**fallout** [1] - 14:13

**falls** [3] - 8:13, 52:13, 53:2

**false** [3] - 14:17, 15:6, 46:5

**familiar** [1] - 26:6

**families** [1] - 63:21

**family** [7] - 21:21, 22:11, 24:8, 36:8, 36:16, 55:13, 58:19

**famous** [1] - 40:13

**far** [4] - 16:13, 18:18, 35:23, 41:15

**fashion** [1] - 6:13

**fate** [1] - 40:10

**father** [8] - 24:5, 25:14, 29:14, 29:24, 30:5, 45:7, 47:17, 47:18

**father's** [1] - 44:21

**father/husband** [1] - 25:13

**favor** [1] - 19:14

**FBI** [2] - 14:23, 15:2

**FCRR** [3] - 1:23, 71:12, 71:19

**fear** [4] - 33:12, 37:1, 40:8, 40:19

**February** [3] - 14:24, 26:22, 46:18

**fed** [1] - 39:9

**federal** [7] - 15:20, 18:22, 18:24, 49:25, 50:9, 55:19, 61:4

**feed** [1] - 41:3

**feeding** [2] - 63:16, 63:20

**feeds** [2] - 39:4, 39:6

**feel** [4] - 7:16, 12:23, 36:10, 65:25

**fell** [1] - 29:9

**felony** [4] - 15:20, 18:22, 18:24, 49:25

**felt** [1] - 26:18

**fence** [1] - 24:3

**fessed** [1] - 27:1

**few** [2] - 30:11, 60:10

**fight** [1] - 39:12

**fighting** [1] - 51:2

**figure** [2] - 21:19, 67:5

**figures** [1] - 66:23

**file** [3] - 2:12, 68:20, 68:23

**filed** [8] - 2:11, 10:3, 10:4, 10:7, 10:9, 10:11, 25:21, 71:16

**filled** [2] - 36:22, 37:18

**final** [1] - 66:25

**finally** [3] - 19:20, 30:13, 42:4

**financial** [6] - 6:15, 15:13, 56:21, 57:3, 57:10, 57:17

**Financial** [1] - 57:5

**financially** [1] - 71:8

**find** [20] - 14:8, 30:10, 33:14, 37:4, 39:9, 47:11, 48:20, 51:20, 52:2, 52:15, 52:19, 52:22, 53:3, 53:4, 53:25, 54:13, 54:18, 56:5, 56:21, 57:18

**finds** [1] - 37:16

**fine** [3] - 3:4, 56:7

**fined** [1] - 59:4

**fines** [1] - 23:20

**first** [18] - 6:14, 10:25, 11:3, 11:16, 11:22, 17:1, 20:14, 20:19, 21:9, 26:8, 27:12, 29:23, 35:20, 37:15, 49:20, 50:20, 58:3, 58:8

**fisted** [1] - 39:16

**five** [3] - 6:21, 38:23

**flagged** [1] - 66:14

**floor** [2] - 69:11, 69:19

**follow** [1] - 50:14

**following** [3] - 2:1, 55:17, 69:11

**follows** [1] - 56:10

**footnote** [1] - 36:17

**FOR** [1] - 1:1

**Force** [1] - 42:12

**forcing** [1] - 22:6

**foregoing** [2] - 71:4, 71:15

**forever** [1] - 68:24

**forgery** [1] - 16:2

**forgiving** [1] - 12:12

**forms** [2] - 13:25, 14:18

**forth** [1] - 68:14

**forthcoming** [1] - 41:19

**fortune** [1] - 42:13

**forward** [5] - 37:14, 40:7, 40:18, 48:18, 69:13

**foster** [1] - 27:11

**four** [2] - 16:20, 18:19

**fourth** [1] - 15:20

**FPC** [1] - 60:24

**fragile** [1] - 29:17

**frame** [1] - 12:24

**Frankfurter** [1] - 40:3

**fraud** [17] - 2:21, 14:21, 15:5, 15:21, 19:6, 27:4, 30:24, 31:7, 46:11, 46:23, 47:1, 47:2, 47:25, 50:6, 67:11

**fraud-related** [1] - 15:21

**frauds** [2] - 30:25, 31:3

**fraudster** [1] - 31:1

**fraudulent** [5] - 13:22, 49:15, 49:18, 54:11, 55:3

**fraudulently** [1] - 32:18

**free** [1] - 37:18

**freely** [1] - 44:10

**frequently** [1] - 14:16

**Friday** [1] - 23:8

**friend** [1] - 29:7

**friends** [1] - 22:8

**front** [1] - 20:23

**fruit** [1] - 22:22

**full** [6] - 3:9, 5:5, 19:18, 23:19, 24:3, 52:9

**function** [1] - 30:25

**fund** [1] - 39:8

**funds** [3] - 49:3, 51:25, 57:7

**future** [2] - 53:17, 53:20

## G

**gainfully** [1] - 23:21

**gamble** [4] - 13:21, 31:9, 32:22, 36:18

**gambling** [35] - 5:18, 15:4, 17:1, 17:3, 17:6, 17:12, 19:11, 21:12, 23:4, 23:23, 29:24, 30:17, 31:11, 35:16, 35:23, 36:1, 36:4, 36:23, 44:1, 47:19, 48:2, 48:7, 48:9, 48:16, 48:21, 49:17, 51:8, 51:9, 51:10, 51:14, 52:18, 52:21, 53:1, 61:11, 62:6

**gang** [3] - 38:20, 39:3, 39:12

**general** [4] - 12:12, 18:14, 19:5, 19:13

**gentleman** [2] - 32:16, 44:9

**gentlemen** [1] - 53:8

**gesture** [1] - 42:3

**get** [17] - 21:8, 21:23, 23:8, 24:23, 27:21, 31:2, 31:8, 31:20, 36:6, 41:2, 41:3, 42:4, 43:4, 45:9, 58:22, 59:23, 69:16

**gets** [3] - 41:2, 47:7, 62:9

**getting** [5] - 22:21, 24:22, 32:24, 68:1, 69:17

**give** [10] - 12:15, 20:21, 28:17, 30:1, 39:24, 48:6, 63:25, 66:19, 68:24, 69:12

**given** [6] - 39:17, 41:1, 54:10, 56:5, 56:20, 66:25

**gives** [1] - 45:20

**giving** [1] - 45:20

**goals** [4] - 45:23, 53:13, 54:22

**government** [38] - 3:12, 4:5, 4:14, 4:23, 7:2, 7:4, 7:6, 9:11, 10:3, 10:9, 11:3, 11:5, 11:25, 19:17, 19:21, 20:2, 25:21, 26:12, 28:11, 28:13, 29:1, 30:23, 32:12, 34:8, 34:11, 34:18, 35:1, 37:22, 41:18, 41:22, 42:12, 42:20, 43:25, 48:12, 52:4, 57:24, 64:24, 68:12

**government's** [7] - 9:8, 11:7, 26:4, 26:14, 28:17, 35:5, 54:17

**graceful** [1] - 36:24

**graduated** [1] - 48:24

**grant** [1] - 58:5

**grants** [1] - 57:25

**great** [5] - 22:7, 32:6, 39:5, 40:5, 40:6

**greater** [6] - 16:14, 16:15, 45:23, 47:9, 53:12, 54:21

**greatly** [1] - 49:13

**grew** [2] - 47:16, 47:20

**gross** [1] - 32:13

**ground** [1] - 17:5

**grounds** [1] - 51:18

**grow** [1] - 36:14

**growing** [2] - 6:18, 24:6

**growth** [2] - 40:7, 40:18

**guidance** [1] - 29:10

**guided** [1] - 29:10

**guideline** [16] - 5:25, 6:19, 8:8, 8:12, 8:18, 8:22, 8:25, 9:7, 9:10, 9:23, 15:16, 43:23, 43:25, 54:14, 54:18, 54:20

**guidelines** [10] - 3:13, 8:4, 13:19, 17:2, 17:22, 19:23, 20:3, 44:2, 47:5, 47:11

**guilt** [1] - 36:22

**guilty** [11] - 2:19, 2:20, 9:4, 26:17, 28:6, 28:7, 28:8, 28:19, 28:23, 54:24, 55:5

**gunfire** [1] - 38:20

**gunshots** [1] - 38:23

**guy** [1] - 12:15

## H

**half** [6] - 22:17, 35:9, 35:22, 42:15, 52:25, 54:12

**half-brother** [1] - 42:15

**Hammond** [1] - 28:4

**hand** [3] - 23:7, 43:21, 71:9

**handle** [1] - 23:24

**hands** [1] - 32:2

**hang** [2] - 28:19, 28:20

**hang-up** [2] - 28:19, 28:20

**happen** [4] - 22:1, 27:16,

31:20, 66:4
**happened** [7] - 15:9, 26:22, 31:12, 32:24, 34:24, 35:10, 62:6
**happening** [1] - 21:18
**happens** [1] - 63:23
**happy** [10] - 12:8, 13:12, 20:8, 24:14, 32:10, 34:13, 34:17, 34:19, 60:16, 62:16
**hard** [1] - 61:3
**harder** [1] - 60:7
**hardship** [1] - 15:13
**harm** [1] - 44:8
**harmed** [1] - 44:11
**harms** [1] - 14:14
**hashed** [1] - 29:2
**haunted** [1] - 33:1
**Haute** [3] - 60:24, 61:14, 61:15
**hazard** [1] - 43:5
**head** [1] - 40:8
**head-on** [1] - 40:8
**health** [2] - 45:12, 48:1
**hear** [11] - 10:25, 11:3, 11:8, 11:22, 12:8, 13:12, 20:9, 24:14, 24:23, 38:23, 60:17
**hearing** [16] - 2:5, 2:13, 4:15, 7:5, 9:25, 10:15, 10:21, 18:7, 24:22, 25:11, 45:20, 69:11, 70:3, 71:3, 71:4, 71:5
**HEARING** [1] - 1:15
**heavily** [1] - 19:13
**HELD** [1] - 1:16
**held** [3] - 2:1, 44:3, 71:3
**help** [3] - 30:21, 37:1, 42:17
**hereby** [2] - 55:9, 71:2
**hereto** [1] - 71:8
**heretofore** [1] - 71:3
**hierarchy** [2] - 40:14, 40:16
**high** [5] - 20:2, 20:5, 29:21, 48:24, 49:19
**higher** [2] - 66:4, 68:18
**hijacking** [1] - 36:19
**himself** [9] - 26:18, 30:5, 32:4, 32:8, 37:20, 41:9, 41:10, 44:12, 52:7
**historically** [1] - 64:3
**history** [18] - 5:17, 6:16, 9:17, 9:21, 9:22, 9:23, 15:19, 16:21, 19:22, 19:25, 35:2, 38:17, 47:14, 48:1, 49:1, 49:12, 49:14, 54:24
**hit** [2] - 21:24, 30:13
**hold** [1] - 20:11
**home** [10] - 22:24, 23:19, 25:16, 26:24, 27:17, 33:5, 33:13, 36:9, 38:9, 41:4
**homes** [1] - 63:19
**HON** [1] - 1:16
**Honor** [76] - 3:11, 3:15, 4:1, 4:5, 4:13, 5:2, 5:7, 5:22, 6:8,

