```
1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF IOWA
2

3   UNITED STATES OF AMERICA,   )
                                )
4                 Plaintiff,    )
                                )
5        VS.                    )      20-CR-6
                                )
6   ROMEL MURPHY,               )
                                )
7                 Defendant.    )

8

9                      APPEARANCES:

10  ATTORNEY KYNDRA LUNDQUIST, U.S. Attorney's Office,
    111 Seventh Avenue S.E., Box 1, Cedar Rapids, Iowa 52401,
11  appeared on behalf of the United States.

12  ATTORNEY JEFFREY B. STEINBACK, 8351 Snaresbrook Road,
    Roscoe, Illinois 61073, appeared on behalf of the
13  Defendant.

14

15               HEARING TO SHOW CAUSE,

16          HELD BEFORE THE HON. C.J. WILLIAMS,

17  on the 20th day of October, 2021, at 111 Seventh Avenue

18  S.E., Cedar Rapids, Iowa, commencing at 2:55 p.m., and

19  reported by Patrice A. Murray, Certified Shorthand

20  Reporter, using machine shorthand.

21  Transcript Ordered:  12/29/21
    Transcript Completed:  12/31/21
22

23               Patrice A. Murray, CSR, RMR, FCRR
                      Court Reporter
24                     PO Box 10541
                  Cedar Rapids, Iowa 52410
25              PAMurrayReporting@gmail.com
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 1 of 25

     1        (The following proceedings were held in open court,

     2   following the sentencing hearing of Romel Murphy.)

     3                        *  *  *  *  *

     4             THE COURT:  All right.  I want to proceed now

     5   to the show cause hearing.

     6        Mr. Murphy, you're free to leave.  This doesn't

     7   involve you at all.

     8        Ms. Lundquist, I'd appreciate if you would stay.

     9             MS. LUNDQUIST:  Yes, Your Honor.

    10        (The defendant departed the courtroom.)

    11             THE COURT:  All right.  On October 14, 2021, at

    12   document number 59, the Court entered an order to show

    13   cause for why defense counsel, Jeffrey Steinback, should

    14   not be held in contempt.  The concern the Court had there

    15   was at least twofold.  First, on September 24th the

    16   defendant -- defense counsel filed a motion to continue

    17   the sentencing hearing alleging that he was suffering

    18   from back spasms that required him to visit an emergency

    19   room.  That document was filed at document number 53 in

    20   the court's file.

    21        At paragraph 3, he said that:  "Mr. Steinback was

    22   taken to the emergency room and he was treated there.  He

    23   was advised not to travel or participate in any strenuous

    24   physical activity for the next four to seven days and was

    25   given medication for his spasms."  This was filed on

*Contact Patrice Murray at PAMurrayReporting@gmail.com
for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 2 of 25

1  September 24th.  The sentencing hearing was scheduled for

2  that same day.  The Court granted that motion.  It was an

3  unopposed motion.  At the time I granted that motion, I

4  had reservations; but having no prior contact with

5  Mr. Steinback, I gave him the benefit of the doubt.

6      Then this hearing was set again for a sentencing

7  hearing; this was on October 6th of 2021.  On October 5,

8  2021, his staff contacted my staff by e-mail and

9  indicated that he believed that he had -- let me get to

10  this.

11      The e-mail reads, "The test for the person Jeff met

12  with" -- so apparently there was a phone call first with

13  my assistant, Sali Van Weelden, by the defendant's

14  assistant, Patti, who reported that the defendant -- or,

15  I'm sorry, Mr. Steinback may have had contact with a

16  client who may have COVID.  The e-mail follow-up on that

17  was "The test for the person Jeff met with seems to be

18  positive.  Final results will be available sometime

19  tomorrow after speaking with his doctor.  Jeff felt it

20  prudent to file the motion for a continuance."  I had

21  previously that day, after the telephone contact, had my

22  assistant e-mail back to Patti Steinback, indicating that

23  I was made aware of this possibility that the

24  defendant -- or that Mr. Steinback might have met with a

25  client who might have COVID, and I indicated that the

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 3 of 25

1  sentencing will proceed tomorrow as scheduled at

2  9:00 a.m.

3      Mr. Steinback did not show up the following morning

4  at 9:00 a.m.  He filed a motion at 5:01 p.m. the night

5  before the sentencing hearing, advising the same thing.

6  In this motion, Mr. Steinback reports, "Defendant's

7  attorney, the undersigned, has been advised that he has

8  had direct exposure to a person with COVID-19 within the

9  last 24 hours."  Attached to this is a letter from his

10 doctor.  The letter from his doctor says, "Jeffrey

11 Steinback had a possible exposure to COVID on 10-4-21,"

12 and recommended that he be tested in five days and remain

13 in quarantine during that time period.  I denied that

14 motion.

15     The following morning when I arrived in court and

16 Mr. Steinback did not appear as ordered by the Court and

17 as scheduled by the Court, he did not have the Court's

18 authority or permission to not appear.  He did not have

19 the authority to tell his client not to appear at a

20 sentencing hearing.  At that hearing, I appeared, the

21 government appeared, one of the victims appeared, the

22 defendant did not appear, and Mr. Steinback did not

23 appear.  At that hearing, I was more prepared by looking

24 back through the case history here.  And what I came

25 across was what I found to be a pattern of repeated

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 4 of 25

continuances and extensions of time, almost always
because of something dealing with Mr. Steinback's
personal schedule.  The first motion to extend deadlines
for plea entry and trial was filed on March 9, 2020, at
document number 16, and the defendant -- I'm sorry,
Mr. Steinback cited a serious family health concern that
he needed to be out of town for.  The government did not
resist, and the Court granted that motion.

The -- Mr. Steinback then filed another motion in
May, May 7, 2020, document number 19.  This time it was
because COVID-19 restrictions interfered with him and
their ability to consult and prepare for trial.  The
motion was unopposed, and so the Court granted it again.

On July 10, 2020, at document number 21,
Mr. Steinback filed another motion for an extension of
time, saying that COVID-19 restrictions were still in
force in Illinois and interfered with their ability to
consult.  The government did not resist, and so the Court
again granted the motion.

Then there is another motion on September 15, 2020,
at document number 24, again citing the COVID-19, and
then also Mr. Steinback indicates that he received a call
from his brother, who has cancer, and needed to be
present dealing with his brother's cancer as well.  The
government did not resist, and so the Court granted that

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 5 of 25

1  continuance.

2      Then there is yet another motion to continue at --

3  filed on December 11, 2020, at document number 26, again

4  citing the COVID restrictions.  This time Mr. Steinback

5  also wanted to cite he had a new grandson in his -- was

6  born to his family and he wanted to be present for that.

7  As -- in this order, the Court -- or, I'm sorry, in this

8  motion, Mr. Steinback noted that in the Court's last

9  order the Court indicated it was going to be the final

10  continuance, that the -- that the -- Mr. Steinback said

11  that was going to be the last request he made.

12  Obviously, it wasn't.  And so because it was not

13  resisted, the Court again granted that extension.

14      There was a scheduling conference that occurred on

15  December 28 of 2020, at document number 33.  When the

16  hearing was ultimately held, shortly thereafter -- I

17  believe it was on January 4th when the defendant entered

18  his guilty plea.  And then we come up with -- to the

19  sentencing.  So while this case was pending sentencing,

20  the defendant failed to file objections to the

21  presentence investigation report in a timely manner, and

22  the Court had set that deadline at document number 45.

23  The defendant failed to comply with that, and the Court

24  had to enter an order, ordering him to comply with the

25  Court's deadline for filing objections to the presentence

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 6 of 25

1  investigation report.

2      In my order setting this for a show cause hearing,

3  the Court ordered the defendant to produce some

4  documents.  I am not satisfied with the documents

5  provided to the Court.  The first was a correspondence

6  with the defendant about defense counsel's attempt to

7  continue the hearing set for October 6th.  What I

8  received was not an original document.  It was not

9  reflective of an original communication.  It was not a

10 copy of an e-mail.  It is a typed-out version of

11 communication dated October 5th, the source of which I

12 have no idea where it came from, and also October 6th.  I

13 don't know if this is a phone call.  I don't know if this

14 is an e-mail.  The source of it is not provided to me.

15     I asked for billing records.  The billing records I

16 received are not the actual billing records, meaning

17 they're not the bills that are sent out.  They're not the

18 accounting records showing the billable hours at the

19 billable rate billed to the clients.  What I was provided

20 with instead were handwritten notes from a calendar entry

21 book that purports to show what Mr. Steinback's schedule

22 was during various days at issue here.

23     I requested that Mr. Steinback provide all medical

24 records pertaining to his back spasms that required a

25 continuance on September 24, 2021.  What I received I

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 7 of 25

