IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 20-CR-00006 |
| | ) | |
| v. | ) | |
| | ) | MOTION TO WITHDRAW |
| ROMEL MURPHY, | ) | AS COUNSEL |
| | ) | |
| Defendant. | ) | |

In accordance with Local Rule 83(d)(6), the undersigned moves to withdraw as counsel for attorney Jeffrey Steinback. In support of this motion, counsel states:

1. On January 6, 2022, the undersigned entered his appearance on behalf of Jeffrey B. Steinback in proceedings instituted by the court for Mr. Steinback to show cause why he should not be found in contempt.

2. Despite diligent efforts to provide Mr. Steinback with the effective and ethical representation to which he is entitled, it is counsel's considered judgment that he can no longer represent Mr. Steinback at the hearing now set in this matter for May 20, 2022.

3. The undersigned has informed Mr. Steinback of his intention to seek the court's permission for leave to withdraw, and further believes that sufficient time exists for Mr. Steinback to obtain substitute counsel, should he wish to obtain representation.

WHEREFORE the undersigned moves for leave of court to withdraw as counsel for Jeffrey B. Steinback.

/s/ Leon F. Spies
LEON F. SPIES
PIN: AT0007456
312 E. College Street, Suite 216
Iowa City, Iowa 52240
Phone (319) 337-4193
Fax (319) 337-2396
spies@spiespavelich.com

Copies:

Kyndra Lundquist (electronically)
United States Attorney

Jeffrey B. Steinback (email)

```
NOTICE OF ELECTRONIC FILING

The undersigned certifies that the foregoing
instrument  was  electronically  filed  and
served, through the EDMS system or mail,
upon all parties as they may respectively
appear on the date of filing.

By:  /s/ Leon F. Spies
```