6:11, 7:7, 7:15, 7:19, 7:23, 8:1, 9:12, 10:16, 10:18, 10:22, 11:12, 11:14, 11:15, 11:20, 13:4, 13:10, 13:16, 20:7, 20:14, 20:18, 23:17, 24:15, 24:16, 25:12, 25:20, 26:6, 26:8, 29:4, 30:16, 34:4, 34:24, 35:5, 37:11, 39:1, 39:15, 40:5, 40:9, 40:15, 42:2, 42:24, 43:7, 43:19, 44:15, 45:14, 45:17, 45:20, 57:23, 60:14, 60:18, 62:2, 62:3, 63:1, 63:23, 65:7, 65:11, 66:8, 66:21, 67:16, 67:19, 68:5, 68:7, 68:9, 69:5, 69:8, 69:21, 69:24, 70:1
**honor** [1] - 61:7
**Honorable** [1] - 71:3
**hoops** [1] - 41:20
**hope** [4] - 20:21, 30:1, 30:3, 45:11
**hopefully** [1] - 62:22
**horse** [1] - 30:4
**Horseshoe** [1] - 28:4
**hot** [1] - 23:7
**hour** [1] - 6:21
**hourly** [1] - 38:7
**house** [1] - 21:20
**huge** [2] - 29:5, 33:18
**human** [1] - 41:12
**hundred** [2] - 27:25, 28:2
**hurt** [1] - 12:22
**hurts** [1] - 12:16

**I**

**identical** [1] - 55:3
**identified** [6] - 10:13, 44:10, 53:24, 65:16, 65:19, 67:7
**identifiers** [1] - 71:17
**identify** [1] - 35:6
**identifying** [1] - 17:10
**identity** [2] - 16:10, 31:6
**ignore** [1] - 21:16
**ignored** [1] - 40:1
**ignoring** [1] - 54:7
**III** [2] - 35:21, 35:22
**Illinois** [6] - 1:12, 32:7, 58:9, 58:10, 63:6, 69:13
**illness** [2] - 29:19, 36:2
**illogical** [1] - 36:15
**illusory** [1] - 33:19
**imaginable** [1] - 41:16
**immediate** [2] - 58:4, 60:2
**immediately** [8] - 19:19, 56:3, 56:18, 56:19, 56:20, 56:22, 60:5, 69:11
**immense** [1] - 45:14
**immersed** [1] - 43:20
**impact** [1] - 5:16
**importance** [1] - 30:11

**important** [2] - 18:13, 38:15
**impose** [6] - 3:3, 3:4, 3:7, 11:9, 13:18, 20:5
**imposed** [4] - 56:7, 56:23, 64:18, 68:25
**imposing** [1] - 53:15
**imprisoned** [1] - 55:10
**imprisonment** [7] - 9:24, 16:7, 16:9, 19:14, 55:15, 57:11, 59:3
**IN** [2] - 1:1, 71:9
**inadvertently** [1] - 4:22
**inappropriate** [2] - 25:10, 42:3
**incarcerated** [3] - 50:22, 57:4, 62:18
**incarceration** [4] - 35:11, 50:20, 51:2, 58:5
**inches** [1] - 44:24
**include** [1] - 53:14
**included** [1] - 14:13
**including** [5] - 27:22, 44:2, 44:13, 53:15, 66:9
**inclusion** [1] - 28:21
**inclusions** [1] - 66:18
**income** [2] - 42:22, 49:4
**inconsistency** [1] - 4:20
**inconveniences** [1] - 25:3
**incorporating** [1] - 71:16
**incorrect** [1] - 65:24
**increase** [2] - 47:9, 60:5
**incredibly** [1] - 26:7
**indeed** [1] - 41:23
**Indiana** [3] - 28:4, 32:9, 60:24
**indicated** [1] - 71:3
**indicates** [1] - 47:20
**indication** [2] - 17:14, 46:18
**indicted** [1] - 53:6
**indictment** [5] - 2:19, 18:4, 26:2, 30:17, 49:6
**individual** [13] - 26:11, 26:15, 27:10, 34:25, 36:5, 36:21, 37:5, 37:14, 38:6, 38:16, 41:8, 45:13, 45:19
**individuals** [3] - 26:16, 32:16, 44:10
**induced** [1] - 13:22
**inexcusable** [1] - 27:21
**influence** [1] - 47:24
**information** [6] - 14:12, 27:7, 48:7, 48:23, 52:20, 69:12
**informative** [2] - 48:6, 51:6
**informed** [1] - 64:11
**inmate** [1] - 50:21
**inmates** [1] - 61:19
**inside** [1] - 22:8
**instance** [3] - 25:23, 45:16, 48:9
**institution** [2] - 57:8, 64:9
**instructions** [1] - 50:14

**intention** [1] - 28:24
**interaction** [1] - 37:7
**interest** [7] - 57:19, 61:9, 61:23, 62:25, 63:1, 63:3
**interested** [1] - 71:8
**interferes** [1] - 61:17
**interfering** [1] - 50:25
**international** [1] - 14:21
**intervention** [1] - 35:12
**interview** [3] - 15:2, 26:20, 27:18
**interviewed** [2] - 14:23, 46:15
**introduced** [1] - 47:19
**investigation** [4] - 2:11, 10:1, 26:15, 46:25
**investigator** [1] - 26:12
**investigators** [1] - 27:16
**involved** [17] - 8:17, 8:21, 15:5, 16:15, 20:25, 26:14, 39:12, 46:3, 46:11, 46:12, 47:4, 49:5, 50:2, 50:5, 50:7, 63:20, 67:10
**involvement** [1] - 63:15
**involving** [2] - 50:3, 50:6
**IOWA** [1] - 1:1
**Iowa** [9] - 1:10, 1:18, 1:24, 56:25, 57:15, 68:21, 71:2, 71:13, 71:21
**irrational** [1] - 36:15
**issue** [3] - 3:5, 6:1, 16:12
**issues** [4] - 4:9, 5:25, 24:25, 31:6
**item** [1] - 51:1
**itself** [7] - 38:2, 43:9, 43:10, 43:11, 43:15, 43:18, 51:17
**IV** [4] - 9:22, 9:23, 19:22, 35:23

**J**

**January** [3] - 2:18, 26:9, 71:10
**JEFFREY** [1] - 1:12
**Jeffrey** [1] - 2:8
**job** [4] - 36:17, 38:7, 42:12, 42:19
**judge** [2] - 36:19, 54:9
**judge's** [1] - 61:7
**judgment** [2] - 55:8, 55:24
**judicial** [1] - 25:4
**jump** [1] - 22:24
**jumped** [1] - 41:21
**jurisdiction** [1] - 50:11
**Justice** [1] - 40:2
**justice** [1] - 45:18

**K**

**keep** [2] - 36:24, 64:11

*Contact Patrice Murray at PAMurrayReporting@gmail.com
for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 78 of 85

**kept** [1] - 34:22
**kickback** [1] - 39:3
**kids** [4] - 12:20, 21:8, 21:10, 23:12
**kind** [7] - 13:4, 27:17, 29:25, 34:3, 37:6, 37:17, 44:8
**kinds** [3] - 31:3, 31:4, 32:25
**known** [2] - 18:5, 27:19
**knows** [2] - 17:23, 43:2
**KYNDRA** [1] - 1:10
**Kyndra** [1] - 2:6

# L

**landlord** [1] - 33:13
**large** [1] - 47:11
**largely** [2] - 47:17, 49:1
**largesse** [1] - 39:5
**last** [3] - 32:23, 52:24, 62:24
**lastly** [1] - 37:22
**late** [5] - 2:16, 26:9, 34:16, 39:25, 40:4
**law** [8] - 28:17, 37:7, 45:6, 46:15, 46:17, 51:4, 52:15, 54:3
**least** [7] - 47:10, 50:9, 52:1, 52:12, 55:1, 57:9, 63:15
**leave** [6] - 7:12, 21:9, 22:1, 22:5, 22:16, 31:21
**leaving** [1] - 50:11
**led** [1] - 52:18
**left** [6] - 12:13, 14:13, 36:11, 36:21, 63:12
**legion** [1] - 44:4
**legitimate** [2] - 13:24, 14:11
**legitimately** [1] - 15:8
**lenient** [1] - 45:18
**less** [8] - 8:13, 18:2, 18:19, 38:15, 38:22, 39:22, 47:5, 47:6
**letter** [6] - 10:12, 17:11, 17:13, 30:5, 39:15, 48:4
**letters** [3] - 10:7, 14:9, 49:9
**level** [6] - 8:7, 9:2, 9:12, 9:16, 9:22, 59:17
**levels** [1] - 9:14
**liberty** [1] - 36:7
**lie** [4] - 14:17, 21:4, 22:6, 33:11
**lied** [4] - 12:19, 15:10, 21:22, 42:5
**lies** [4] - 13:1, 25:25, 33:4, 46:5
**life** [22] - 18:23, 21:1, 22:17, 23:17, 23:23, 24:1, 29:5, 30:7, 30:19, 33:1, 33:4, 34:6, 36:13, 37:8, 40:6, 40:21, 40:23, 41:5, 44:14, 44:21, 47:17, 47:24
**lifetime** [2] - 34:25, 37:18
**lifted** [1] - 29:10