```
 1  received today.  It is a note that is dated 10-19 of '21
 2  from a Dr. Hanson.  And it says, "Patient reports missing
 3  a work appointment on 9-24-21 due to back spasms."
 4  That's it.  No medical records provided actually show a
 5  visit to the emergency room.  No records show payment of
 6  bills reportedly occurring in relation to a visit to the
 7  emergency room.  Nothing shows doctor's instructions that
 8  he could not travel.  The only billing [sic] records
 9  supplied in connection with the September 24th
10  continuance is a medical record dated 11-20 of '20, which
11  indicates that there was some type of back problem and
12  that the defendant is reporting back spasms.  This is
13  November of '20, not September 24th of 2021.  And then
14  a -- a note from July 30th of 2021, in which, at the very
15  end of it, there was mention of continued pain
16  management, references rheumatology and orthopedic for
17  opinion regarding left hip.  Nothing about back spasms.
18       Mr. Steinback, what that tells me regarding the
19  September 24th is that -- I'm highly skeptical that you
20  went to the emergency room and had any instructions from
21  any doctor not to appear -- or not to travel.  I find it
22  absolutely unbelievable that you could not produce
23  documents to demonstrate those medical treatments that
24  you allege and that you told me in a court filing
25  happened on those dates.  I don't have any idea how you
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 8 of 25

1  could not produce those documents when I gave you plenty

2  of time to do so, if, in fact, they occurred.  So I'm

3  very troubled by that, and it makes me highly suspicious

4  that you misrepresented a fact to this Court.

5      Regarding the October 6th, I was provided with some

6  documentation that shows that Kimberly Steinback -- who

7  may be Patti Steinback; I don't know -- tested positive

8  for COVID and that the -- Mr. Steinback did not test

9  positive for COVID, and this is on a test result that

10  appears to be 10-10 of '21.  And so to the extent that

11  Mr. Steinback might have had contact with somebody who

12  might have had COVID, the fact remains he was not

13  positive.  There was no justification for him not to

14  appear in court as ordered and as scheduled, other than

15  his hyper concern about the possibility that he might

16  have had an exposure to COVID.

17      Again, I hold none of this against Mr. Murphy.

18  Mr. Murphy actually showed up on September 24, 2021, even

19  though his lawyer didn't, and he paid his special

20  assessment on that date.

21      So, Mr. Steinback, I'll just tell you, I am very

22  troubled by what appears to be to me -- what appears to

23  me to be a pattern of dilatory conduct by you and what

24  appears to me to be perhaps a misrepresentation to the

25  Court regarding your inability to appear for the

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 9 of 25

1   September 24th sentencing hearing.  What I'm inclined to

2   do at this point is to continue this hearing and give you

3   14 more days to produce to the Court documentation that

4   demonstrates that you actually went into an emergency

5   room and were treated on September 24th for back spasms

6   and that some doctor actually gave you instructions not

7   to travel in relation to that date.

8        I also want to see actual billing records, ledgers,

9   the bills that you actually sent out to your clients

10  during the dates that I have ordered you to do so for --

11  in document number 59.  Giving me calendar entry --

12  copies of a calendar page is not giving me billing

13  records.  I think you understand the difference between

14  billings records and a calendar page, and so I expect to

15  see billing records in whatever form you generate that.

16       And then I also want to see the actual source

17  documents for the communication that you had with your

18  client regarding the October 6th hearing and not

19  somebody's post facto typing up of the communication.

20       That's my inclination, but I'm happy to hear from

21  you now on what your thoughts are and what, if anything,

22  you'd like to say.

23            MR. Steinback:  Your Honor has raised

24  skepticisms, which essentially attack the very core of

25  who I am and what I've been as a professional for

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 10 of 25

47 years.  You are the judge, and your determinations are
absolute.  I find your finding that you're skeptical,
given my medical history, to be difficult.  I find your
ignoring the fact that my daughter had COVID on the same
night that I was with her, when I later met a client
whose doctor called me to tell me they had COVID, and --
and treat that as if that's proof of nothing is -- is
even more concerning.

And the fact that you doubt that I didn't bill
anybody, not a single soul, between October 6th and
October 11th, not one client -- my clients don't want to
pay my hourly rate, I have two clients who pay on the
hour, because my hourly rate is high.  After 47 years, I
put a premium on it.  Everyone else I offer the option of
a flat fee, and everyone else takes it.  I didn't bill
anything because I didn't do any work between the 6th and
the 11th, because, despite what you may think is a minor
back spasm, it is a crippling, debilitating, inability to
move, stand, sit, walk, I crawled to the washroom, when
those things happen.  I have cracked my back.  I have
cracked my neck.  I have had five surgeries in order to
try to repair them, and nothing has worked.  And I can't
stop these spasms.  I quit driving because I had one.  My
head slammed into the driving wheel, and I couldn't pull
it out.  And it was dumb luck that I was able to pull

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 11 of 25

```
 1   over to the side of the road.  And that was three years
 2   ago and the last time I ever drove a car, because I
 3   didn't want to be responsible for hurting anyone ever
 4   again because something like that could happen.
 5        Now, unfortunately, I have destroyed a good part of
 6   my body:  My back, my hips, my Achilles, my shoulders.
 7   If you want to examine them, you can see.  They are
 8   riddled with scars, dislocations, separations.  And now
 9   my right hip, like my left, has collapsed.  And there's
10   nothing between it, except a few bone fragments, and
11   that's in there.  And what happens if I walk around too
12   long or stand up for too long is I begin to shake.  And
13   if I don't stop that, the muscles seize up to try to
14   compensate for lack of a backbone, and they seize up so
15   hard that they won't let go for days.  I didn't do any
16   work between those days because I couldn't.  And you have
17   no idea the frustration, because not only did I not want
18   to incur the ire of Your Honor after having had that
19   situation occur on the 24th, or whatever that date was,
20   but I had planned to go directly from here to see my
21   brother.  And because of COVID, I couldn't go near him.
22   He has no immune system.  He won't make it through
23   Thanksgiving.
24        And so these things which you say attack me in a way
25   that I am visceral about.  I have stood by my reputation,
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 12 of 25