**lighting** [1] - 14:5
**lightly** [1] - 39:15
**likelihood** [1] - 49:20
**likewise** [3] - 32:14, 42:15, 44:4
**Lil** [1] - 21:18
**limited** [3] - 68:4, 68:11, 68:14
**listed** [2] - 16:6, 51:12
**literally** [1] - 32:1
**live** [3] - 21:4, 22:14, 33:11
**lives** [3] - 29:5, 38:9, 38:10
**living** [2] - 12:23, 36:11
**loads** [2] - 22:19, 38:8, 41:1
**local** [1] - 55:19
**longest** [1] - 31:13
**longstanding** [1] - 31:12
**look** [6] - 13:25, 14:18, 34:24, 52:6, 52:11, 53:9
**looked** [3] - 35:20, 40:7
**looking** [17] - 4:20, 13:19, 15:19, 15:22, 16:7, 16:11, 17:7, 18:1, 18:14, 19:5, 22:8, 30:14, 35:19, 54:25, 55:1, 64:23, 66:11
**lose** [2] - 30:15, 36:7
**loser** [1] - 22:2
**losing** [1] - 44:12
**loss** [28] - 5:12, 8:10, 8:11, 15:15, 15:16, 16:12, 16:15, 19:23, 19:24, 24:10, 29:17, 32:23, 47:9, 49:21, 49:25, 50:3, 50:7, 54:13, 64:21, 64:25, 65:1, 65:2, 65:19, 66:1, 66:2, 67:7, 67:13
**losses** [5] - 16:11, 31:15, 32:12, 32:22, 67:11
**lost** [5] - 22:8, 22:9, 22:11, 36:9
**loud** [1] - 24:22
**loved** [1] - 47:21
**lower** [2] - 16:12, 59:17
**lucky** [1] - 31:20
**lunch** [1] - 22:23
**Lundquist** [2] - 2:6, 3:8, 7:1, 9:7, 10:13, 10:19, 11:11, 11:19, 13:12, 20:6, 57:21, 65:5, 66:7, 67:3, 68:3, 69:25
**LUNDQUIST** [22] - 1:10, 3:11, 3:15, 4:1, 4:5, 4:13, 5:1, 7:6, 9:11, 10:16, 10:22, 11:12, 11:20, 13:10, 13:16, 20:7, 57:23, 65:7, 66:8, 66:21, 68:5, 70:1
**lying** [2] - 50:13, 51:10

# M

**machine** [1] - 1:20
**made** [10] - 33:7, 39:5,

41:24, 42:14, 45:3, 51:25, 52:1, 52:14, 56:24
**magnitude** [1] - 17:19
**mail** [6] - 4:8, 22:18, 64:23, 65:12, 66:5, 66:9
**mailing** [1] - 57:16
**major** [1] - 42:17
**make** [31] - 4:24, 6:5, 6:9, 9:11, 11:6, 11:16, 13:23, 13:25, 14:2, 14:18, 17:15, 20:20, 22:21, 22:23, 23:3, 23:21, 29:5, 34:13, 42:13, 45:10, 56:8, 57:4, 59:9, 59:17, 60:20, 61:1, 61:3, 61:21, 64:21, 69:14
**makes** [4] - 30:23, 34:8, 38:7, 60:22
**making** [11] - 24:11, 28:9, 37:3, 41:1, 41:2, 41:11, 41:12, 43:7, 61:21, 61:25, 63:22
**man** [2] - 40:5, 44:23
**managed** [1] - 40:25
**management** [1] - 23:10
**manager** [1] - 9:1
**managerial** [1] - 47:4
**mandate** [1] - 62:4
**mandatory** [4] - 3:6, 3:7, 43:2, 55:18
**manner** [3] - 24:2, 49:19, 69:18
**manual** [1] - 35:25
**March** [1] - 15:1
**married** [1] - 47:16
**Marshal** [3] - 58:8, 64:10, 64:11
**Marshal's** [1] - 69:20
**Marshals** [5] - 58:12, 58:24, 63:6, 69:10, 69:13
**marshals** [1] - 7:9
**Maslow** [1] - 40:12
**maslow** [1] - 40:17
**Maslow's** [2] - 40:14, 40:16
**mathematically** [1] - 31:19
**matter** [3] - 2:2, 2:4, 2:16
**matters** [5] - 31:7, 37:11, 37:13, 63:10, 64:6
**McDonell** [1] - 65:6
**meals** [1] - 23:7
**mean** [1] - 39:25
**means** [3] - 8:21, 47:3, 62:4
**mediate** [1] - 41:3
**mediation** [1] - 39:13
**mediations** [1] - 39:21
**medical** [1] - 17:9
**meet** [1] - 26:15
**meeting** [1] - 27:16
**meetings** [1] - 34:7
**member** [1] - 42:11
**members** [1] - 22:10
**memo** [1] - 35:6
**memorandum** [2] - 10:3,

10:5
**mental** [2] - 23:4, 48:1
**mention** [1] - 46:1
**mentioned** [1] - 16:22
**mentions** [1] - 35:17
**mentor** [2] - 38:11, 41:3
**mentoring** [1] - 38:25
**mentors** [1] - 38:24
**merciful** [1] - 45:16
**mercy** [2] - 23:18, 45:18
**mere** [1] - 19:2
**merely** [2] - 40:4, 60:20
**merit** [2] - 17:24, 52:23
**merits** [1] - 53:6
**message** [1] - 19:11
**messed** [1] - 37:1
**met** [1] - 26:24
**metastatic** [1] - 45:6
**microphone** [1] - 12:7
**middle** [3] - 15:16, 19:23, 47:10
**midst** [1] - 63:22
**might** [3] - 61:8, 61:12, 61:13
**miles** [1] - 40:25
**million** [1] - 54:13
**millions** [1] - 12:19
**mind** [4] - 27:21, 27:22, 42:21, 54:4
**minimize** [1] - 27:4
**minutes** [4] - 6:21, 38:23, 60:10
**miscommunication** [1] - 69:18
**misconduct** [1] - 37:17
**misrepresentation** [1] - 32:18
**misrepresentations** [2] - 25:25, 46:12
**mitigating** [9] - 15:4, 51:20, 52:15, 52:19, 53:3, 53:4, 53:24, 54:4, 54:18
**mitigation** [2] - 11:17, 25:22
**modest** [1] - 30:10
**moments** [1] - 30:12
**Monday** [5] - 23:2, 23:7, 23:13, 37:21, 41:7
**Mondays** [1] - 23:10
**money** [25] - 12:22, 13:21, 13:22, 15:8, 15:10, 19:12, 21:17, 21:22, 21:25, 27:23, 31:3, 31:8, 32:10, 32:21, 32:24, 33:17, 34:2, 34:3, 39:5, 39:7, 39:9, 41:11, 42:4, 47:3, 67:10
**monies** [4] - 31:16, 31:24, 32:15, 32:17
**month** [4] - 12:13, 12:22, 15:1, 24:12
**monthly** [3] - 50:12, 57:4, 57:6
**months** [19] - 9:24, 12:13,

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 79 of 85

13:2, 14:22, 15:7, 16:6, 16:9, 18:3, 18:15, 18:16, 18:17, 24:9, 49:23, 51:22, 54:22, 54:25, 55:11
**most** [4] - 18:19, 30:2, 45:12, 51:1
**mother** [3] - 29:6, 29:25, 47:21
**mother's** [1] - 29:19
**motion** [11] - 9:12, 10:5, 10:10, 11:1, 11:2, 11:4, 13:14, 13:17, 16:25, 20:4, 57:25
**motive** [1] - 49:16
**move** [1] - 25:11
**moved** [1] - 24:16
**moves** [1] - 57:24
**MR** [21] - 5:7, 5:22, 6:3, 6:8, 6:11, 10:18, 11:14, 24:15, 24:20, 25:12, 40:15, 40:17, 60:14, 60:18, 62:2, 62:24, 63:4, 63:8, 66:22, 68:9, 69:24
**MRI** [1] - 63:11
**MS** [21] - 3:11, 3:15, 4:1, 4:5, 4:13, 5:1, 7:6, 9:11, 10:16, 10:22, 11:12, 11:20, 13:10, 13:16, 20:7, 57:23, 65:7, 66:8, 66:21, 68:5, 70:1
**multiple** [3] - 44:21, 46:13, 50:19
**Murphy** [28] - 2:3, 6:12, 7:13, 11:8, 20:9, 20:22, 23:5, 24:13, 25:7, 25:13, 25:24, 26:9, 28:23, 29:6, 31:23, 39:22, 42:10, 42:20, 44:11, 55:9, 58:2, 60:12, 63:25, 64:8, 68:2, 68:4, 68:10
**MURPHY** [1] - 1:6
**Murphy's** [4] - 30:19, 33:1, 40:20, 41:20
**Murray** [7] - 1:19, 1:23, 71:2, 71:11, 71:12, 71:19, 71:19
**music** [1] - 23:22
**must** [15] - 3:6, 40:19, 55:17, 55:18, 55:19, 55:20, 55:23, 56:2, 56:24, 57:4, 57:11, 57:14, 64:8, 64:11
**myeloma** [1] - 44:21

**N**

**name** [3] - 12:8, 12:10, 40:12
**national** [1] - 14:20
**nature** [7] - 13:19, 14:4, 15:17, 47:2, 48:19, 54:1, 55:3
**NDIA** [1] - 71:20
**near** [2] - 30:20, 45:2
**necessarily** [2] - 24:21, 47:24
**necessary** [6] - 31:16, 43:17, 45:23, 53:12, 54:21, 63:13
**need** [6] - 4:3, 37:1. 39:23,