```
 1  and the only thing that a lawyer has is his word.  That's
 2  it.  That's my stock in trade.
 3      I continue to practice, so Your Honor knows, because
 4  I have a whole number of people who are depending on me.
 5  I don't need it for myself.  My wife doesn't need it.
 6  But not that it's anybody's business, I have a sick child
 7  who can't work.  I have a child who has a 15-year-old
 8  daughter who can't make ends meet because her husband
 9  stole $3 million of my money and ran off, and I have to
10  continue to take care of them.  I have a son who went
11  through a divorce and got devastated, and he's 40.  Now,
12  I could say I don't have to take care of them, not my
13  responsibility, but he has two babies.  I have a brother
14  who is dying, and his son is getting married in November,
15  and now I'm putting the wedding on, because I will not
16  have that child go without.  And God willing, his
17  brother -- his father, my brother, will make it, but I
18  doubt it.  I am the oldest remaining Steinback.  Everyone
19  else is gone, and I, therefore, become the father figure,
20  despite that they are my brothers.  And I take care of
21  all of them, and I will do so until I can't lift my hand
22  anymore or my head doesn't work, because that's -- that's
23  how I'm committed.
24      I am sorry I have offended this Court.  I am sorry
25  more than I could ever describe to Your Honor.  I am
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 13 of 25

```
 1   sorry my daughter got COVID.  I never knew except from
 2   Dr. Adam Hutton, who I don't know, meeting a man for the
 3   first time, who called me later that afternoon after I
 4   met him, to say, "I'm sorry, you had contact last night
 5   with my patient who has COVID."  Now, I -- I don't have a
 6   relationship; I didn't take that case because I had all
 7   sorts of things going on.  I have no -- I have no way to
 8   demand his records.
 9            THE COURT:  I have not asked you to.
10            MR. Steinback:  But as far as my billing, I
11   can't produce that which I don't have.  I didn't work on
12   anybody's cases beyond one videoconference, and that was
13   pro bono.  It was a conference I could do from my bed
14   with people who were in New York, representing someone
15   who is a brother of somebody that my daughter lives next
16   to in the apartment complex she lives in.  And it was an
17   interview and I took care of it because I could do it on
18   my back, but I didn't bill for it.  I can't generate
19   bills for Your Honor because I don't have them and I
20   didn't bill anybody for them.  I didn't take any money in
21   during that time period either.
22      I can get more specific information with respect to
23   my spasms, because I've had them for 10 years, because
24   I've seen --
25            THE COURT:  Mr. Steinback, I don't want a whole
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 14 of 25

 1  bunch of records of your spasms.  What I want, and what

 2  you have represented to this Court in a pleading that you

 3  filed with this Court, is that you went to the emergency

 4  room on September 24th and got instructions from your

 5  doctor that you weren't to travel.  That's what I want.

 6  It may be the case that that happened, and if so, you can

 7  produce those records to me, and I'll be satisfied that

 8  you did not make a representation [sic] to the Court.

 9  But what you've produced to me falls so woefully short of

10  that, that it makes me suspicious that it did not happen.

11          MR. Steinback:  It was an urgent care facility

12  rather than an ER.  We went to the ER.  It was backed up

13  to the point where anybody who wasn't bleeding out of an

14  artery wasn't going to be seen for about five hours, so

15  we went to the urgent care center that was open, and I

16  will be able to get whatever it is that is necessary.

17  The problem is, they are backed up for all sorts of

18  reasons, and nobody there owes me anything.  I owe you,

19  but they don't owe me.  I -- I pleaded with them.  My

20  wife went over there and begged them and ultimately

21  reached out to Dr. Hanson because his office is in the

22  same complex as that urgent care center to see if he

23  could get those records.

24          THE COURT:  Well, let's do this, I will give

25  you 30 days to produce those records to me then, and

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 15 of 25

1  hopefully that will satisfy me that you actually went to

2  some type of urgent care, emergency care, whatever it

3  was, on September 24th and received treatment for back

4  spasms and you were instructed not to travel.

5      If you don't have billing records, I will take you

6  at your word that you have no billing records for that

7  time period.  I would still like to see the original

8  correspondence you had with your client regarding the

9  October 6, 2021.  The typed-up version doesn't cut it for

10  me.  I want to see the original documents, whether it's

11  by e-mail or whatever.  If it's by a voicemail or a phone

12  call, then let me know that, but otherwise I want to see

13  the correspondence that Patti had with your client.

14          MR. Steinback:  I will provide those.  There

15  were phone calls, and I think those are texts between

16  Romel and I or Patti and Romel.  And I don't know how to

17  reproduce an original text, but I can --

18          THE COURT:  Texts are hard.  What law

19  enforcement officers do oftentimes, frankly, is they take

20  a photograph of a text, so they use one phone to take a

21  photograph of another phone, basically.  And if that's

22  what they are, then if you want to do that, that will

23  work.

24          MR. Steinback:  I appreciate that.  And I -- I

25  do want to say that I recognize -- and I say it for the

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 16 of 25