47:24, 53:10, 58:3
**needed** [4] - 7:11, 29:10, 29:11, 29:12
**needs** [8] - 3:24, 6:1, 6:4, 19:6, 40:14, 40:16, 55:14, 61:10
**needy** [1] - 63:16
**neglected** [1] - 7:1
**neighborhood** [2] - 38:17, 38:22
**neighborhoods** [1] - 38:18
**net** [2] - 42:21, 42:25
**never** [4] - 31:18, 32:23, 32:24, 40:3
**nevertheless** [1] - 48:20
**new** [3] - 35:8, 35:9
**next** [3] - 30:4, 68:22, 68:24
**night** [1] - 38:9
**nightmare** [1] - 36:14
**nights** [1] - 37:21
**nine** [1] - 26:6
**nobody** [1] - 45:9
**none** [3] - 18:17, 33:15, 41:10
**nonetheless** [1] - 62:15
**noninstitution** [1] - 57:8
**nonprofit** [2] - 22:10, 23:10
**noon** [1] - 21:14
**norm** [1] - 15:22
**Northern** [4] - 56:25, 57:15, 58:9, 68:21
**NORTHERN** [1] - 1:1
**note** [5] - 18:1, 49:6, 51:6, 54:23, 56:4
**noted** [4] - 3:16, 5:8, 17:2, 27:14
**nothing** [9] - 12:20, 25:8, 28:11, 28:19, 34:21, 35:9, 37:7, 37:19, 51:7
**notice** [3] - 48:13, 68:20, 68:23
**notified** [1] - 64:10
**notify** [4] - 50:15, 57:14, 64:4, 69:15
**November** [5] - 16:18, 18:2, 63:13, 63:17
**Number** [1] - 2:4
**number** [16] - 2:11, 5:8, 10:4, 10:8, 10:11, 30:13, 34:16, 35:20, 47:2, 47:6, 48:5, 53:14, 53:25, 54:9, 64:12, 67:23
**numbers** [1] - 66:25
**numerous** [1] - 61:5

**O**

**obfuscation** [1] - 27:5
**object** [1] - 7:6
**objection** [3] - 3:18, 7:3, 11:18

**objections** [11] - 3:13, 3:17, 3:23, 3:25, 4:3, 5:9, 5:11, 5:20, 6:2, 6:4
**obligation** [1] - 36:16
**obligations** [3] - 57:3, 57:10, 57:18
**observation** [1] - 44:15
**obtain** [7] - 13:21, 15:11, 17:8, 31:16, 37:10, 48:10, 53:1
**obtained** [1] - 32:17
**obviously** [1] - 15:25
**occasions** [1] - 61:6
**occur** [1] - 14:4
**occurred** [2] - 32:25, 46:14
**occurs** [1] - 57:17
**October** [2] - 1:17, 64:25
**OF** [2] - 1:1, 1:3
**offender** [1] - 61:3
**offender's** [1] - 61:8
**offense** [33] - 3:17, 3:21, 3:23, 4:3, 4:15, 4:18, 4:21, 5:14, 6:13, 8:7, 8:17, 8:21, 9:2, 9:4, 9:16, 9:22, 13:20, 14:6, 15:5, 15:18, 16:6, 16:13, 16:19, 18:3, 18:18, 18:25, 19:2, 30:16, 35:4, 46:2, 59:1, 59:2, 65:22
**offenses** [6] - 15:21, 15:23, 16:1, 16:22, 19:25, 35:9
**offer** [2] - 27:5, 63:10
**office** [12] - 8:5, 8:6, 8:9, 8:15, 8:19, 8:23, 9:5, 9:18, 17:8, 39:18, 48:10, 65:17
**Office** [7] - 1:10, 57:12, 58:12, 59:4, 64:17, 65:12, 69:20
**OFFICER** [5] - 65:11, 67:16, 67:19, 67:23, 68:7
**Officer** [6] - 2:9, 64:20, 64:22, 65:8, 67:4, 68:6
**officer** [5] - 37:7, 50:12, 50:13, 50:15, 55:22
**officers** [4] - 46:15, 46:17, 50:16, 51:11
**offloading** [1] - 41:1
**ofttimes** [1] - 40:3
**old** [1] - 47:15
**older** [1] - 12:23
**once** [2] - 28:15, 31:20
**one** [29] - 2:19, 17:11, 17:18, 25:16, 26:10, 26:21, 28:1, 29:17, 29:25, 31:7, 31:19, 32:4, 34:2, 34:5, 36:19, 37:12, 38:16, 39:16, 40:3, 41:7, 42:6, 42:21, 44:10, 44:15, 45:3, 45:8, 49:23, 50:2, 50:5
**One** [1] - 40:18
**ones** [1] - 19:4
**ongoing** [3] - 31:12, 43:16, 46:11

**ons** [1] - 66:24
**open** [1] - 2:1
**openness** [1] - 35:14
**opinion** [1] - 12:18
**opportunity** [5] - 3:9, 5:5, 11:6, 37:15, 65:9
**opposite** [1] - 22:1
**opposition** [3] - 26:5, 31:22, 37:23
**option** [5] - 3:2, 58:8, 58:16, 58:21, 58:25
**options** [3] - 58:6, 60:10, 60:12
**ord** [1] - 17:24
**order** [7] - 10:24, 11:11, 11:22, 19:19, 55:24, 58:4, 59:23
**Order** [1] - 71:18
**ordered** [7] - 56:2, 56:8, 56:10, 56:20, 57:3, 58:23, 71:17
**Ordered** [1] - 1:21
**ordinarily** [2] - 17:22, 17:24
**organize** [1] - 27:15
**organized** [1] - 63:22
**originally** [1] - 71:16
**otherwise** [4] - 8:21, 9:1, 37:18, 47:21
**ought** [1] - 40:4
**outbreaks** [1] - 61:20
**outgrowth** [1] - 31:8
**outlet** [1] - 30:8
**outright** [1] - 27:8
**outside** [2] - 15:22, 30:9
**outstanding** [3] - 38:6, 42:19, 57:21
**overall** [1] - 6:22
**overcome** [3] - 37:1, 40:8, 40:20
**owe** [3] - 51:21, 56:6, 57:9
**owed** [5] - 4:17, 46:9, 56:19, 57:3, 67:6
**owes** [2] - 52:2, 52:13
**own** [8] - 7:14, 11:7, 15:11, 31:25, 35:6, 44:18, 51:25, 58:22

**P**

**p.m** [3] - 1:18, 2:13, 70:5
**page** [2] - 8:5, 26:21
**pages** [2] - 26:6, 48:5
**paid** [4] - 23:21, 24:10, 41:21, 43:3
**painful** [1] - 27:20
**PAMurrayReporting@ gmail.com** [1] - 1:25
**pancreatic** [1] - 45:6
**paper** [1] - 26:4
**paperwork** [1] - 66:25

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 80 of 85

**paragraph** [23] - 3:21, 4:18, 4:19, 5:16, 5:17, 5:19, 8:6, 8:9, 8:15, 8:19, 8:23, 9:19, 14:24, 16:6, 26:20, 48:13, 65:16, 65:20, 65:24, 66:1, 66:2, 67:7
**paragraphs** [9] - 3:17, 3:19, 5:9, 5:11, 5:14, 16:2, 17:7, 33:5, 55:25
**parent** [1] - 30:1
**Park** [2] - 38:18, 38:20
**parole** [1] - 2:24
**part** [8] - 3:19, 4:2, 28:19, 29:1, 38:9, 48:3, 55:1, 62:13
**participate** [2] - 37:20, 62:17
**participating** [1] - 2:8
**particular** [1] - 46:14
**particularly** [2] - 15:23, 51:6
**parties** [6] - 4:9, 5:24, 10:2, 71:7, 71:8
**passing** [1] - 15:9
**past** [2] - 15:23, 17:9
**path** [2] - 40:21, 42:16
**pathological** [1] - 31:11
**pathology** [5] - 32:7, 35:15, 36:1, 36:4, 44:1
**Patrice** [7] - 1:19, 1:23, 71:2, 71:11, 71:12, 71:19, 71:19
**pattern** [3] - 49:15, 54:11, 55:2
**patterns** [1] - 32:25
**paucity** [1] - 52:19
**pay** [18] - 12:14, 12:17, 12:22, 21:25, 23:19, 24:7, 32:13, 42:10, 42:13, 43:3, 50:17, 51:23, 52:1, 52:11, 56:2, 56:4, 56:7, 57:11
**payable** [2] - 19:19, 56:10, 56:18, 56:20, 56:22, 56:23
**paying** [6] - 12:13, 33:9, 33:12, 51:19, 52:7, 52:9
**payment** [6] - 24:11, 33:6, 41:18, 41:24, 56:23, 57:14
**payments** [3] - 14:1, 18:9, 56:24, 57:4, 57:6
**PayPal** [1] - 56:11
**pays** [1] - 52:6
**penalties** [1] - 41:21
**pending** [1] - 11:1
**penny** [3] - 24:7, 24:10, 28:2
**people** [21] - 21:15, 21:20, 26:10, 29:4, 31:25, 33:21, 38:11, 38:24, 39:1, 39:4, 39:6, 39:9, 39:10, 42:5, 43:21, 46:4, 46:8, 49:21, 59:5, 59:7, 62:11
**people's** [2] - 19:12, 33:17
**per** [1] - 57:9
**percent** [1] - 57:7
**perfect** [1] - 12:7
**performance** [3] - 32:24, 50:8, 54:2