```
1   record and because I believe it to be true -- that Your
2   Honor's handling of Mr. Murphy's matter did not in any
3   way take into account whatever issues the Court and I
4   have, and I respect very much everything that you did and
5   how you did it.  And I am grateful for the full and
6   complete and fair opportunity to be heard.
7            THE COURT:  Mr. Steinback, you and I may not
8   have any problems either if in the end I'm satisfied that
9   this actually took place.  I have an obligation as a
10  judge to ensure the integrity of our court system.  And
11  when I saw a pattern of dilatory conduct by counsel here,
12  it concerns me that there are misrepresentations
13  involved.  I'm not finding that there are any.  I'm just
14  telling you I'm concerned about it.  My instinct tells me
15  there's something to look at here, and so I'm looking at
16  it.  I may be totally satisfied that there were no
17  misrepresentations, in which case, this matter will be
18  closed without any ramifications whatsoever.
19       I would just note as well, today you were late into
20  court.  I find no excuse for lawyers being late.  I used
21  to tell people working under me that if you are
22  five minutes early to court, that means that you are
23  ten minutes late.  And I recognize you are coming to a
24  city that maybe you haven't been to before, and so I'll
25  overlook your delay in getting into the courtroom today,
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 17 of 25

```
 1   but I -- I have a lot of trouble with lawyers who are
 2   late to the court.  Other people were waiting.  Everybody
 3   was waiting, including your client, and so I find that to
 4   be very poor professional conduct.
 5              MR. Steinback:  I agree with Your Honor
 6   completely there.  We drove past the cutoff because --
 7   the exit, because it was apparently shut off, went
 8   29 miles down to the next one, turned back around so that
 9   we could get on, and that extra 30 miles is what we
10   miscalculated.
11              THE COURT:  All right.
12              MR. Steinback:  But in any event, I don't --
13   mea culpa.  I was late for whatever reasons.  And any
14   delays there, I own completely.  I -- I -- I apologize
15   for that.
16              THE COURT:  All right.  That's not a major
17   matter.
18        All right.  What I'm going to do then,
19   Mr. Steinback, is I'm just going to continue any further
20   proceedings of this matter.  I'm going to wait for
21   30 days for you to produce those additional medical
22   records and the original documentation regarding the
23   communications with your client.  I will take a look at
24   them at that point, once you produce those to me.  And
25   then if I find any further proceedings are necessary, I
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 18 of 25

 1  will schedule them.  If I find no further proceedings are

 2  necessary because the documentation has satisfied me, I

 3  will so indicate on the record without you having to be

 4  present, but I will make a notation on the record so that

 5  anybody looking at this down the road will understand my

 6  finding that you did not act in an inappropriate way, and

 7  I will also send you a letter reflecting that.

 8          MR. Steinback:  I'm very grateful.

 9      If I might digress for a moment --

10          THE COURT:  Certainly.

11          MR. Steinback:  -- with just a little bit of

12  levity.  When I saw the two gentlemen sitting on either

13  side here, I wasn't sure if they were for Romel or for

14  me.  And I was very pleased to see that you let them

15  leave.

16      That said, have a good rest of the day, Your Honor.

17          THE COURT:  All right.  You too, Mr. Steinback.

18      That will conclude this hearing.

19      (Proceedings concluded at 3:25 p.m.)

20

21

22

23

24

25

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 19 of 25

1                 C E R T I F I C A T E

2         I, Patrice A. Murray, a Certified Shorthand
Reporter of the State of Iowa, do hereby certify that at

3 the time and place heretofore indicated, a hearing was
held before the Honorable C.J. Williams; that I reported

4 in shorthand and transcribed to the best of my ability
the proceedings of said hearing; and that the foregoing

5 transcript is a true record of all proceedings had on the
taking of said hearing at the above time and place.

6

7         I further certify that I am not related to or
employed by any of the parties to this action, and

8 further, that I am not a relative or employee of any
attorney or counsel employed by the parties hereto or

9 financially interested in the action.

10       IN WITNESS WHEREOF, I have set my hand this 31st day
of December, 2021.

11

12         /s/ Patrice A. Murray
        Patrice A. Murray, CSR, RMR, FCRR

13         Court Reporter
        PO Box 10541
        Cedar Rapids, Iowa 52410

14

15

16

17

18

19

20

21

22

23

24

25

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 20 of 25

**'**

'20 [2] - 8:10, 8:13
'21 [2] - 8:1, 9:10

**/**

/s [1] - 20:11

**1**

1 [1] - 1:10
10 [2] - 5:14, 14:23
10-10 [1] - 9:10
10-19 [1] - 8:1
10-4-21 [1] - 4:11
10541 [2] - 1:24, 20:13
11 [1] - 6:3
11-20 [1] - 8:10
111 [2] - 1:10, 1:17
11th [2] - 11:11, 11:17
12/29/21 [1] - 1:21
12/31/21 [1] - 1:21
14 [2] - 2:11, 10:3
15 [1] - 5:20
15-year-old [1] - 13:7
16 [1] - 5:5
19 [1] - 5:10

**2**

20-CR-6 [1] - 1:5
2020 [6] - 5:4, 5:10, 5:14, 5:20, 6:3, 6:15
2021 [10] - 1:17, 2:11, 3:7, 3:8, 7:25, 8:13, 8:14, 9:18, 16:9, 20:10
20th [1] - 1:17
21 [1] - 5:14
24 [4] - 4:9, 5:21, 7:25, 9:18
24th [10] - 2:15, 3:1, 8:9, 8:13, 8:19, 10:1, 10:5, 12:19, 15:4, 16:3
26 [1] - 6:3
28 [1] - 6:15
29 [1] - 18:8
2:55 [1] - 1:18

**3**

3 [2] - 2:21, 13:9