**performances** [1] - 33:22
**performer** [2] - 32:21, 32:23
**perhaps** [1] - 49:16
**perilously** [1] - 33:2
**period** [4] - 26:1, 51:2, 59:3, 62:7
**permit** [3] - 11:15, 45:19, 50:16
**person** [5] - 12:24, 29:9, 34:17, 36:3, 40:12
**personal** [1] - 71:17
**personally** [3] - 2:7, 12:14, 13:1
**personnel** [1] - 61:5
**persuade** [1] - 48:18
**pertinent** [1] - 10:14
**pew** [1] - 25:18
**phone** [6] - 6:20, 12:24, 21:11, 21:19, 50:24, 64:12
**phony** [1] - 31:4
**physical** [1] - 21:20
**pick** [3] - 22:5, 22:19, 23:13
**picks** [1] - 23:12
**piecemeal** [1] - 6:12
**pit** [1] - 36:23
**place** [11] - 3:1, 12:11, 28:3, 30:9, 30:10, 32:5, 32:8, 39:5, 61:12, 71:3, 71:5
**placed** [2] - 23:20, 55:15
**placement** [1] - 61:18
**places** [3] - 9:21, 39:8, 59:18
**Plaintiff** [1] - 1:4
**plan** [1] - 24:9
**plea** [18] - 5:10, 9:13, 28:6, 29:2, 54:24, 55:5, 68:12, 68:14, 68:16
**plead** [2] - 28:7, 28:19
**pleading** [1] - 28:24
**pleadings** [3] - 5:24, 10:2, 10:14
**pled** [5] - 2:19, 2:20, 9:4, 28:8, 28:14
**plethora** [1] - 21:15
**PO** [2] - 1:24, 71:13
**point** [9] - 18:6, 18:7, 28:5, 28:18, 30:23, 34:8, 46:24, 52:4, 54:10
**pointing** [1] - 35:1
**points** [2] - 9:21, 19:22
**polestar** [1] - 29:8
**Police** [2] - 39:19, 63:19
**policies** [1] - 44:4
**policy** [1] - 43:25
**poor** [4] - 16:21, 39:6, 54:2, 63:17
**portion** [2] - 57:10, 57:17
**position** [4] - 9:8, 26:4, 38:4, 53:18
**positive** [3] - 24:2, 42:21, 42:25
**possess** [1] - 55:20

**possessing** [1] - 50:21
**possession** [2] - 15:8, 50:25
**possibility** [1] - 2:24
**possible** [1] - 63:14
**potential** [1] - 14:14
**pounds** [1] - 44:24
**poverty** [1] - 47:20
**practically** [1] - 21:2
**practice** [2] - 11:2, 60:25
**pray** [1] - 45:17
**precious** [2] - 25:4, 45:12
**precipice** [2] - 36:8, 44:12
**preparation** [1] - 9:25
**prepare** [4] - 21:8, 28:12, 28:14, 28:15
**preschool** [1] - 21:7
**presence** [1] - 7:11
**present** [6] - 2:7, 2:15, 25:18, 26:23, 47:18, 47:19
**presentations** [1] - 25:22
**presentence** [22] - 2:10, 3:10, 5:6, 5:21, 6:10, 6:23, 7:14, 10:1, 26:7, 26:21, 27:6, 27:24, 29:7, 30:18, 32:11, 33:6, 33:20, 35:2, 48:14, 56:1, 62:5, 65:16
**pretend** [1] - 22:6
**pretenses** [1] - 46:5
**pretrial** [1] - 18:8
**previous** [6] - 16:1, 16:16, 18:15, 18:24, 19:4, 28:21
**previously** [1] - 64:17
**principle** [2] - 17:1, 17:20
**priorities** [1] - 36:15
**prison** [12] - 2:24, 2:25, 12:17, 12:21, 16:24, 19:4, 19:9, 22:13, 42:1, 42:2, 49:23, 52:7
**prisons** [1] - 61:4
**Prisons** [23] - 50:18, 51:3, 55:10, 55:12, 57:5, 58:14, 58:17, 58:18, 58:24, 59:13, 59:16, 60:4, 60:21, 61:1, 61:5, 61:22, 63:7, 64:2, 64:7, 64:10, 64:13, 64:18, 69:16
**Prisons'** [1] - 61:18
**private** [1] - 59:20
**privilege** [11] - 58:2, 58:4, 58:5, 58:7, 59:6, 59:8, 59:11, 59:14, 59:21, 59:22
**pro** [1] - 57:2
**PROBATION** [5] - 65:11, 67:16, 67:19, 67:23, 68:7
**probation** [19] - 3:2, 3:3, 8:4, 8:6, 8:9, 8:15, 8:19, 8:23, 9:5, 9:18, 17:8, 19:10, 48:10, 50:12, 50:13, 50:15, 50:16, 51:10, 55:22
**Probation** [3] - 2:9, 57:12, 64:16
**problem** [3] - 30:22, 31:14,

48:19
**problems** [2] - 31:14, 40:8
**proceed** [2] - 10:24, 11:21
**proceeding** [2] - 44:19, 66:24
**Proceedings** [1] - 70:5
**proceedings** [3] - 2:1, 71:4, 71:5
**process** [1] - 46:7
**production** [1] - 67:9
**profit** [1] - 22:10
**program** [4] - 62:8, 62:10, 62:17, 62:19
**Program** [1] - 57:6
**programming** [1] - 61:12
**programs** [1] - 61:11
**prominent** [1] - 42:12
**promise** [1] - 27:1
**promises** [1] - 43:11
**prompted** [1] - 28:13
**properly** [2] - 36:20, 69:15
**property** [1] - 50:21
**prosecuting** [1] - 59:5
**prosecutor** [2] - 28:15, 39:17
**protect** [1] - 53:19
**provide** [1] - 34:19
**provider** [2] - 17:11, 48:4
**proximity** [1] - 55:13
**PSR** [4] - 4:19, 14:25, 15:12, 15:14
**Psychiatric** [1] - 35:18
**psychiatric** [1] - 35:24
**psychiatry** [1] - 35:25
**psychologist** [2] - 34:7, 34:9
**public** [2] - 19:5, 22:9
**punishable** [1] - 22:3
**punishment** [2] - 18:22, 19:9
**punitive** [1] - 45:15
**purpose** [1] - 42:4
**pursuant** [1] - 57:13
**pursue** [1] - 57:13
**pursuit** [2] - 43:16, 53:2
**put** [6] - 23:14, 24:9, 41:4, 42:5, 48:13, 62:13
**puts** [1] - 65:20

## Q

**qualifications** [1] - 17:15
**quarter** [1] - 57:9
**questions** [3] - 7:22, 7:24, 69:6
**quite** [1] - 29:16
**quits** [1] - 37:16
**quote** [2] - 40:2, 40:11

## R

**race** [1] - 30:4

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 86-1   Filed 01/03/22   Page 81 of 85

**raised** [3] - 51:18, 54:19, 64:20
**ramifications** [1] - 58:7
**ran** [1] - 27:23
**range** [15] - 8:13, 9:24, 13:19, 15:16, 19:23, 19:24, 20:3, 20:5, 47:10, 54:14, 54:18, 54:20, 54:25, 55:1
**ranking** [1] - 42:11
**Rapids** [6] - 1:10, 1:18, 1:24, 68:22, 71:13, 71:21
**rare** [1] - 27:9
**rarely** [1] - 25:20
**rata** [1] - 57:2
**rather** [3] - 19:14, 34:6, 39:20
**rating** [4] - 59:14, 59:16, 60:5, 60:6
**re** [1] - 63:11
**re-evaluate** [1] - 63:11
**reach** [1] - 26:13
**reached** [2] - 52:14, 68:12
**read** [3] - 28:16, 65:1, 65:4
**readily** [1] - 43:22
**real** [4] - 20:22, 37:3, 43:1, 43:20
**realize** [1] - 62:14
**rearrangement** [1] - 36:15
**reason** [10] - 15:4, 17:3, 17:20, 19:2, 22:15, 36:19, 37:4, 43:23, 49:13, 55:6
**reasons** [3] - 20:3, 45:17, 62:1
**rebutted** [1] - 48:8
**receipts** [3] - 23:16, 66:13, 67:9
**receive** [2] - 9:9, 30:3
**received** [7] - 14:25, 16:8, 18:15, 48:11, 50:1, 50:4, 64:24
**recently** [1] - 51:1
**recidivist** [1] - 54:1
**recognize** [6] - 31:13, 35:15, 36:25, 39:23, 48:12, 67:6
**recognized** [3] - 30:20, 36:1, 39:13
**recognizes** [1] - 36:1
**recognizing** [1] - 30:22
**recommend** [4] - 61:9, 62:16, 62:18, 62:21
**recommendation** [9] - 20:16, 54:8, 60:20, 60:24, 61:1, 61:7, 61:21, 61:25, 62:4
**recommended** [3] - 55:11, 58:18, 61:14
**recommending** [3] - 19:21, 54:6, 61:17
**recommends** [1] - 20:2
**record** [6] - 2:14, 6:6, 6:9, 17:7, 56:5, 71:5
**records** [5] - 17:8, 17:10,