30 [3] - 15:25, 18:9, 18:21
30th [1] - 8:14
31st [1] - 20:9
33 [1] - 6:15
3:25 [1] - 19:19

**4**

40 [1] - 13:11
45 [1] - 6:22
47 [2] - 11:1, 11:13
4th [1] - 6:17

**5**

5 [1] - 3:7
52401 [1] - 1:10
52410 [2] - 1:24, 20:13
53 [1] - 2:19
59 [2] - 2:12, 10:11
5:01 [1] - 4:4
5th [1] - 7:11

**6**

6 [1] - 16:9
61073 [1] - 1:12
6th [7] - 3:7, 7:7, 7:12, 9:5, 10:18, 11:10, 11:16

**7**

7 [1] - 5:10

**8**

8351 [1] - 1:12

**9**

9 [1] - 5:4
9-24-21 [1] - 8:3
9:00 [2] - 4:2, 4:4

**A**

a.m [2] - 4:2, 4:4
ability [3] - 5:12, 5:17, 20:4
able [2] - 11:25, 15:16
absolute [1] - 11:2
absolutely [1] - 8:22
account [1] - 17:3
accounting [1] - 7:18
Achilles [1] - 12:6
act [1] - 19:6
action [2] - 20:7, 20:8
activity [1] - 2:24
actual [3] - 7:16, 10:8, 10:16
Adam [1] - 14:2
additional [1] - 18:21
advised [2] - 2:23, 4:7
advising [1] - 4:5

afternoon [1] - 14:3
ago [1] - 12:2
agree [1] - 18:5
allege [1] - 8:24
alleging [1] - 2:17
almost [1] - 5:1
AMERICA [1] - 1:3
apartment [1] - 14:16
apologize [1] - 18:14
appear [8] - 4:16, 4:18, 4:19, 4:22, 4:23, 8:21, 9:14, 9:25
APPEARANCES [1] - 1:9
appeared [5] - 1:11, 1:12, 4:20, 4:21
appointment [1] - 8:3
appreciate [2] - 2:8, 16:24
arrived [1] - 4:15
artery [1] - 15:14
assessment [1] - 9:20
assistant [3] - 3:13, 3:14, 3:22
attached [1] - 4:9
attack [2] - 10:24, 12:24
attempt [1] - 7:6
ATTORNEY [2] - 1:10, 1:12
attorney [2] - 4:7, 20:8
Attorney's [1] - 1:10
authority [2] - 4:18, 4:19
available [1] - 3:18
Avenue [2] - 1:10, 1:17
aware [1] - 3:23

**B**

babies [1] - 13:13
backbone [1] - 12:14
backed [2] - 15:12, 15:17
become [1] - 13:19
bed [1] - 14:13
BEFORE [1] - 1:16
begged [1] - 15:20
begin [1] - 2:12
behalf [2] - 1:11, 1:12
benefit [1] - 3:5
best [1] - 20:4
between [6] - 10:13, 11:10, 11:16, 12:10, 12:16, 16:15
beyond [1] - 14:12
bill [4] - 11:9, 11:15, 14:18, 14:20
billable [2] - 7:18, 7:19
billed [1] - 7:19
billing [10] - 7:15, 7:16, 8:8, 10:8, 10:12, 10:15, 14:10, 16:5, 16:6
billings [1] - 10:14
bills [4] - 7:17, 8:6, 10:9, 14:19
bit [1] - 19:11
bleeding [1] - 15:13

body [1] - 12:6
bone [1] - 12:10
bono [1] - 14:13
book [1] - 7:21
born [1] - 6:6
Box [3] - 1:10, 1:24, 20:13
brother [6] - 5:23, 12:21, 13:13, 13:17, 14:15
brother's [1] - 5:24
brothers [1] - 13:20
bunch [1] - 15:1
business [1] - 13:6

**C**

C.J [2] - 1:16, 20:3
calendar [4] - 7:20, 10:11, 10:12, 10:14
call [4] - 3:12, 5:22, 7:13, 16:12
called [2] - 11:6, 14:3
calls [1] - 16:15
cancer [2] - 5:23, 5:24
car [1] - 12:2
care [9] - 13:10, 13:12, 13:20, 14:17, 15:11, 15:15, 15:22, 16:2
case [5] - 4:24, 6:19, 14:6, 15:6, 17:17
cases [1] - 14:12
CAUSE [1] - 1:15
Cedar [4] - 1:10, 1:18, 1:24, 20:13
center [2] - 15:15, 15:22
certainly [1] - 19:10
Certified [1] - 1:19, 20:2
certify [2] - 20:2, 20:6
child [3] - 13:6, 13:7, 13:16
cite [1] - 6:5
cited [1] - 5:6
citing [2] - 5:21, 6:4
city [1] - 17:24
client [10] - 3:16, 3:25, 4:19, 10:18, 11:5, 11:11, 16:8, 16:13, 18:3, 18:23
clients [4] - 7:19, 10:9, 11:11, 11:12
closed [1] - 17:18
collapsed [1] - 12:9
coming [1] - 17:23
commencing [1] - 1:18
committed [1] - 13:23
communication [4] - 7:9, 7:11, 10:17, 10:19
communications [1] - 18:23
compensate [1] - 12:14
complete [1] - 17:6
Completed [1] - 1:21
completely [2] - 18:6, 18:14
complex [2] - 14:16, 15:22

**comply** [2] - 6:23, 6:24
**concern** [3] - 2:14, 5:6, 9:15
**concerned** [1] - 17:14
**concerning** [1] - 11:8
**concerns** [1] - 17:12
**conclude** [1] - 19:18
**concluded** [1] - 19:19
**conduct** [3] - 9:23, 17:11, 18:4
**conference** [2] - 6:14, 14:13
**connection** [1] - 8:9
**consult** [2] - 5:12, 5:18
**contact** [5] - 3:4, 3:15, 3:21, 9:11, 14:4
**contacted** [1] - 3:8
**contempt** [1] - 2:14
**continuance** [5] - 3:20, 6:1, 6:10, 7:25, 8:10
**continuances** [1] - 5:1
**continue** [7] - 2:16, 6:2, 7:7, 10:2, 13:3, 13:10, 18:19
**continued** - 8:15
**copies** [1] - 10:12
**copy** [1] - 7:10
**core** [1] - 10:24
**correspondence** [3] - 7:5, 16:8, 16:13
**counsel** [4] - 2:13, 2:16, 17:11, 20:8
**counsel's** [1] - 7:6
**Court** [26] - 1:23, 2:12, 2:14, 3:2, 4:16, 4:17, 5:8, 5:13, 5:18, 5:25, 6:7, 6:9, 6:13, 6:22, 6:23, 7:3, 7:5, 9:4, 9:25, 10:3, 13:24, 15:2, 15:3, 15:8, 17:3, 20:12
**COURT** [12] - 1:1, 2:4, 2:11, 14:9, 14:25, 15:24, 16:18, 17:7, 18:11, 18:16, 19:10, 19:17
**court** [8] - 2:1, 4:15, 8:24, 9:14, 17:10, 17:20, 17:22, 18:2
**court's** [1] - 2:20
**Court's** [3] - 4:17, 6:8, 6:25
**courtroom** [2] - 2:10, 17:25
**COVID** [13] - 3:16, 3:25, 4:11, 6:4, 9:8, 9:9, 9:12, 9:16, 11:4, 11:6, 12:21, 14:1, 14:5
**COVID-19** [4] - 4:8, 5:11, 5:16, 5:21
**cracked** [2] - 11:20, 11:21
**crawled** [1] - 11:19
**crippling** [1] - 11:18
**CSR** [2] - 1:23, 20:12
**culpa** [1] - 18:13
**cut** [1] - 16:9
**cutoff** [1] - 18:6

**D**

**date** [3] - 9:20, 10:7, 12:19
**dated** [3] - 7:11, 8:1, 8:10
**dates** [2] - 8:25, 10:10
**daughter** [4] - 11:4, 13:8, 14:1, 14:15
**days** [8] - 2:24, 4:12, 7:22, 10:3, 12:15, 12:16, 15:25, 18:21
**deadline** [2] - 6:22, 6:25
**deadlines** [1] - 5:3
**dealing** [2] - 5:2, 5:24
**debilitating** [1] - 11:18
**December** [3] - 6:3, 6:15, 20:10
**defendant** [12] - 2:10, 2:16, 3:14, 3:24, 4:22, 5:5, 6:17, 6:20, 6:23, 7:3, 7:6, 8:12
**Defendant** [2] - 1:7, 1:13
**defendant's** [1] - 3:13
**Defendant's** [1] - 4:6
**defense** [3] - 2:13, 2:16, 7:6
**delay** [1] - 17:25
**delays** [1] - 18:14
**demand** [1] - 14:8
**demonstrate** [1] - 8:23
**demonstrates** [1] - 10:4
**denied** [1] - 4:13
**departed** [1] - 2:10
**depending** [1] - 13:4
**describe** [1] - 13:25
**despite** [2] - 11:17, 13:20
**destroyed** [1] - 12:5
**determinations** [1] - 11:1
**devastated** [1] - 13:11
**difference** [1] - 10:13
**difficult** [1] - 11:3
**digress** [1] - 19:9
**dilatory** [2] - 9:23, 17:11
**direct** [1] - 4:8
**directly** [1] - 12:20
**dislocations** [1] - 12:8
**DISTRICT** [2] - 1:1, 1:1
**divorce** [1] - 13:11
**doctor** [7] - 3:19, 4:10, 