17:13, 48:14
**recovering** [1] - 34:5
**recreation** [1] - 15:11
**REDACTED** [1] - 1:6
**redactions** [2] - 71:17, 71:17
**reduce** [1] - 60:4
**reduced** [2] - 36:17, 44:23
**reduction** [2] - 9:6, 9:9
**reference** [5] - 25:20, 31:22, 33:5, 42:8, 62:5
**referenced** [2] - 16:5, 28:20
**references** [1] - 33:20
**referred** [1] - 29:6
**referring** [1] - 52:17
**refers** [1] - 32:12
**reflect** [4] - 2:14, 47:12, 53:21, 56:5
**reflected** [7] - 6:17, 14:6, 14:24, 15:12, 15:14, 26:20, 30:17
**reflects** [1] - 54:3
**regard** [2] - 51:16, 63:9
**regarded** [1] - 35:23
**regarding** [5] - 3:23, 13:13, 15:3, 15:24, 46:6
**regularly** [1] - 50:14
**regulations** [1] - 51:4
**rehabilitated** [1] - 24:5
**reject** [1] - 40:4
**related** [5] - 15:21, 71:6
**relative** [1] - 71:7
**relatively** [1] - 29:17
**release** [14] - 3:1, 16:1, 16:3, 16:17, 16:23, 18:9, 18:20, 37:6, 50:23, 55:15, 55:16, 55:17, 57:11, 64:15
**released** [1] - 35:4
**relevant** [2] - 10:13, 17:23
**relies** [2] - 15:3, 16:25
**rely** [1] - 52:20
**remain** [2] - 57:18, 64:15
**remaining** [2] - 23:12, 56:22
**remains** [3] - 37:17, 49:17, 57:21
**remissions** [1] - 44:22
**rent** [1] - 33:12
**reoffending** [1] - 49:20
**repayments** [1] - 14:19
**repeated** [1] - 55:4
**replete** [1] - 33:20
**replicated** [1] - 4:22
**report** [35] - 2:11, 3:10, 5:6, 5:21, 6:6, 6:10, 6:12, 6:24, 7:14, 7:17, 7:21, 7:25, 10:2, 26:7, 26:21, 27:6, 27:24, 29:7, 30:18, 32:11, 33:6, 33:20, 34:8, 34:10, 34:15, 35:2, 35:17, 48:14, 50:11, 56:1, 62:5, 64:14, 65:16, 65:20, 69:11
**reported** [5] - 1:19, 17:17,

64:12, 64:18, 71:3
**Reporter** [4] - 1:20, 1:23, 71:2, 71:12
**reports** [2] - 48:3, 50:13
**repossessed** [4] - 21:3, 33:8, 33:10
**represent** [1] - 69:3
**representations** [2] - 13:23, 15:3
**representatives** [1] - 14:10
**represented** [3] - 2:5, 2:7, 62:12
**reputation** [1] - 33:23
**reputations** [1] - 14:14
**request** [5] - 37:25, 54:17, 60:23, 62:3
**requested** [1] - 71:16
**requesting** [1] - 61:24
**requests** [1] - 60:19
**requirement** [1] - 57:20
**residence** [2] - 50:15, 57:16
**residential** [3] - 62:8, 62:10, 62:19
**resigned** [1] - 22:10
**resist** [1] - 40:22
**resistance** [4] - 10:10, 16:4, 31:23, 66:15
**resolved** [3] - 4:9, 5:24, 5:25
**Resource** [1] - 23:6
**resources** [2] - 25:5, 39:18, 57:8
**respect** [2] - 4:16, 25:22
**respectfully** [1] - 60:23
**respectively** [2] - 21:7, 22:1
**respond** [1] - 11:7
**response** [1] - 13:14
**Responsibility** [1] - 57:6
**responsibility** [6] - 9:6, 9:15, 24:3, 27:14, 37:14, 46:19
**responsible** [1] - 58:13
**rest** [3] - 18:23, 23:23, 34:6
**restitution** [38] - 3:5, 3:6, 3:22, 4:9, 4:10, 4:17, 5:12, 6:1, 18:9, 19:16, 19:18, 20:21, 23:19, 24:11, 37:24, 38:1, 41:24, 42:23, 43:7, 46:9, 50:17, 51:20, 51:21, 52:6, 52:9, 52:12, 52:13, 56:6, 56:8, 57:1, 62:25, 64:21, 65:2, 65:18, 66:1, 66:3, 67:6, 67:14
**result** [1] - 46:9
**resulted** [5] - 9:20, 15:14, 18:22, 54:12, 67:11
**resulting** [2] - 8:14, 60:6
**results** [1] - 9:2
**retirement** [1] - 41:20
**review** [3] - 3:9, 5:5, 7:13
**reviewed** [4] - 6:13, 9:25, 10:2, 10:8
**reviewing** [1] - 4:13
**revocation** [1] - 18:16

**revocations** [1] - 50:24
**revoked** [1] - 16:24
**rich** [2] - 38:3, 38:5
**rights** [3] - 68:4, 68:11, 68:15
**riot** [1] - 38:19
**risk** [1] - 43:20
**riverboat** [1] - 28:3
**RMR** [3] - 1:23, 71:12, 71:19
**Road** [1] - 1:12
**road** [1] - 23:8
**role** [1] - 47:4
**Romel** [26] - 2:3, 6:11, 20:22, 24:5, 25:17, 25:24, 26:8, 27:1, 27:3, 27:17, 27:20, 28:6, 28:13, 29:16, 30:2, 30:8, 30:10, 33:8, 33:21, 39:21, 40:20, 42:10, 42:20, 44:11, 63:10, 63:21
**ROMEL** [1] - 1:6
**Romel's** [4] - 28:19, 29:5, 29:8, 30:7
**Roscoe** [1] - 1:12
**Rosemont** [1] - 32:6
**roughly** [1] - 46:3
**roulette** [1] - 30:12
**RPR** [1] - 71:19
**rule** [4] - 3:24, 4:3, 6:2, 6:4
**rules** [5] - 51:4, 51:14, 51:16, 54:3
**ruling** [2] - 4:6, 25:9
**run** [1] - 16:10
**runs** [1] - 45:11
**résumé** [1] - 17:14

**S**

**S.E** [3] - 1:10, 1:18, 71:20
**sad** [1] - 30:5
**sadly** [1] - 31:17
**safe** [1] - 61:19
**sales** [1] - 14:5
**sample** [1] - 55:21
**Sanchez** [6] - 2:10, 64:20, 64:22, 65:8, 67:4, 68:6
**sanctioned** [4] - 50:19, 50:22, 51:1
**sat** [1] - 12:2
**savings** [1] - 27:24
**saw** [1] - 31:14
**scale** [1] - 40:13
**schedule** [2] - 56:23, 57:14
**scheduled** [2] - 23:1, 63:11
**scheme** [1] - 46:4
**school** [5] - 22:24, 29:21, 38:25, 41:2, 48:24
**schooling** [1] - 39:11
**scope** [1] - 16:14
**scored** [1] - 9:18
**scrape** [1] - 21:22

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR     Document 86-1     Filed 01/03/22     Page 82 of 85

**seated** [1] - 12:5
**second** [3] - 17:20, 38:18, 50:22
**secret** [1] - 34:22
**Section** [3] - 2:22, 45:25, 55:8
**section** [13] - 3:18, 4:15, 4:18, 5:15, 6:14, 8:8, 8:12, 8:18, 8:22, 8:25, 9:7, 9:10, 14:7
**security** [6] - 55:13, 59:13, 59:16, 59:17, 60:4, 60:6
**see** [7] - 23:17, 34:25, 45:11, 53:9, 62:9, 69:16, 69:20
**seeing** [1] - 23:4
**seek** [1] - 48:12
**seeking** [3] - 4:6, 17:19, 18:12
**seeks** [1] - 27:10
**self** [11] - 7:3, 7:7, 17:17, 30:20, 38:14, 58:3, 58:6, 59:6, 59:9, 59:12, 59:15
**self-awareness** [1] - 38:14
**self-destructive** [1] - 30:20
**self-reported** [1] - 17:17
**self-surrender** [8] - 7:3, 7:7, 58:3, 58:6, 59:6, 59:9, 59:12, 59:15
**sell** [1] - 31:1
**send** [4] - 13:22, 19:11, 21:25, 61:15
**sending** [1] - 14:17
**senior** [2] - 63:18, 63:19
**sense** [3] - 30:11, 42:25
**sent** [5] - 4:14, 4:23, 13:25, 14:18, 16:24
**sentence** [32] - 2:25, 11:4, 11:10, 13:13, 13:18, 16:5, 16:8, 19:10, 19:14, 19:20, 20:2, 20:5, 43:23, 45:22, 49:11, 50:2, 50:4, 52:6, 53:7, 53:11, 53:15, 53:17, 53:19, 53:21, 54:14, 54:18, 54:20, 62:15, 64:9, 64:13, 64:19, 68:25
**sentenced** [3] - 13:3, 49:22, 59:3
**sentences** [3] - 18:15, 18:17, 19:4
**sentencing** [10] - 2:5, 10:3, 10:5, 18:7, 25:9, 25:11, 45:24, 53:13, 53:14, 54:22
**SENTENCING** [1] - 1:15
**separate** [1] - 59:1
**September** [1] - 56:4
**series** [2] - 31:3, 44:22
**serious** [5] - 18:19, 19:7, 19:8, 36:2, 43:21
**seriously** [1] - 35:24
**seriousness** [2] - 47:12, 53:22

**serve** [5] - 58:15, 64:13, 64:19
**served** [1] - 2:25
**service** [1] - 64:8
**services** [1] - 69:1
**set** [6] - 2:13, 31:2, 55:24, 58:11, 68:14, 71:9
**seven** [1] - 2:19
**seven-count** [1] - 2:19
**Seventh** [3] - 1:10, 1:17, 71:20
**seventh** [2] - 69:10, 69:19
**several** [4] - 6:20, 15:1, 15:23, 63:15
**severe** [5] - 48:21, 53:15, 53:17, 53:19, 53:21
**severity** [1] - 19:9
**shame** [2] - 36:22, 42:7
**shameful** [1] - 27:21
**share** [1] - 24:1
**shepherded** [1] - 29:13
**shootouts** [1] - 39:20
**shop** [1] - 31:2
**shortcomings** [3] - 25:1, 25:8, 35:15
**Shorthand** [2] - 1:19, 71:2
**shorthand** [2] - 1:20, 71:4
**show** [8] - 20:22, 21:17, 21:18, 24:4, 42:16, 59:10, 59:24, 67:9
**shows** [6] - 14:7, 14:11, 14:15, 14:16, 21:11, 49:14
**siblings** [2] - 25:16, 47:22
**sic** [1] - 22:9
**side** [2] - 25:18, 29:13
**sides** [1] - 24:2
**significant** [2] - 38:15, 52:12
**Simmons** [1] - 25:17
**simply** [4] - 27:5, 27:7, 34:12, 63:10
**single** [6] - 31:7, 37:6, 39:9, 41:6, 51:23, 63:16
**sister** [3] - 24:8, 25:17, 42:11
**sister's** [1] - 24:8
**sit** [4] - 11:24, 24:18, 53:8, 53:10
**sitting** [2] - 18:6, 25:18
**situation** [1] - 15:7
**six** [1] - 25:14
**skip** [1] - 25:7
**slightly** [2] - 66:4, 67:6
**small** [2] - 25:14, 31:5
**Snaresbrook** [1] - 1:12
**society** [1] - 51:17
**solicit** [1] - 15:10
**solicits** [1] - 39:7
**solutions** [1] - 31:14
**someone** [2] - 26:13, 32:3
**sometimes** [2] - 32:18, 51:22
**somewhat** [3] - 52:19, 53:3, 53:4