8:21, 10:6, 11:6, 15:5
**doctor's** [1] - 8:7
**document** [12] - 2:12, 2:19, 5:5, 5:10, 5:14, 5:21, 6:3, 6:15, 6:22, 7:8, 10:11
**documentation** [4] - 9:6, 10:3, 18:22, 19:2
**documents** [6] - 7:4, 8:23, 9:1, 10:17, 16:10
**doubt** [2] - 3:5, 11:9, 13:18
**down** [2] - 18:8, 19:5
**Dr** [3] - 8:2, 14:2, 15:21
**driving** [1] - 11:23, 11:24
**drove** [2] - 12:2, 18:6

**due** [1] - 8:3
**dumb** [1] - 11:25
**during** [4] - 4:13, 7:22, 10:10, 14:21
**dying** [1] - 13:14

**E**

**e-mail** [7] - 3:8, 3:11, 3:16, 3:22, 7:10, 7:14, 16:11
**early** [1] - 17:22
**either** [3] - 14:21, 17:8, 19:12
**emergency** [8] - 2:18, 2:22, 8:5, 8:7, 8:20, 10:4, 15:3, 16:2
**employed** [2] - 20:7, 20:8
**employee** [1] - 20:7
**end** [2] - 8:15, 17:8
**ends** [1] - 13:8
**enforcement** [1] - 16:19
**ensure** [1] - 17:10
**enter** [1] - 6:24
**entered** [2] - 2:12, 6:17
**entry** [3] - 5:4, 7:20, 10:11
**ER** [2] - 15:12
**essentially** [1] - 10:24
**event** [1] - 18:12
**examine** [1] - 12:7
**except** [2] - 12:10, 14:1
**excuse** [1] - 17:20
**exit** [1] - 18:7
**expect** [1] - 10:14
**exposure** [3] - 4:8, 4:11, 9:16
**extend** [1] - 5:3
**extension** [2] - 5:15, 6:13
**extensions** [1] - 5:1
**extent** [1] - 9:10
**extra** [1] - 18:9

**F**

**facility** [1] - 15:11
**fact** [5] - 9:2, 9:4, 9:12, 11:4, 11:9
**facto** [1] - 10:19
**failed** [2] - 6:20, 6:23
**fair** [1] - 17:6
**falls** [1] - 15:9
**family** [2] - 5:6, 6:6
**far** [1] - 14:10
**father** [2] - 13:17, 13:19
**FCRR** [2] - 1:23, 20:12
**fee** [1] - 11:15
**felt** [1] - 3:19
**few** [1] - 12:10
**figure** [1] - 13:19
**file** [3] - 2:20, 3:20, 6:20
**filed** [9] - 2:16, 2:19, 2:25, 4:4, 5:4, 5:9, 5:15, 6:3, 15:3

**filing** [2] - 6:25, 8:24
**final** [2] - 3:18, 6:9
**financially** [1] - 20:8
**find** [7] - 8:21, 11:2, 11:3, 17:20, 18:3, 18:25, 19:1
**finding** [3] - 11:2, 17:13, 19:6
**first** [5] - 2:15, 3:12, 5:3, 7:5, 14:3
**five** [4] - 4:12, 11:21, 15:14, 17:22
**flat** [1] - 11:15
**follow** [1] - 3:16
**follow-up** [1] - 3:16
**following** [4] - 2:1, 2:2, 4:3, 4:15
**FOR** [1] - 1:1
**force** [1] - 5:17
**foregoing** [1] - 20:4
**form** [1] - 10:15
**four** [1] - 2:24
**fragments** [1] - 12:10
**frankly** [1] - 16:19
**free** [1] - 2:6
**frustration** [1] - 12:17
**full** [1] - 17:5

**G**

**generate** [2] - 10:15, 14:18
**gentlemen** [1] - 19:12
**get** [5] - 3:9, 14:22, 15:16, 15:23, 18:9
**getting** [2] - 13:14, 17:25
**give** [2] - 10:2, 15:24
**given** [2] - 2:25, 11:3
**giving** [2] - 10:11, 10:12
**God** [1] - 13:16
**government** [4] - 4:21, 5:7, 5:18, 5:25
**grandson** [1] - 6:5
**granted** [7] - 3:2, 3:3, 5:8, 5:13, 5:19, 5:25, 6:13
**grateful** [2] - 17:5, 19:8
**guilty** [1] - 6:18

**H**

**hand** [2] - 13:21, 20:9
**handling** [1] - 17:2
**handwritten** [1] - 7:20
**Hanson** [2] - 8:2, 15:21
**happen** [3] - 11:20, 12:4, 15:10
**happened** [2] - 8:25, 15:6
**happens** [1] - 11:24
**happy** [1] - 10:20
**hard** [2] - 12:15, 16:18
**head** [1] - 11:24, 13:22

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 22 of 25

**health** [1] - 5:6
**hear** [1] - 10:20
**heard** [1] - 17:6
**hearing** [20] - 2:2, 2:5, 2:17, 3:1, 3:6, 3:7, 4:5, 4:20, 4:23, 6:16, 7:2, 7:7, 10:1, 10:2, 10:18, 19:18, 20:3, 20:4, 20:5
**HEARING** [1] - 1:15
**held** [4] - 2:1, 2:14, 6:16, 20:3
**HELD** [1] - 1:16
**hereby** [1] - 20:2
**hereto** [1] - 20:8
**heretofore** [1] - 20:3
**high** [1] - 11:13
**highly** [2] - 8:19, 9:3
**hip** [2] - 8:17, 12:9
**hips** [1] - 12:6
**history** [2] - 4:24, 11:3
**hold** [1] - 9:17
**HON** [1] - 1:16
**Honor** [8] - 2:9, 10:23, 12:18, 13:3, 13:25, 14:19, 18:5, 19:16
**Honor's** [1] - 17:2
**Honorable** [1] - 20:3
**hopefully** [1] - 16:1
**hour** [1] - 11:13
**hourly** [2] - 11:12, 11:13
**hours** [3] - 4:9, 7:18, 15:14
**hurting** [1] - 12:3
**husband** [1] - 13:8
**Hutton** [1] - 14:2
**hyper** [1] - 9:15

### I

**idea** [3] - 7:12, 8:25, 12:17
**ignoring** [1] - 11:4
**Illinois** [2] - 1:12, 5:17
**immune** [1] - 12:22
**IN** [2] - 1:1, 20:9
**inability** [2] - 9:25, 11:18
**inappropriate** [1] - 19:6
**inclination** [1] - 10:20
**inclined** [1] - 10:1
**including** [1] - 18:3
**incur** [1] - 12:18
**indicate** [1] - 19:3
**indicated** [4] - 3:9, 3:25, 6:9, 20:3
**indicates** [2] - 5:22, 8:11
**indicating** [1] - 3:22
**information** [1] - 14:22
**instead** [1] - 7:20
**instinct** [1] - 17:14
**instructed** [1] - 16:4
**instructions** [4] - 8:7, 8:20, 10:6, 15:4
**integrity** [1] - 17:10

**interested** [1] - 20:8
**interfered** [2] - 5:11, 5:17
**interview** [1] - 14:17
**investigation** [2] - 6:21, 7:1
**involve** [1] - 2:7
**involved** [1] - 17:13
**IOWA** [1] - 1:1
**Iowa** [5] - 1:10, 1:18, 1:24, 20:2, 20:13
**ire** [1] - 12:18
**issue** [1] - 7:22
**issues** [1] - 17:3

### J

**January** [1] - 6:17
**Jeff** [3] - 3:11, 3:17, 3:19
**Jeffrey** [2] - 2:13, 4:10
**JEFFREY** [1] - 1:12
**judge** [2] - 11:1, 17:10
**July** [2] - 5:14, 8:14
**justification** [1] - 9:13

### K

**Kimberly** [1] - 9:6
**knows** [1] - 13:3
**KYNDRA** [1] - 1:10

### L

**lack** [1] - 12:14
**last** [5] - 4:9, 6:8, 6:11, 12:2, 14:4
**late** [5] - 17:19, 17:20, 17:23, 18:2, 18:13
**law** [1] - 16:18
**lawyer** [2] - 9:19, 13:1
**lawyers** [2] - 17:20, 18:1
**least** [1] - 2:15
**leave** [2] - 2:6, 19:15
**ledgers** [1] - 10:8
**left** [2] - 8:17, 12:9
**letter** [3] - 4:9, 4:10, 19:7
**levity** [1] - 19:12
**lift** [1] - 13:21
**lives** [2] - 14:15, 14:16
**look** [2] - 17:15, 18:23
**looking** [3] - 4:23, 17:15, 19:5
**luck** [1] - 11:25
**Lundquist** [1] - 2:8
**LUNDQUIST** [2] - 1:10, 2:9

### M

**machine** [1] - 1:20
**made** [2] - 3:23, 6:11

**mail** [7] - 3:8, 3:11, 3:16, 3:22, 7:10, 7:14, 16:11
**major** [1] - 18:16
**make** [5] - 12:22, 13:8, 13:17, 15:8, 19:4
**makes** [2] - 9:3, 15:10
**man** [1] - 14:2
**management** [1] - 8:16
**manner** [1] - 6:21
**March** [1] - 5:4