**somewhere** [1] - 30:8
**Son** [1] - 44:25
**soon** [1] - 25:6
**sophisticated** [2] - 8:21, 47:3
**sorry** [14] - 2:18, 3:20, 4:25, 6:8, 10:9, 40:15, 53:9, 60:14, 60:16, 65:2, 65:18, 67:14, 67:18, 67:19
**sought** [2] - 30:21, 37:10
**sound** [2] - 14:5, 66:14
**sounds** [1] - 49:4
**spanned** [1] - 15:7
**speaking** [1] - 32:16
**special** [3] - 3:7, 55:25, 56:3
**specific** [5] - 18:14, 19:20, 61:17, 61:25
**specifically** [1] - 51:18
**spent** [2] - 15:11, 32:20
**spinning** [1] - 30:12
**spiral** [1] - 29:18
**spiritual** [1] - 29:11
**spoken** [4] - 42:18, 60:9, 61:4, 62:12
**spring** [2] - 46:4, 46:21
**squeeze** [1] - 37:21
**staff** [1] - 23:7
**stand** [2] - 22:15, 53:10
**standard** [1] - 55:23
**standing** [1] - 53:9
**standpoint** [1] - 25:4
**stands** [1] - 20:22
**start** [2] - 8:3, 41:5
**started** [3] - 16:3, 24:11, 49:7
**state** [6] - 12:8, 16:2, 17:2, 23:4, 32:5, 55:19
**State** [1] - 71:2
**State's** [1] - 39:14
**states** [1] - 18:21
**STATES** [2] - 1:1, 1:3
**States** [18] - 1:11, 2:3, 2:5, 2:6, 2:9, 2:22, 3:8, 13:17, 45:25, 55:8, 56:2, 57:12, 57:15, 58:8, 64:10, 64:11, 64:16, 71:20
**stating** [2] - 17:12, 17:16
**statistically** [1] - 31:19
**stature** [1] - 30:11
**status** [1] - 30:15
**statute** [1] - 2:23
**stay** [1] - 7:10
**staying** [1] - 23:3
**steady** [1] - 49:4
**stealing** [1] - 19:11
**Steinback** [19] - 2:8, 2:16, 2:17, 5:4, 7:21, 10:17, 11:13, 24:14, 25:6, 45:21, 49:7, 52:23, 60:9, 60:11, 60:16, 60:25, 67:3, 68:8, 69:23
**STEINBACK** [22] - 11:13, 5:7,

5:22, 6:3, 6:8, 6:11, 10:18, 11:14, 24:15, 24:20, 25:12, 40:15, 40:17, 60:14, 60:18, 62:2, 62:24, 63:4, 63:8, 66:22, 68:9, 69:24
**stent** [1] - 63:12
**still** [13] - 12:12, 12:16, 14:22, 22:15, 32:17, 33:7, 33:9, 57:3, 57:9, 65:18, 65:23, 67:11
**stock** [1] - 31:4
**stolen** [2] - 21:4, 33:10
**stop** [2] - 19:1, 38:10
**stopping** [1] - 37:2
**story** [1] - 24:1
**strapping** [1] - 44:23
**stress** [1] - 22:11
**strong** [1] - 44:13
**student** [1] - 29:21
**subject** [3] - 60:2, 60:3, 64:14
**submit** [1] - 50:12
**substance** [1] - 55:20
**substances** [1] - 62:20
**substantial** [1] - 19:12
**subtract** [1] - 42:23
**success** [1] - 47:22
**successful** [1] - 33:22
**sucks** [1] - 12:16
**suffering** [2] - 15:12, 36:4
**suffers** [1] - 44:7
**sufficient** [9] - 7:17, 17:17, 38:2, 43:12, 43:15, 45:22, 53:12, 54:19, 54:21
**sufficiently** [4] - 53:15, 53:17, 53:19, 53:21
**suggest** [1] - 47:22
**suggests** [1] - 49:19
**suicidal** [2] - 22:14, 30:21
**summarized** [1] - 9:18
**summary** [1] - 5:10
**supervised** [9] - 3:1, 16:1, 16:3, 16:17, 16:23, 18:20, 50:23, 55:16, 55:17
**supervision** [13] - 16:21, 19:15, 35:3, 35:12, 50:8, 50:10, 51:9, 54:2, 55:4, 55:24, 57:12, 60:1, 64:16
**supervisor** [1] - 9:1
**support** [6] - 10:7, 10:12, 18:9, 30:2, 48:8, 49:9
**supported** [2] - 48:3, 49:8
**supportive** [2] - 25:15, 39:17
**supposed** [1] - 59:25
**surely** [1] - 36:6
**surrender** [21] - 7:3, 7:7, 58:3, 58:6, 58:8, 58:12, 58:16, 58:23, 58:25, 59:6, 59:9, 59:12, 59:15, 60:1, 63:5, 63:7, 63:8, 63:25, 64:5, 64:8
**suspect** [1] - 60:9

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 83 of 85

**sworn** [1] - 43:3

**T**

**table** [7] - 4:14, 4:16, 4:19, 4:22, 11:25, 12:2, 24:19
**talk** [5] - 25:10, 58:2, 58:6, 68:2, 68:10
**talked** [5] - 6:14, 6:16, 6:18, 40:23
**talking** [2] - 38:5, 38:6
**talks** [2] - 27:24, 42:20
**telephone** [1] - 2:9
**television** [1] - 24:22
**tell** [6] - 12:25, 39:14, 43:18, 59:4, 61:6, 68:15
**tells** [3] - 24:21, 51:12, 51:15
**temper** [1] - 45:17
**ten** [5] - 12:23, 16:15, 18:3, 45:9, 47:7
**term** [5] - 3:1, 3:3, 50:20, 55:11, 55:16
**terms** [2] - 26:13, 64:17, 68:16
**Terre** [3] - 60:24, 61:14, 61:15
**terribly** [1] - 48:5
**texting** [1] - 21:15
**Thanksgiving** [1] - 63:18
**THE** [71] - 1:1, 1:11, 1:16, 2:2, 3:12, 3:16, 4:2, 4:7, 4:24, 5:3, 5:8, 5:23, 6:5, 6:9, 6:25, 7:8, 7:15, 7:16, 7:19, 7:20, 7:23, 7:24, 8:1, 8:2, 9:14, 10:17, 10:19, 10:23, 11:13, 11:18, 13:11, 20:6, 20:8, 20:14, 24:13, 24:18, 25:6, 40:14, 40:16, 45:21, 57:25, 60:16, 60:25, 62:16, 63:2, 63:5, 64:1, 65:8, 66:7, 66:19, 67:2, 67:18, 67:21, 67:25, 68:6, 68:8, 68:10, 69:5, 69:6, 69:8, 69:9, 69:21, 69:22, 69:25, 70:2, 70:4
**theft** [2] - 16:10, 40:7
**thefts** [2] - 25:25, 31:6
**therapist** [1] - 23:2
**therapy** [2] - 23:23, 37:20
**thereafter** [2] - 6:18, 11:17
**therefore** [2] - 32:23, 42:2
**they've** [3] - 5:25, 39:1, 51:22
**thinking** [1] - 30:21
**thinks** [1] - 36:20
**third** [2] - 9:12, 16:18
**thoughts** [2] - 22:14, 65:10
**thousand** [4] - 27:25, 28:1, 28:2, 63:21
**threats** [1] - 21:20

**three** [8] - 12:11, 18:24, 19:3, 25:14, 44:24, 63:18, 66:11, 66:12
**throughout** [2] - 30:18, 32:25
**ticket** [1] - 14:5
**timely** [1] - 54:24
**timing** [2] - 64:3, 64:7
**tip** [1] - 30:3
**Title** [3] - 2:22, 45:24, 55:7
**today** [11] - 3:25, 6:2, 7:10, 7:24, 11:23, 21:13, 22:15, 26:23, 32:17, 34:5, 34:15, 40:10, 46:1, 69:7
**today's** [2] - 9:25, 10:14
**together** [1] - 26:23
**took** [9] - 12:11, 28:24, 29:2, 29:11, 29:15, 32:14, 32:21, 45:9, 47:21
**top** [8] - 19:22, 23:3, 47:9, 54:17, 60:3, 66:11
**total** [15] - 4:10, 9:15, 9:22, 10:8, 12:14, 15:15, 19:19, 65:4, 65:5, 65:13, 66:3, 66:8, 66:13, 66:19, 67:5
**totally** [1] - 23:17
**tough** [2] - 12:11, 39:16
**toward** [5] - 40:18, 41:11, 47:9, 51:24, 54:17
**towards** [3] - 41:11, 41:24, 62:14
**town** [1] - 32:6
**tragic** [1] - 29:17
**tragically** [1] - 29:15
**transcribed** [1] - 71:4
**TRANSCRIPT** [1] - 1:6
**Transcript** [2] - 1:21, 1:21
**transcript** [2] - 71:5, 71:16
**transfer** [1] - 13:25, 14:18
**transporting** [2] - 58:13
**treat** [1] - 35:13
**treated** [1] - 34:21
**treatment** [12] - 17:13, 35:14, 43:17, 48:4, 52:22, 53:1, 53:2, 61:10, 62:8, 62:17, 62:19, 62:21
**treatments** [1] - 41:7
**Trelinda** [6] - 21:7, 21:10, 22:6, 22:21, 23:12, 23:15
**trial** [1] - 28:14
**trouble** [1] - 69:17
**troubled** [1] - 29:12
**troubles** [2] - 49:12, 49:13
**troubling** [1] - 46:13
**truck** [5] - 22:19, 22:25, 23:9, 38:7, 49:2
**true** [5] - 24:21, 38:5, 38:13, 38:14, 71:5
**trying** [5] - 21:11, 31:1, 32:22, 53:11, 61:3
**turn** [1] - 24:21