**married** [1] - 13:14
**matter** [4] - 17:2, 17:17, 18:17, 18:20
**mea** [1] - 18:13
**meaning** [1] - 7:16
**means** [1] - 17:22
**medical** [6] - 7:23, 8:4, 8:10, 8:23, 11:3, 18:21
**medication** [1] - 2:25
**meet** [1] - 13:8
**meeting** [1] - 14:2
**mention** [1] - 8:15
**met** [5] - 3:11, 3:17, 3:24, 11:5, 14:4
**might** [6] - 3:24, 3:25, 9:11, 9:12, 9:15, 19:9
**miles** [2] - 18:8, 18:9
**million** [1] - 13:9
**minor** [1] - 11:17
**minutes** [2] - 17:22, 17:23
**miscalculated** [1] - 18:10
**misrepresentation** [1] - 9:24
**misrepresentations** [2] - 17:12, 17:17
**misrepresented** [1] - 9:4
**missing** [1] - 8:2
**moment** [1] - 19:9
**money** [2] - 13:9, 14:20
**morning** [2] - 4:3, 4:15
**motion** [17] - 2:16, 3:2, 3:3, 3:20, 4:4, 4:6, 4:14, 5:3, 5:8, 5:9, 5:13, 5:15, 5:19, 5:20, 6:2, 6:8
**move** [1] - 11:19
**MR** [9] - 10:23, 14:10, 15:11, 16:14, 16:24, 18:5, 18:12, 19:8, 19:11
**MS** [1] - 2:9
**MURPHY** [1] - 1:6
**Murphy** [4] - 2:2, 2:6, 9:17, 9:18
**Murphy's** [1] - 17:2
**Murray** [5] - 1:19, 1:23, 20:2, 20:11, 20:12
**muscles** [1] - 12:13

### N

**near** [1] - 12:21
**necessary** [3] - 15:16, 18:25,

19:2
**neck** [1] - 11:21
**need** [1] - 13:5
**needed** [2] - 5:7, 5:23
**never** [1] - 14:1
**New** [1] - 14:14
**new** [1] - 6:5
**next** [3] - 2:24, 14:15, 18:8
**night** [3] - 4:4, 11:5, 14:4
**nobody** [1] - 15:18
**none** [1] - 9:17
**NORTHERN** [1] - 1:1
**notation** [1] - 19:4
**note** [3] - 8:1, 8:14, 17:19
**noted** [1] - 6:8
**notes** [1] - 7:20
**nothing** [5] - 8:7, 8:17, 11:7, 11:22, 12:10
**November** [2] - 8:13, 13:14
**number** [11] - 2:12, 2:19, 5:5, 5:10, 5:14, 5:21, 6:3, 6:15, 6:22, 10:11, 13:4

### O

**objections** [2] - 6:20, 6:25
**obligation** [1] - 17:9
**obviously** [1] - 6:12
**occur** [1] - 12:19
**occurred** [2] - 6:14, 9:2
**occurring** [1] - 8:6
**October** [12] - 1:17, 2:11, 3:7, 7:7, 7:11, 7:12, 9:5, 10:18, 11:10, 11:11, 16:9
**OF** [2] - 1:1, 1:3
**offended** [1] - 13:24
**offer** [1] - 11:14
**Office** [1] - 1:10
**office** [1] - 15:21
**officers** [1] - 16:19
**oftentimes** [1] - 16:19
**oldest** [1] - 13:18
**once** [1] - 18:24
**one** [6] - 4:21, 11:11, 11:23, 14:12, 16:20, 18:8
**open** [2] - 2:1, 15:15
**opinion** [1] - 8:17
**opportunity** [1] - 17:6
**option** [1] - 11:14
**order** [6] - 2:12, 6:7, 6:9, 6:24, 7:2, 11:21
**ordered** [4] - 4:16, 7:3, 9:14, 10:10
**Ordered** [1] - 1:21
**ordering** [1] - 6:24
**original** [6] - 7:8, 7:9, 16:7, 16:10, 16:17, 18:22
**orthopedic** [1] - 8:16
**otherwise** [1] - 16:12
**overlook** [1] - 17:25

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 89   Filed 01/03/22   Page 23 of 25

**owe** [1] - 15:18, 15:19
**owes** [1] - 15:18
**own** [1] - 18:14

## P

**p.m** [3] - 1:18, 4:4, 19:19
**page** [2] - 10:12, 10:14
**paid** [1] - 9:19
**pain** [1] - 8:15
**PAMurrayReporting@gmail.com** [1] - 1:25
**paragraph** [1] - 2:21
**part** [1] - 12:5
**participate** [1] - 2:23
**parties** [2] - 20:7, 20:8
**past** [1] - 18:6
**Patient** [1] - 8:2
**patient** [1] - 14:5
**Patrice** [5] - 1:19, 1:23, 20:2, 20:11, 20:12
**pattern** [3] - 4:25, 9:23, 17:11
**Patti** [5] - 3:14, 3:22, 9:7, 16:13, 16:16
**pay** [2] - 11:12
**payment** [1] - 8:5
**pending** [1] - 6:19
**people** [4] - 13:4, 14:14, 17:21, 18:2
**perhaps** [1] - 9:24
**period** [3] - 4:13, 14:21, 16:7
**permission** [1] - 4:18
**person** [3] - 3:11, 3:17, 4:8
**personal** [1] - 5:3
**pertaining** [1] - 7:24
**phone** [6] - 3:12, 7:13, 16:11, 16:15, 16:20, 16:21
**photograph** [2] - 16:20, 16:21
**physical** [1] - 2:24
**place** [3] - 17:9, 20:3, 20:5
**Plaintiff** [1] - 1:4
**planned** [1] - 12:20
**plea** [2] - 5:4, 6:18
**pleaded** [1] - 15:19
**pleading** [1] - 15:2
**pleased** [1] - 19:14
**plenty** [1] - 9:1
**PO** [2] - 1:24, 20:13
**point** [3] - 10:2, 15:13, 18:24
**poor** [1] - 18:4
**positive** [4] - 3:18, 9:7, 9:9, 9:13
**possibility** [2] - 3:23, 9:15
**possible** [1] - 4:11
**post** [1] - 10:19
**practice** [1] - 13:3
**premium** [1] - 11:14
**prepare** [1] - 5:12

**prepared** [1] - 4:23
**present** [3] - 5:24, 6:6, 19:4
**presentence** [2] - 6:21, 6:25
**previously** [1] - 3:21
**pro** [1] - 14:13
**problem** [2] - 8:11, 15:17
**problems** [1] - 17:8
**proceed** [2] - 2:4, 4:1
**Proceedings** [1] - 19:19
**proceedings** [6] - 2:1, 18:20, 18:25, 19:1, 20:4, 20:5
**produce** [9] - 7:3, 8:22, 9:1, 10:3, 14:11, 15:7, 15:25, 18:21, 18:24
**produced** [1] - 15:9
**professional** [2] - 10:25, 18:4
**proof** [1] - 11:7
**provide** [2] - 7:23, 16:14
**provided** [5] - 7:5, 7:14, 7:19, 8:4, 9:5
**prudent** [1] - 3:20
**pull** [2] - 11:24, 11:25
**purports** [1] - 7:21
**put** [1] - 11:14
**putting** [1] - 13:15

## Q

**quarantine** [1] - 4:13
**quit** [1] - 11:23

## R

**raised** [1] - 10:23
**ramifications** [1] - 17:18
**ran** [1] - 13:9
**Rapids** [4] - 1:10, 1:18, 1:24, 20:13
**rate** [3] - 7:19, 11:12, 11:13
**rather** [1] - 15:12
**reached** [1] - 15:21
**reads** [1] - 3:11
**reasons** [2] - 15:18, 18:13
**received** [6] - 5:22, 7:8, 7:16, 7:25, 8:1, 16:3
**recognize** [2] - 16:25, 17:23
**recommended** [1] - 4:12
**record** [5] - 8:10, 17:1, 19:3, 19:4, 20:5
**records** [20] - 7:15, 7:16, 7:18, 7:24, 8:4, 8:5, 8:8, 10:8, 10:13, 10:14, 10:15, 14:8, 15:1, 15:7, 15:23, 15:25, 16:5, 16:6, 18:22
**references** [1] - 8:16
**reflecting** [1] - 19:7
**reflective** [1] - 7:9
**regarding** [7] - 8:17, 8:18,

9:5, 9:25, 10:18, 16:8, 18:22