**turning** [3] - 46:2, 47:14, 51:18
**tutored** [1] - 29:24
**twice** [4] - 16:24, 50:21, 50:24, 50:25
**two** [31] - 4:20, 14:21, 15:25, 16:9, 16:22, 17:1, 18:16, 22:17, 25:13, 25:14, 25:16, 35:9, 39:16, 41:6, 41:8, 42:21, 42:22, 43:5, 43:8, 45:5, 45:8, 47:16, 52:25, 58:6, 58:11, 60:10, 60:12, 63:10, 63:24, 64:5
**two-and-a-half** [1] - 35:9
**two-and-half** [2] - 22:17, 52:25
**two-fisted** [1] - 39:16
**type** [5] - 19:6, 46:20, 46:23, 48:20, 53:19
**types** [2] - 15:22, 19:25
**typical** [2] - 21:2, 22:17
**typically** [1] - 22:22
**typo** [1] - 4:16

**U**

**U.S** [8] - 1:10, 58:12, 58:24, 59:4, 63:6, 65:12, 69:10, 69:13
**ultimate** [2] - 42:24, 44:8
**ultimately** [7] - 28:22, 28:25, 36:6, 36:21, 40:10, 43:8, 60:21
**unable** [2] - 17:9, 48:10
**unauthorized** [1] - 51:1
**unburdened** [1] - 26:18
**uncertain** [1] - 26:13
**uncontrolled** [1] - 51:14
**under** [18] - 8:7, 8:12, 8:17, 8:22, 8:24, 9:6, 9:10, 38:24, 46:24, 50:8, 54:2, 55:7, 61:2, 64:16, 64:17, 67:14, 68:14, 68:16
**underlying** [1] - 49:16
**underscore** [1] - 27:9
**underserved** [1] - 38:18
**understood** [1] - 67:1
**unfortunately** [1] - 31:18
**unique** [2] - 30:6, 30:7
**UNITED** [1] - 1:1, 1:3
**United** [18] - 1:11, 2:3, 2:5, 2:6, 2:9, 2:22, 3:8, 13:17, 45:25, 55:8, 56:2, 57:12, 57:15, 58:8, 64:10, 64:11, 64:16, 71:20
**universal** [1] - 35:24
**University** [1] - 23:11
**unlawfully** [1] - 55:19
**unless** [1] - 31:20
**unlike** [1] - 42:8

**unpaid** [1] - 57:18
**unrebutted** [1] - 34:10
**untimely** [2] - 29:15, 55:5
**unusual** [1] - 67:8
**unwarranted** [1] - 34:16
**unwillingness** [1] - 28:18
**up** [46] - 2:17, 2:23, 3:2, 3:4, 6:18, 11:24, 12:6, 19:7, 21:5, 21:6, 21:12, 21:22, 22:5, 22:19, 22:20, 23:12, 23:13, 23:15, 24:7, 24:25, 27:1, 28:19, 28:20, 29:10, 31:2, 31:10, 31:17, 32:23, 37:1, 46:23, 47:16, 47:20, 53:9, 59:10, 59:24, 64:3, 65:5, 65:9, 65:11, 65:22, 66:19, 67:24, 68:24, 69:10, 69:19
**upload** [1] - 23:15
**urge** [3] - 36:18, 40:22
**urging** [1] - 48:16
**US** [1] - 69:20
**use** [6] - 21:12, 43:5, 55:20, 62:6, 62:14, 66:5
**used** [4] - 13:24, 32:22, 33:17, 35:19
**using** [3] - 1:20, 31:24, 33:17
**utter** [1] - 51:3

**V**

**validity** [1] - 34:14
**valuable** [1] - 62:15
**vanish** [1] - 31:2
**variance** [29] - 10:6, 10:10, 11:1, 11:4, 12:15, 13:3, 13:15, 13:18, 16:5, 16:25, 17:4, 17:5, 17:18, 17:21, 18:11, 20:4, 26:5, 31:23, 37:23, 38:3, 43:9, 43:12, 43:15, 43:18, 46:20, 48:17, 51:19, 54:5, 66:15
**variances** [1] - 44:5
**variety** [1] - 25:24
**various** [2] - 44:9, 49:2
**vary** [2] - 52:5, 54:7
**vehicle** [1] - 33:8
**ventricle** [1] - 63:12
**venues** [3] - 14:4, 33:22, 46:7
**verified** [2] - 42:19, 43:21
**versions** [1] - 28:21
**versus** [1] - 2:3
**victim** [9] - 5:16, 10:20, 10:25, 11:23, 14:25, 46:22, 49:23, 50:22, 50:5
**victim's** [1] - 54:10
**victimized** [1] - 46:8
**victims** [29] - 8:17, 10:20, 13:8, 13:21, 14:2, 14:7, 14:11, 14:13, 14:19, 14:21, 19:18, 20:17, 20:19, 23:20, 24:7,

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR     Document 86-1     Filed 01/03/22     Page 84 of 85

47:3, 47:7, 47:8, 50:7, 51:24, 52:2, 53:25, 54:12, 56:9, 57:1, 65:14, 66:11, 67:12

**view** [1] - 54:10
**vigorous** [1] - 26:4
**village** [1] - 42:10
**violate** [1] - 59:25
**violated** [3] - 37:5, 50:10, 59:6
**violates** [2] - 51:13, 51:16
**violation** [2] - 2:21, 37:17
**violations** [6] - 16:23, 37:19, 51:6, 51:8, 51:12, 55:4
**violence** [1] - 38:20
**visit** [2] - 50:17, 51:11
**visited** [1] - 61:4
**voluntarily** [1] - 37:10
**voluntary** [3] - 43:13, 46:17, 52:17
**volunteer** [1] - 23:6
**volunteers** [1] - 37:15
**VS** [1] - 1:5

# W

**wage** [1] - 38:7
**waiting** [1] - 12:24
**waive** [4] - 57:19, 63:1, 68:13
**waiver** [1] - 34:19
**waiving** [1] - 63:2
**wake** [2] - 22:20, 31:10
**waking** [2] - 21:5
**walked** [1] - 29:23
**walls** [1] - 59:20
**want** [10] - 12:5, 20:19, 20:25, 23:25, 24:7, 25:2, 25:7, 27:9, 58:6, 69:16
**wanted** [4] - 20:15, 26:12, 34:20, 64:21
**wants** [1] - 41:14
**warrant** [3] - 18:11, 38:2, 43:15
**Washington** [2] - 38:17, 38:20
**watches** [1] - 39:6
**wavering** [1] - 28:8
**Wayne** [1] - 21:18
**ways** [4] - 26:18, 30:21, 39:10, 46:13
**wealthy** [2] - 42:9, 52:8
**week** [3] - 23:13, 64:4, 66:16
**weekly** [2] - 34:7, 37:20
**weeks** [3] - 15:1, 58:11, 64:4
**weighs** [1] - 19:13
**welcome** [1] - 7:10
**wheel** [1] - 30:12
**WHEREOF** [1] - 71:9
**whichever** [1] - 58:24
**white** [1] - 15:21
**white-collar** [1] - 15:21

**whole** [1] - 41:6
**wholly** [1] - 39:17
**wife** [11] - 21:4, 21:7, 21:21, 22:8, 22:21, 25:15, 32:14, 33:10, 33:12, 41:5, 42:19
**wife's** [5] - 27:23, 32:3, 33:18, 41:20, 42:22
**Williams** [1] - 71:3
**WILLIAMS** [1] - 1:16
**willing** [6] - 39:8, 41:16, 42:13, 43:13, 63:1, 63:25
**willingness** [2] - 35:14, 36:25
**wind** [1] - 23:16
**winners** [1] - 30:4
**wiped** [1] - 43:1
**wire** [4] - 2:21, 13:25, 14:17, 59:20
**Wisdom** [1] - 40:3
**wisdom** [1] - 40:5
**wish** [7] - 7:11, 10:20, 13:8, 24:19, 45:4, 63:5, 63:6
**wishes** [3] - 11:9, 11:23, 63:8
**WITNESS** [1] - 71:9
**wonderfully** [1] - 25:15
**wondering** [1] - 11:15
**Woodlawn** [1] - 38:19
**word** [1] - 43:5
**words** [1] - 33:2
**work** [12] - 7:10, 18:1, 18:2, 21:8, 21:10, 28:25, 33:13, 39:6, 49:5, 49:8, 50:14, 64:5
**workday** [1] - 23:1
**working** [2] - 18:5, 21:11
**works** [3] - 17:21, 17:22, 31:18
**world** [1] - 24:4
**worse** [2] - 24:23, 38:12
**worth** [3] - 42:21, 42:25, 54:13
**worthy** [1] - 36:10
**wound** [1] - 32:23
**written** [5] - 39:1, 39:16, 50:12, 68:20, 68:23
**wrongdoing** [2] - 26:17, 37:15
**wrote** [1] - 30:5

# Y

**year** [4] - 18:2, 26:25, 38:15, 45:10
**years** [23] - 2:24, 3:2, 3:4, 12:11, 12:23, 16:20, 18:19, 22:17, 32:11, 35:9, 40:24, 42:5, 42:6, 43:5, 43:8, 44:22, 45:8, 45:9, 47:15, 51:22, 52:25, 55:16, 63:15
**yell** [1] - 22:3

**yogurt** [1] - 22:23
**young** [2] - 38:11, 40:5
**younger** [1] - 29:20
**yourself** [1] - 58:22

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 86-1    Filed 01/03/22    Page 85 of 85