**related** [1] - 20:6
**relation** [2] - 8:6, 10:7
**relationship** [1] - 14:6
**relative** [1] - 20:7
**remain** [1] - 4:12
**remaining** [1] - 13:18
**remains** [1] - 9:12
**repair** [1] - 11:22
**repeated** [1] - 4:25
**report** [2] - 6:21, 7:1
**reported** [3] - 1:19, 3:14, 20:3
**reportedly** [1] - 8:6
**Reporter** [4] - 1:20, 1:23, 20:2, 20:12
**reporting** [1] - 8:12
**reports** [2] - 4:6, 8:2
**representation** [1] - 15:8
**represented** [1] - 15:2
**representing** [1] - 14:14
**reproduce** [1] - 16:17
**reputation** [1] - 12:25
**request** [1] - 6:11
**requested** [1] - 7:23
**required** [2] - 2:18, 7:24
**reservations** [1] - 3:4
**resist** [3] - 5:8, 5:18, 5:25
**resisted** [1] - 6:13
**respect** [2] - 14:22, 17:4
**responsibility** [1] - 13:13
**responsible** [1] - 12:3
**rest** [1] - 19:16
**restrictions** [3] - 5:11, 5:16, 6:4
**result** [1] - 9:9
**results** [1] - 3:18
**rheumatology** [1] - 8:16
**riddled** [1] - 12:8
**RMR** [2] - 1:23, 20:12
**Road** [1] - 1:12
**road** [2] - 12:1, 19:5
**Romel** [4] - 2:2, 16:16, 19:13
**ROMEL** [1] - 1:6
**room** [7] - 2:19, 2:22, 8:5, 8:7, 8:20, 10:5, 15:4
**Roscoe** [1] - 1:12

## S

**S.E** [2] - 1:10, 1:18
**Sali** [1] - 3:13
**satisfied** [5] - 7:4, 15:7, 17:8, 17:16, 19:2
**satisfy** [1] - 16:1
**saw** [2] - 17:11, 19:12
**scars** [1] - 12:8
**schedule** [1] - 5:3, 7:21, 19:1
**scheduled** [4] - 3:1, 4:1, 4:17, 9:14

**scheduling** [1] - 6:14
**see** [10] - 10:8, 10:15, 10:16, 12:7, 12:20, 15:22, 16:7, 16:10, 16:12, 19:14
**seize** [2] - 12:13, 12:14
**send** [1] - 19:7
**sent** [2] - 7:17, 10:9
**sentencing** [10] - 2:2, 2:17, 3:1, 3:6, 4:1, 4:5, 4:20, 6:19, 10:1
**separations** [1] - 12:8
**September** [12] - 2:15, 3:1, 5:20, 7:25, 8:9, 8:13, 8:19, 9:18, 10:1, 10:5, 15:4, 16:3
**serious** [1] - 5:6
**set** [4] - 3:6, 6:22, 7:7, 20:9
**setting** [1] - 7:2
**seven** [1] - 2:24
**Seventh** [2] - 1:10, 1:17
**shake** [1] - 12:12
**short** [1] - 15:9
**Shorthand** [1] - 1:19, 20:2
**shorthand** [2] - 1:20, 20:4
**shortly** [1] - 6:16
**shoulders** [1] - 12:6
**SHOW** [1] - 1:15
**show** [7] - 2:5, 2:12, 4:3, 7:2, 7:21, 8:4, 8:5
**showed** [1] - 9:18
**showing** [1] - 7:18
**shows** [2] - 8:7, 9:6
**shut** [1] - 18:7
**sic** [2] - 8:8, 15:8
**sick** [1] - 13:6
**side** [2] - 12:1, 19:13
**single** [1] - 11:10
**sit** [1] - 11:19
**sitting** [1] - 19:12
**situation** [1] - 12:19
**skeptical** [2] - 8:19, 11:2
**skepticisms** [1] - 10:24
**slammed** [1] - 11:24
**Snaresbrook** [1] - 1:12
**someone** [1] - 14:14
**sometime** [1] - 3:18
**son** [2] - 13:10, 13:14
**sorry** [7] - 3:15, 5:5, 6:7, 13:24, 14:1, 14:4
**sorts** [2] - 14:7, 15:17
**soul** [1] - 11:10
**source** [3] - 7:11, 7:14, 10:16
**spasm** [1] - 11:18
**spasms** [11] - 2:18, 2:25, 8:23, 8:12, 8:17, 10:5, 11:23, 14:23, 15:1, 16:4
**speaking** [1] - 3:19
**special** [1] - 9:19
**specific** [1] - 14:22
**staff** [2] - 3:8
**stand** [2] - 11:19, 12:12
**State** [1] - 20:2

**STATES** [2] - 1:1, 1:3
**States** [1] - 1:11
**stay** [1] - 2:8
**STEINBACK** [1] - 1:12
**Steinback** [39] - 2:13, 2:21, 3:5, 3:15, 3:22, 3:24, 4:3, 4:6, 4:11, 4:16, 4:22, 5:6, 5:9, 5:15, 5:22, 6:4, 6:8, 6:10, 7:23, 8:18, 9:6, 9:7, 9:8, 9:11, 9:21, 10:23, 13:18, 14:10, 14:25, 15:11, 16:14, 16:24, 17:7, 18:5, 18:12, 18:19, 19:8, 19:11, 19:17
**Steinback's** [2] - 5:2, 7:21
**still** [2] - 5:16, 16:7
**stock** [1] - 13:2
**stole** [1] - 13:9
**stood** [1] - 12:25
**stop** [2] - 11:23, 12:13
**strenuous** [1] - 2:23
**suffering** [1] - 2:17
**supplied** [1] - 8:9
**surgeries** [1] - 11:21
**suspicious** [2] - 9:3, 15:10
**system** [2] - 12:22, 17:10

## T

**telephone** [1] - 3:21
**tell** [4] - 4:19, 9:21, 11:6, 17:21
**telling** [1] - 17:14
**tells** [2] - 8:18, 17:14
**ten** [1] - 17:23
**test** [4] - 3:11, 3:17, 9:8, 9:9
**tested** [2] - 4:12, 9:7
**text** [2] - 16:17, 16:20
**texts** [2] - 16:15, 16:18
**Thanksgiving** [1] - 12:23
**THE** [14] - 1:1, 1:1, 1:16, 2:4, 2:11, 14:9, 14:25, 15:24, 16:18, 17:7, 18:11, 18:16, 19:10, 19:17
**thereafter** [1] - 6:16
**therefore** [1] - 13:19
**thoughts** [1] - 10:21
**three** [1] - 12:1
**timely** [1] - 6:21
**TO** [1] - 1:15
**today** [3] - 8:1, 17:19, 17:25
**tomorrow** [2] - 3:19, 4:1
**took** [2] - 14:17, 17:9
**totally** [1] - 17:16
**town** [1] - 5:7
**trade** [1] - 13:2
**transcribed** [1] - 20:4
**Transcript** [2] - 1:21, 1:21
**transcript** [1] - 20:5
**travel** [6] - 2:23, 8:8, 8:21, 10:7, 15:5, 16:4

**treat** [1] - 11:7
**treated** [2] - 2:22, 10:5
**treatment** [1] - 16:3
**treatments** [1] - 8:23
**trial** [2] - 5:4, 5:12
**trouble** [1] - 18:1
**troubled** [2] - 9:3, 9:22
**true** [2] - 17:1, 20:5
**try** [2] - 11:22, 12:13
**turned** [1] - 18:8
**two** [3] - 11:12, 13:13, 19:12
**twofold** [1] - 2:15
**type** [2] - 8:11, 16:2
**typed** [2] - 7:10, 16:9
**typed-out** [1] - 7:10
**typed-up** [1] - 16:9
**typing** [1] - 10:19

## U

**U.S** [1] - 1:10
**ultimately** [2] - 6:16, 15:20
**unbelievable** [1] - 8:22
**under** [1] - 17:21
**undersigned** [1] - 4:7
**unfortunately** [1] - 12:5
**UNITED** [2] - 1:1, 1:3
**United** [1] - 1:11
**unopposed** [2] - 3:3, 5:13
**up** [11] - 3:16, 4:3, 6:18, 9:18, 10:19, 12:12, 12:13, 12:14, 15:12, 15:17, 16:9
**urgent** [4] - 15:11, 15:15, 15:22, 16:2
**use** [1] - 16:20
**used** [1] - 17:20
**using** [1] - 1:20

## V

**Van** [1] - 3:13
**various** [1] - 7:22
**version** [2] - 7:10, 16:9
**victims** [1] - 4:21
**videoconference** [1] - 14:12
**visceral** [1] - 12:25
**visit** [3] - 2:18, 8:5, 8:6
**voicemail** [1] - 16:11
**VS** [1] - 1:5

## W

**wait** [1] - 18:20
**waiting** [2] - 18:2, 18:3
**walk** [2] - 11:19, 12:11
**want** [14] - 2:4, 10:8, 10:16, 11:11, 12:3, 12:7, 12:17, 14:25, 15:1, 15:5, 16:10, 16:12, 16:22, 16:25

**wanted** [2] - 6:5, 6:6
**washroom** [1] - 11:19
**wedding** [1] - 13:15
**Weelden** [1] - 3:13
**whatsoever** [1] - 17:18
**wheel** [1] - 11:24
**WHEREOF** [1] - 20:9
**whole** [2] - 13:4, 14:25
**wife** [2] - 13:5, 15:20
**WILLIAMS** [1] - 1:16
**Williams** [1] - 20:3
**willing** [1] - 13:16
**WITNESS** [1] - 20:9
**woefully** [1] - 15:9
**word** [2] - 13:1, 16:6
**work** [7] - 8:3, 11:16, 12:16, 13:7, 13:22, 14:11, 16:23
**worked** [1] - 11:22
**working** [1] - 17:21

## Y

**years** [4] - 11:1, 11:13, 12:1, 14:23
**York** [1] - 14:14

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*