IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )
                             )
      VS.                    )    20-CR-6
                             )
ROMEL MURPHY,                )
                             )
              Defendant.     )

* * * * *


**HEARING TO SHOW CAUSE RE JEFFREY B. STEINBACK,**

**HELD BEFORE THE HON. C.J. WILLIAMS,**

on the 20th day of May, 2022, at 111 Seventh Avenue S.E.,

Cedar Rapids, Iowa, commencing at 10:29 a.m., and

reported by Patrice A. Murray, Certified Shorthand

Reporter, using machine shorthand.


APPEARANCES:

ATTORNEY JEFFREY B. STEINBACK, 8351 Snaresbrook Road,
Roscoe, Illinois 61073.


Transcript Ordered:  7/11/22
Transcript Completed:  7/24/22

Patrice A. Murray, CSR, RMR, FCRR
Court Reporter
PO Box 10541
Cedar Rapids, Iowa 52410
PAMurrayReporting@gmail.com

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 1 of 36

1                          **INDEX**

2    **EXHIBITS**                                          **PAGE**

3    Court's Exhibit 1                                        9
     Court's Exhibit 2                                       10

4                         * * * * *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*

1      (The following proceedings were held in open court.)

2           THE COURT:  The matter now before the Court is

3  a hearing for show cause -- a show cause hearing for why

4  the Court should not find attorney Jeffrey Steinback in

5  contempt of court.  This case originated in a case United

6  States versus Romel Murphy, case number 20-CR-6.  It had

7  to do with motions to continue sentencing hearing in that

8  case on multiple occasions that gave rise to the Court

9  having concerns that Mr. Steinback made

10  misrepresentations to the Court that would justify

11  holding him in contempt of the court.

12      This is the third hearing we've had on this.  The

13  first hearing occurred on the date when this case was

14  scheduled for a sentencing hearing of Mr. Murphy.  The --

15  at that time, Mr. Steinback requested additional time to

16  produce documents to the Court.  The Court rescheduled

17  the hearing.  Then there were two additional motions to

18  continue that continued hearing, which the Court granted.

19      We had another hearing on January 10th of 2022.  At

20  that hearing Mr. Steinback was represented by attorney

21  Leon Spies.  Mr. Steinback through Mr. Spies requested

22  another extension of time to produce documents to the

23  Court and to seek counseling and obtain a report from an

24  expert on -- on lawyer ethics, and they requested

25  four months.  The Court granted that, actually granting a

Contact Patrice Murray at PAMurrayReporting@gmail.com
for a complete copy of the transcript.
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 3 of 36

```
 1   little bit over a five months' continuance.
 2        And then two days ago Mr. Steinback sent a letter to
 3   the Court, which the Court filed as a motion to continue,
 4   and the Court denied that motion to continue this
 5   hearing.
 6        And so that is where we are today.  In its last
 7   order setting this hearing, the Court indicated that the
 8   government need not appear, and so the government is not
 9   represented here.
10        Mr. Leon Spies on May 5th filed a motion to withdraw
11   as counsel for Mr. Steinback, which the Court granted.
12   So Mr. Steinback is present, but he is not represented by
13   counsel.
14        Mr. Steinback, I guess I will start off this hearing
15   by asking if you have any of the documents to produce to
16   the Court that the Court has previously requested that
17   you produce.
18            MR. STEINBACK:  Your Honor, the -- there were
19   texts that I recall that Your Honor sought to have
20   reproduced regarding exchanges between either my wife,
21   Patti, or myself and Romel Murphy on the evening of the
22   October 5th or 6th -- I can't remember which date there,
23   but the night before the hearing was scheduled.  And I
24   have -- Patti sent the Court her typewritten -- the
25   type -- she typed what the texts said and subsequently
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 4 of 36

```
1    e-mailed to my phone the exact texts.  The only thing

2    missing from what Your Honor had, which was typed, was a

3    subsequent conversation that Romel and I had, in which he

4    asked me after the texts with Patti -- I don't know what

5    time that was, later in the evening.  And I told Romel

6    that I -- I would not be able to go because of the COVID

7    exposure.  I'd like to be able to tell him that he

8    couldn't -- that he -- that he couldn't go, because if

9    I'm not there, it's going to be very difficult to go

10   forward, but that I didn't have -- I couldn't tell him

11   that he shouldn't go because I don't have that ability or

12   authority, and I apologized to him.  That was the last

13   conversation I had with Romel until the next day.  There

14   were no other texts, besides what Patti had typed in the

15   order in which they had come in.  And the last one was,

16   "Should I go?"  And I talked to Romel by phone.  I talked

17   to him many times by phone that night.  It was, to say

18   the least, a hectic and anxious evening.

19           THE COURT:  All right.  Well, Mr. Steinback, I

20   expressed at both prior hearings that I was unsatisfied

21   with your wife's typed-up version of the texts, and I

22   wanted the original text exchange, and I wanted you to

23   produce those records to me.  And there's multiple ways

24   to reproduce the original of the texts.  You can take

25   screenshots.  You can take a photograph of the texts on
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 5 of 36

1    another person's phone.  There are ways to produce to

2    this Court the original texts.

3         What I am hearing from you is you do not have those

4    to produce to the Court today; is that correct?

5              MR. STEINBACK:  No, I do not.  I have the --

6    the texts were screenshotted to my phone.  I looked at

7    what Patti had typed.  It's the same, but I could have

8    Patti forward those same screenshots to anyone Your Honor

9    directs.  I could have that done.

10              THE COURT:  Mr. Steinback, what part of an

11    order from the Court ordering you to produce the original

12    texts to me did you not understand?  Don't tell me now

13    that you can get that done.  I ordered you twice to do

14    that.  And we have a hearing today, and you have yet to

15    produce those documents to me.  I'm not going to give you

16    more time to allegedly produce more documents to me that

17    you failed to produce after I've given you a court order

18    to do so twice.

19         The other documents I have ordered you to produce to

20    me is any documents whatsoever you have that would prove

21    that you actually went to and saw or were treated by

22    anybody regarding back spasms in relation to the original

23    sentencing date -- I can't even call it an original

24    sentencing date -- the sentencing date I believe in

25    September that we continued.  And do you have any

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 6 of 36

1 additional medical records or any medical records that

2 would reflect that you actually were seen by any medical

3 personnel on September 24th, I believe it was, of 2021?

4         MR. STEINBACK: No, Your Honor. And I would

5 just refer the Court to my statement with respect to that

6 when we were before this Court on the last occasion.

7         THE COURT: All right. And then the last

8 category of documents that I ordered you to produce was

9 any exchange/communications you had with your client. If

10 you recall at the last hearing, I advised you that I had

11 appointed attorney Raphael Scheetz to represent

12 Mr. Murphy, because Mr. Murphy had filed a motion with

13 the Court asking for appointment of counsel because he

14 reported that you had refused to file a notice of appeal

15 on his behalf and he had to request appointment of

16 counsel, and then Mr. Scheetz filed an extension of time

17 to file a notice of appeal because you had not done so.

18 And I requested that you produce to me -- or I ordered

19 you produce to me any documents you would have that would

20 reflect your assertion to me that you actually had not

21 said that, you had not refused to file a notice of

22 appeal, and that that had not occurred.

23     So do you have for me today any documents that would

24 show that exchange with Mr. Murphy?

25         MR. STEINBACK: I had conversations with

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 7 of 36

1   Mr. Murphy about both a notice of appeal, as well as a

2   motion that he wished to file prior to that notice of

3   appeal with respect to either obtaining -- I think he

4   wanted to obtain more time before he needed -- before the

5   surrender date, and then I believe he also wanted -- at

6   least he spoke with me about the prospect of getting a

7   different designation, and we had extensive conversations

8   about those things. And I'll share them with the Court

9   if the Court wishes.

10         THE COURT: What I wish is documentation,

11   Mr. Steinback. You told me at the last hearing that you

12   have text messages between you that would reflect that

13   communication. Do you have those text messages for me

14   today?

15         MR. STEINBACK: No, Your Honor, I don't have

16   text messages that reflect that. Those were by phone. I

17   have other text messages between us but not concerning

18   those matters. I would like to share with the Court what

19   we discussed since Your Honor has raised the question.

20         THE COURT: I'm happy to hear from you on that

21   matter in a minute. So let me ask you this, do you have

22   any additional documents or evidence you wish to present

23   to the Court other than statements by you?

24         MR. STEINBACK: Yes, Your Honor. I have --

25   Your Honor has the letter from my therapist. That was

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 8 of 36

1   attached to the most recent correspondence to the Court.

2            THE COURT:  I do.  It's been filed at document

3   number 111 under seal.

4            MR. STEINBACK:  Thank you.  Your Honor, I also

5   have a letter from a woman by the name of Carol

6   Opalinski.  After a number of conversations with my wife

7   about my gratitude to her for filling in during COVID and

8   other things, we had a discussion, and I asked her to

9   kindly allow me to get somebody in an official capacity

10  that I could count on and would do that on a weekly

11  basis.  And I -- and I have a letter from Carol Opalinski

12  where I -- who's someone who worked for me many years ago

13  and who agreed to take on the responsibilities of

14  scheduling, response to phone calls, and receipt of

15  e-mails, and the filing of those e-mails in an orderly

16  and consistently orderly fashion.  And I have that

17  letter.  I --

18           THE COURT:  Why don't you provide that letter

19  to Mr. Coberly, please.

20           MR. STEINBACK:  Yes, I will, Your Honor.

21           THE COURT:  And I will have this marked as

22  Court's Exhibit 1 and filed under seal.

23       (Whereupon, Court's Exhibit 1 was received.)

24           MR. STEINBACK:  I have -- and, unfortunately,

25  it's -- it was reproduced in a way that had a -- a

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 9 of 36

 1  heading on it because it was e-mailed, but I do have a

 2  letter.  It was -- it was actually in a bit of luck on my

 3  part.  I had mentioned to Your Honor in connection with

 4  the exposure to COVID a couple of things, one of which is

 5  that I had received a phone call from an individual

 6  identifying himself as a doctor, who had indicated that

 7  his patient was the prospective client that I had met

 8  with the night before the hearing or the two nights

 9  before the hearing, and the next day I got a call from

10  this doctor.  His name is Adam Hutton, and he's with

11  something called Chicago Healthcare Center.  I don't know

12  Mr. Hutton personally.  But I asked him, when I found his

13  number, if he recalled the situation and if he was

14  willing to write a letter to the effect that he had

15  advised me of the positive COVID test of that individual.

16  And he has -- I apologize for the -- what's on the top,

17  but it didn't come until late last night -- or later last

18  night, and I could not reach him thereafter to get a

19  clean copy, but if I could tender to the Court Dr. Adam

20  Hutton's -- H-U-T-T-O-N -- letter.  And I apologize again

21  for the heading.

22          THE COURT:  All right.  And I will mark that as

23  Court's Exhibit Number 2 for purposes of this hearing as

24  well.

25      (Whereupon, Court's Exhibit 2 was received.)

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 10 of 36

1      THE COURT:  Any other documentary evidence you

2  wish to present to the Court, Mr. Steinback?

3      MR. STEINBACK:  No, Your Honor.

4      THE COURT:  All right.  I'm happy to hear any

5  statement then you want to make or any other evidence you

6  wish to present to me on this matter.

7      MR. STEINBACK:  Thank you, Your Honor.  Your

8  Honor, would it be all right if I sat?

9      THE COURT:  You may, yep.

10      MR. STEINBACK:  Thank you.  I'd like to begin

11  with an apology for a number of things that I did not

12  have control over or did not assume the kind of

13  responsibility I should have to make sure -- to make sure

14  that I was as versed as I needed to be in response to

15  Your Honor's inquiries, and to also take responsibility

16  for all the shortcomings which Your Honor may find my --

17  My wife's drafting of that letter or that motion, after

18  consulting with Kyndra and with Your Honor's courtroom

19  deputy, was written by her unbeknownst to me, but it is

20  my responsibility to be in a position to oversee anything

21  that goes out over my name, and I was not in a position

22  to do that, and that is entirely on me.

23      I also was underprepared with respect to the hearing

24  we had after the sentencing of Romel Murphy.  Your Honor

25  knows to some degree from the different comments I've

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 11 of 36

1   made how long I've been at this business, and yet how
2   difficult I still find sentencing preparation to be.
3   I've never gotten better at preparing.  In fact, the more
4   I do this, the more I think there is to be done and the
5   more uncomfortable I become about not getting it all
6   done.
7          And my focus was on making sure that I made the best
8   presentation I could to the Court.  I didn't look
9   carefully enough at the e-mail exchanges between Patti,
10  the prosecution, and Your Honor's courtroom deputy.  I
11  did not read that motion carefully.  When I looked at it
12  during the course of our hearing, I realized that what
13  was said was not true.  And I asked you for time, Your
14  Honor, primarily so that I could speak with my wife and
15  get a detailed accounting of what happened in those late
16  or early morning hours, however you look at it, prior to
17  my inability to appear on the first of the two scheduled
18  hearings -- or three scheduled hearings, the first being
19  the 24th of September, and then ultimately concluding I
20  believe on the 20th of October.  But that -- I did not
21  manage that at all well.  I did not take the
22  responsibility to be fully prepared to respond to Your
23  Honor as carefully as I should have.  And I literally
24  was -- whether I showed it or not, I was -- I was -- it
25  was dreadful to see what was in there.  And I knew that

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 12 of 36

we didn't see anybody at any ER. And I -- there was
nothing I could do to produce documents. I wanted to
know if perhaps Patti had called the doctor, because I
have a regular internist who deals with many of my
problems, and perhaps he said this to her verbally; and
that didn't happen either on this occasion. So I was
stuck with a motion that I hadn't -- I didn't know was
prepared, and I hadn't reviewed or authored or -- but
everything, ultimately, it ends here. The responsibility
is mine, and mine alone.

There are other things I was confused about. For
example, I thought that my daughter, Kimberly
Steinback -- who Your Honor understandably expressed some
confusion over who that was, who had at the tail end of
that meeting with that prospective client had been eating
in the same restaurant with Patti and then joined us at
the end -- I thought she had actually caught COVID from
that individual. I didn't realize she independently had
COVID because the time frame for her testing positive for
COVID was just a couple days after the interaction with
that individual, and there's no way that she would have
manifested those kinds of symptoms that quickly. She had
already had COVID, and we already had another exposure,
and I had that all out of sequence. And again, my focus
was on the sentencing hearing and making sure that the

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 13 of 36

three or four different sentencing arguments I wrote I
was able to keep straight so that I could make the
argument that was, I hoped, most effective, given what I
read and heard and took in the way of cues from the
Court, that would be most important.

And my credibility is already damaged, but I
probably wrote four different arguments for that case,
and each one had significant overlap, and I was trying to
keep them straight and not repeat myself.  I had a sheaf
of paper that was probably 70 or 80 handwritten papers,
and I had them paper-clipped together, and I wanted to
make sure I argued the most appropriate arguments, and
leave to the side those that I had prepared in the event
that they arose.

For example, I didn't know if the issue of the --
the probation officer had recognized that -- based on
what the presentence report had revealed, the Probation
Office would not have recommended an increase under 3B1.1
for role in the offense.  I didn't know if Your Honor
would take up that issue with the parties, and I had
written extensively on that in the event that it occurred
because it was factually a little confusing and prolix.
It never arose, so I never addressed it, but I had in the
event Your Honor had questions about it.

The -- the other aspect of what has arisen from

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 14 of 36

```
 1   these proceedings, in addition to the need to find not
 2   full-time but three-quarter-time professional help to
 3   keep my filings straight and not wind up in a horrific
 4   fight with my wife, in which she would have interpreted
 5   that as me not appreciating her trying to help -- I
 6   should have done that long before, because it's not the
 7   first time that problem has arisen.  More importantly
 8   though, Your Honor caused me to look back over the last
 9   not just 18 months but maybe three years of my own
10   difficulties, increasing difficulties, in sitting for
11   lengthy periods of time and maintaining concentration,
12   and the necessity to obtain continuances because of
13   problems with my spine primarily, but also both of my
14   hips and other surgeries that I've had that -- some have
15   been successful, but most of the principal ones have been
16   failures -- and the need to take a hard look at what I
17   was doing and where I was headed.  I never want to have
18   another hearing like the one I'm having right now with
19   Your Honor with any other court.  I never want to provoke
20   another court's ire.  I have spent literally a lifetime
21   priding myself on not doing that.  This has been and is
22   humiliating, shameful.  And, ultimately, whatever Your
23   Honor determines is appropriate, I will tell you right
24   now, I will accept it.
25         The reason that I went to see a therapist was not
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 15 of 36

1  for the purposes of generating an evaluation or a

2  document for the Court.  I thought that, through my

3  dealings with Leon, that Wendy Muchman would be making

4  that evaluation, but when we parted ways, Wendy works

5  with or through Leon and so my opportunity to work with

6  her went when Leon withdrew.

7      My purpose for going to see a therapist was how to

8  cope better with the multiple emotional difficulties of

9  watching my youngest brother lose and continue to lose a

10 battle with a terrible cancer of multiple myeloma;

11 watching my wife suffer as her brother, who is maybe

12 days, perhaps a week or two, away from dying from a

13 failed battle with pancreatic cancer, in hospice.  And, I

14 mean, I've known him, and my children think the world of

15 him, and though they're all grown -- by that I mean 36,

16 38, and 42 -- they still call him their Uncle Donny, and

17 they are crushed by that.  I wanted to talk to this

18 doctor about how to manage what seemed to be emotional

19 difficulties that, in addition to the multiple

20 professional responsibilities I have and some

21 difficulties with Patti, that -- who I worship, but

22 constantly intervening in areas, bless her heart, that

23 she shouldn't -- and then my own recognition that I can't

24 keep doing what I am doing, certainly, not even at the

25 reduced pace I'm trying to do it.

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR  Document 114  Filed 07/25/22  Page 16 of 36

1     I don't know at this stage if major depression is
2  why I don't concentrate as well as I should, why it takes
3  me days instead of hours to get work done.  It's -- that
4  diagnosis caught me completely unawares, and I'm trying
5  to think about whether, and if so, how, it has impacted
6  my ability to get things done in a timely fashion; why,
7  if perhaps I didn't have those problems with
8  concentration, I wouldn't be sitting as long as I need to
9  and the spasms wouldn't start.

10     I don't know if I'll ever be believed by this Court
11  again, but these spasms are not a minor inconvenience.
12  They're a crippling, overwhelming interference with any
13  aspect of my ability to move, and they take hold, and
14  they don't let go until they're good and ready.  I've
15  been hospitalized for them.  I've taken everything from
16  Haldol to gabapentin, to -- I can't even begin to tell
17  you all the things to try to break these cycles.  I even
18  had in one hospitalization nurses Lamaze me through the
19  spasms.  But it has prompted me to put an end date on my
20  practice.

21     I mentioned to the Court, and I've been in
22  conversations with a lawyer, Sammy Azari, who has taken
23  over three of my cases that are at the end of their --
24  end stages of resolution, but still require quite a bit
25  of work.  And this weekend I hope to be able to finish up

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 17 of 36

an agreement with him, an actual written agreement,
formalizing his assumption of my practice, and use me as
a consultant until I'm not necessary and the new cases
come and they're not mine any longer.  It's not something
I wanted to do, Your Honor.  I have financial
responsibilities, as I've said before, that I've taken on
for years.  They're not legally my obligation, but
they're morally my obligation.  I don't believe you can
start to help somebody and give them a position where
they have at least a modest level of comfort, and then
pat yourself on the back and leave.  I think -- I
think -- at least I believe I'm required to see that
through until I can't any longer.  Well, that "can't" has
come along much sooner than I ever anticipated.

I hope the Court can sense the respect I have for
Your Honor.  I never meant to be disrespectful.  There
are things still going on I don't want to drone about,
but in the interim of the last month, my granddaughter,
who is twelve, had a seizure, and the doctor who did the
EEG on that seizure said that it may have been
precipitated by a brain tumor, the same daughter --
granddaughter, who was hospitalized at 18 months for
childhood leukemia.  And in addition to a number of other
things, we all were terrified that something horrible had
come back.  Well, she does have grand mal epilepsy, but

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 18 of 36

1  she does not have a brain tumor.  That shadow was --

2  whatever it was, it wasn't what they thought it was.  But

3  we lived with those fears until Mayo could come back and

4  pronounce that that wasn't the cause.

5      I -- my whole purpose in life, at least for the last

6  25 or 30 years, has been to try to take care of people

7  with the good fortune that I've had, and to continue to

8  do that until I can't anymore, and I've come to that

9  point in my life.

10     I don't know when Mayo can see me.  I was hoping

11  that I could expedite that.  They may not be able to see

12  me based on an interim -- I don't know if it was an

13  e-mail or what it was, but it was something sent that

14  said that there is substantial backup, and if any of the

15  matters that you believe are concerning you are more

16  urgent, then we urge that you see local physicians until

17  we can get you in.  Now, that's not a quote, but it was a

18  bit disappointing because I had hoped to be able to get a

19  workup on the things that physically cause me

20  difficulties, as well as whatever it is that's going on

21  mentally.

22     If I had taken the time to read carefully through

23  Your Honor's order, but more than that, the sequence of

24  e-mails and the motion itself, I could have resolved this

25  I believe on October 12th or whatever that date was that

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 19 of 36

1  we had our first hearing.  My failure to do that has
2  triggered a variety of negativity and at times prompting
3  defensiveness.  But at the end, there -- I don't come
4  here to make excuses.  I do seek compassion and
5  understanding from the Court.  I don't think that it has
6  been lacking in the way things have proceeded.  I just am
7  looking to finish an almost 47-year career the way I
8  started it and without any kind of serious blemish.
9       I take pride in my work.  I take pride in the
10 relationships I've been able to garner with judges and
11 prosecutors, colleagues, clients.  It all matters to me.
12 It's all emotional.  And if I wasn't still passionate
13 about it, I would have quit long ago.
14      But here I am.  And again, I feel I've disappointed
15 the Court.  But what I am looking for is closure in some
16 way that Your Honor feels is just and fair, taking into
17 consideration a lifetime of effort to do the best I can
18 for each and every one of my clients and to deal with and
19 treat with respect each tribunal before whom I appear.
20      I -- I can say about Romel that we got to know each
21 other very well.  When Your Honor indicated that there
22 would be a rule to show cause why I shouldn't be held in
23 contempt, I had to tell my client about that, see if he
24 even wanted to go through sentencing with me.  He said he
25 did.  But he did not want me to prepare a motion or

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 20 of 36

 1   continue to be part of his case.  A smart man.  And he

 2   was aware because I told him, and I showed him the

 3   document -- I owed him that -- that there were that

 4   proceeding.  And he felt a local lawyer would do a better

 5   job, given that I was still dealing with the contempt.

 6       Why, if he contacted you, he indicated otherwise, I

 7   don't -- I couldn't possibly understand.  We had lengthy

 8   conversations on the phone about this.  I told him, look,

 9   I will draft this.  I know it -- I advised him not to ask

10   for Your Honor to make a designation change because the

11   Court had made it absolutely abundantly clear that that

12   was not something this Court believed it had any ability

13   to do, and to the extent recommendations could be made,

14   the Court was not making one.  I also advised Romel that

15   if he was going to seek an extension, it had to be based

16   on some medical reason that had to be supported by hard

17   medical data and urgency.  We had all those

18   conversations, and he said thank you to me.

19       I wound up speaking with the lawyer who took the

20   case over about a couple of things, including the lawyer

21   contemplating filing a notice of appeal and asking me if

22   I thought there were any appellate issues that would

23   survive the waiver that I believe was in our plea

24   agreement.  There was some limited bases on which an

25   appeal could go forward, but I saw no way to circumvent

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 21 of 36

```
 1   that waiver.  And I also believed that the filing of a
 2   notice of appeal about anything other than those limited
 3   circumstances -- I said the same to Romel -- would be met
 4   immediately with the agreement to waive that right.
 5   And unless he could raise some ineffective assistance
 6   argument, there was nothing to be done about that.  And I
 7   left that to him.  When I got the call from the gentleman
 8   that Your Honor appointed -- I don't remember his name --
 9   he said something about -- I don't know if it was an
10   Anders brief, but a brief to describe that there were no
11   appellate issues that were viable, and we had a
12   discussion for some period of time.  I don't recall how
13   long.
14       The last time I heard from Romel was something that
15   he sent through somebody who had recently visited him,
16   remembering to say hello to Patti and I, and somebody
17   texted that to us.  And I appreciated that, we receiving
18   that text.  But there was no doubt that Romel did not
19   want me to represent him post-sentencing for the reasons
20   I described, and I understood.  There were also some
21   disagreements I don't think I have the right to get into,
22   where I was disappointed in certain decisions he had
23   made, but that I can't, without his waiver, get into.
24   But overall, it was his choice and I respected it.  It
25   was an unusual circumstance.
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 22 of 36

1    If I could do this from September 24th until

2  October 20th, that 26 days, differently, I would do it

3  differently in a heartbeat.  The spasms I couldn't do

4  anything about.  But to do over, even with my doctor

5  telling me that there was a five or six-day quarantine

6  and the CDC and our governor telling us it was 14 days, I

7  still would have come to court.  That, I would have most

8  definitely changed.  At the time, I thought I was doing

9  the right thing.  I don't think so now, because it would

10  have been far better for Romel and for this Court for me

11  to have resolved this case at that time.  And I don't

12  mean to be presumptuous, but I believe that would have

13  obviated a great deal of the concerns Your Honor

14  ultimately raised.

15    With respect to a few last comments, the government,

16  the United States Attorney, and I, were always in accord

17  with the underlying fraud case, the wire fraud scheme,

18  before the indictment was ever returned, months and

19  months before.  I met with the case agents in my home

20  with Romel, and Romel laid out his guilt.  When the

21  indictment was returned and there was an aggravated

22  identity theft, that I had never discussed with my client

23  or the government.  Discovery, a great deal of discussion

24  with my client, a determination of the -- the

25  misunderstanding, which I tried to figure out where that

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 23 of 36

1    came from, but the misunderstanding that the government

2    had concerning the underlying facts, which came directly

3    from the witness who claimed to have been the victim of

4    this identity theft, it turned out, from records and

5    other things, I was able to demonstrate, that she not

6    only cooperated but was physically present when her

7    PayPal account was used, and misrepresented to the

8    government that her relationship to Romel was an assigned

9    host by the principal casino he was gambling at, and she

10    knew him well and she was only too happy to help him out

11    of a temporary scrape because he was losing so much money

12    at this casino, and that he had been assigned his own

13    host.  That's that supposed victim.  And when I was able

14    to demonstrate all that to the government, they

15    ultimately removed that count, whatever it was, Count 7 I

16    think, and then we were able to move forward with the

17    plea.  And all the other delays and negotiations were

18    associated with receiving essentially the same plea

19    agreement with the same count, to which I did not think

20    factually there was a basis to hold Romel Murphy legally

21    accountable, and ultimately the government agreed to

22    dismiss that indictment -- that count of the indictment,

23    and then we moved forward expeditiously.

24        There is nothing left for me to do but apologize for

25    my failure to appear and not have my priorities straight

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 24 of 36

1  on the 6th or whatever that date in October was, and hope
2  that the Court will take into consideration that the
3  two -- our two states take a very different and took a
4  very different look at what the COVID protocols were that
5  were appropriate for each state.  And again, if I had it
6  to do over again, the one thing I would do absolutely --
7  well, the two things I would do absolutely differently
8  were to have said, "Judge, that -- that motion is just
9  wrong," and to have been prepared ahead of time to say
10  that, and then just shown up that morning.

11      I've told a lot of people who have come to me with
12  their problems that I can't change yesterday, no matter
13  how much I'd like to, and regret only gets you so far.
14  Meaningful action going forward is the only thing that
15  can ultimately ameliorate the problems you created by
16  those misjudgments.  And it is with those thoughts that I
17  ask Your Honor to determine whatever it is the Court
18  thinks appropriate.  And I said at the outset, whatever
19  it is, I will accept.

20      I thank you for giving me this opportunity to
21  address the Court.

22          THE COURT:  Thank you, Mr. Steinback.

23      I want to make a brief record regarding the
24  last-minute continuance that was filed in the form of a
25  letter to me two days ago.  Mr. Steinback, we are not

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 25 of 36

1  enemies, but nor are we friends.  A lawyer does not seek
2  a continuance of a hearing by sending a private letter to
3  a judge.  You know better than that, and you know how to
4  file a motion to continue.  And sending me a letter by
5  e-mail and bearing inside of that letter a request to
6  continue this hearing by 60 or 90 days for various
7  reasons was totally inappropriate.
8      I'm also insulted to think that you think me so
9  shallow that I would be moved by the obsequious tone of
10  your letter.  I denied the motion to continue because,
11  number one, this is the third hearing we've had on this
12  motion -- or on this contempt issue.  Your request for a
13  continuance is filed, once again, at the last minute.  I
14  had given you not only the time you requested at the last
15  hearing to do all the things you say you were going to
16  do, but gave you even more time than requested.  And you
17  did not act with due diligence in pursuing a continuance.
18  As I noted before, Mr. Spies moved to withdraw on
19  May 5th, and you waited two weeks after that to send this
20  letter to me regarding a continuance, in part to find a
21  new attorney, without any explanation about what, if
22  anything, you've done to try to secure representation
23  before that.  So that's why I denied the motion.
24      The fact that Mr. Leon Spies withdrew his
25  representation from you speaks volumes to me.  Mr. Spies

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 26 of 36

 1   is an outstanding, highly respected lawyer, whose ethics
 2   are beyond reproach and whose patience -- he has the
 3   patience of Jobe.  And the fact that he was unwilling to
 4   continue to represent you in this matter speaks volumes
 5   to me.
 6       My research has provided me with a number of cases
 7   where lawyers have done -- engaged in conduct similar to
 8   the conduct you've engaged in here.  I find that you have
 9   not been candid with the Court, that you have misled the
10   Court, and that you have failed to comply with my court
11   orders repeatedly.  Other courts have held lawyers in
12   criminal contempt for that conduct.  I think under the
13   law I could do so here, but I find it to be an outcome
14   that is too harsh.  I am going to find you in civil
15   contempt, and I am going to take under advisement this
16   case and I will issue a written order in which I outline
17   the sanction that I find appropriate given the conduct
18   you've engaged in here.
19       To be clear -- I want to make it abundantly clear on
20   this record because you said something during your
21   comments about it would have been better for Mr. Murphy
22   had you done something differently -- your conduct in
23   this case has had no impact and no influence on me
24   whatsoever in the way that I dealt with Mr. Murphy.
25   Mr. Murphy had no responsibility for your conduct, and I

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 27 of 36

1   did not consider that in any way, nor would I ever

2   consider that in any way in determining the appropriate

3   sentence for a criminal defendant represented by an

4   attorney who engaged in misconduct.  So I want to make

5   sure that record is clear.

6        I am going to take this under advisement.  I will

7   get a written ruling out, outlining the punishment that I

8   believe to be appropriate for what I find to have been

9   contempt of this Court.  Until that ruling comes out,

10  that will conclude this hearing.

11            THE CLERK:  All rise.

12            MR. STEINBACK:  May I make one more -- just one

13  comment?  I had said, at the time Your Honor had

14  sentenced Mr. Murphy, contemporaneous with that

15  imposition of sentence, that I felt that Your Honor had

16  not in any way considered anything that I was -- anything

17  to do with my contempt hearing, and I didn't believe that

18  it had or even reflected the least bit in that -- in that

19  proceeding.  I said it then, and I said it again in that

20  letter, and I just want to echo that sentiment.  I

21  watched Your Honor carefully.  I listened to Your Honor.

22  Your Honor was open-minded and focused exclusively on

23  what was fair and just for Romel Murphy.  I didn't

24  recognize, see, or even sense a hint of anything else.

25            THE COURT:  All right.  We'll be in recess.

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 28 of 36

1          THE CLERK:  All rise.

2     (Proceedings concluded at 11:28 a.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*

```
 1                    C E R T I F I C A T E

 2          I, Patrice A. Murray, a Certified Shorthand
    Reporter of the State of Iowa, do hereby certify that at
 3  the time and place heretofore indicated, a hearing was
    held before the Honorable C.J. Williams; that I reported
 4  in shorthand and transcribed to the best of my ability
    the proceedings of said hearing; and that the foregoing
 5  transcript is a true record of all proceedings had on the
    taking of said hearing at the above time and place.

 6
            I further certify that I am not related to or
 7  employed by any of the parties to this action, and
    further, that I am not a relative or employee of any
 8  attorney or counsel employed by the parties hereto or
    financially interested in the action.

 9
         IN WITNESS WHEREOF, I have set my hand this 24th day
10  of July, 2022.

11
               /s/ Patrice A. Murray
12             Patrice A. Murray, CSR, RMR, FCRR
               Court Reporter
13             PO Box 10541
               Cedar Rapids, Iowa 52410

14

15

16

17

18

19

20

21

22

23

24

25
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com
for a complete copy of the transcript.*

## /

**/s** [1] - 30:11

## 1

**1** [3] - 2:3, 9:22, 9:23
**10** [1] - 2:3
**10541** [2] - 1:24, 30:13
**10:29** [1] - 1:13
**10th** [1] - 3:19
**111** [2] - 1:12, 9:3
**11:28** [1] - 29:2
**12th** [1] - 19:25
**14** [1] - 23:6
**18** [2] - 15:9, 18:22

## 2

**2** [3] - 2:3, 10:23, 10:25
**20-CR-6** [2] - 1:5, 3:6
**2021** [1] - 7:3
**2022** [3] - 1:12, 3:19, 30:10
**20th** [3] - 1:12, 12:20, 23:2
**24th** [4] - 7:3, 12:19, 23:1, 30:9
**25** [1] - 19:6
**26** [1] - 23:2

## 3

**30** [1] - 19:6
**36** [1] - 16:15
**38** [1] - 16:16
**3B1.1** [1] - 14:18

## 4

**42** [1] - 16:16
**47-year** [1] - 20:7

## 5

**52410** [2] - 1:24, 30:13
**5th** [3] - 4:10, 4:22, 26:19

## 6

**60** [1] - 26:6
**61073** [1] - 1:18
**6th** [2] - 4:22, 25:1

## 7

**7** [1] - 24:15
**7/11/22** [1] - 1:20

## 7/24/22

**7/24/22** [1] - 1:20
**70** [1] - 14:10

## 8

**80** [1] - 14:10
**8351** [1] - 1:18

## 9

**9** [1] - 2:3
**90** [1] - 26:6

## A

**a.m** [2] - 1:13, 29:2
**ability** [5] - 5:11, 17:6, 17:13, 21:12, 30:4
**able** [10] - 5:6, 5:7, 14:2, 17:25, 19:11, 19:18, 20:10, 24:5, 24:13, 24:16
**absolutely** [3] - 21:11, 25:6, 25:7
**abundantly** [2] - 21:11, 27:19
**accept** [2] - 15:24, 25:19
**accord** [1] - 23:16
**account** [1] - 24:7
**accountable** [1] - 24:21
**accounting** [1] - 12:15
**act** [1] - 26:17
**action** [3] - 25:14, 30:7, 30:8
**actual** [1] - 18:1
**Adam** [2] - 10:10, 10:19
**addition** [3] - 15:1, 16:19, 18:23
**additional** [4] - 3:15, 3:17, 7:1, 8:22
**address** [1] - 25:21
**addressed** [1] - 14:23
**advised** [4] - 7:10, 10:15, 21:9, 21:14
**advisement** [2] - 27:15, 28:6
**agents** [1] - 23:19
**aggravated** [1] - 23:21
**ago** [4] - 4:2, 9:12, 20:13, 25:25
**agreed** [2] - 9:13, 24:21
**agreement** [5] - 18:1, 21:24, 22:4, 24:19
**ahead** [1] - 25:9
**allegedly** [1] - 6:16
**allow** [1] - 9:9
**almost** [1] - 20:7
**alone** [1] - 13:10
**ameliorate** [1] - 25:15
**AMERICA** [1] - 1:3
**Anders** [1] - 22:10
**anticipated** [1] - 18:14

**anxious** [1] - 5:18
**apologize** [3] - 10:16, 10:20, 24:24
**apologized** [1] - 5:12
**apology** [1] - 11:11
**appeal** [8] - 7:14, 7:17, 7:22, 8:1, 8:3, 21:21, 21:25, 22:2
**appear** [4] - 4:8, 12:17, 20:19, 24:25
**APPEARANCES** [1] - 1:17
**appellate** [2] - 21:22, 22:11
**appointed** [2] - 7:11, 22:8
**appointment** [2] - 7:13, 7:15
**appreciated** [1] - 22:17
**appreciating** [1] - 15:5
**appropriate** [7] - 14:12, 15:23, 25:5, 25:18, 27:17, 28:2, 28:8
**areas** [1] - 16:22
**argued** [1] - 14:12
**argument** [2] - 14:3, 22:6
**arguments** [3] - 14:1, 14:7, 14:12
**arisen** [2] - 14:25, 15:7
**arose** [2] - 14:14, 14:23
**aspect** [2] - 14:25, 17:13
**assertion** [1] - 7:20
**assigned** [2] - 24:8, 24:12
**assistance** [1] - 22:5
**associated** [1] - 24:18
**assume** [1] - 11:12
**assumption** [1] - 18:2
**attached** [1] - 9:1
**Attorney** [1] - 23:16
**attorney** [6] - 3:4, 3:20, 7:11, 26:21, 28:4, 30:8
**ATTORNEY** [1] - 1:18
**authored** [1] - 13:8
**authority** [1] - 5:12
**Avenue** [1] - 1:12
**aware** [1] - 21:2
**Azari** [1] - 17:22

## B

**backup** [1] - 19:14
**based** [3] - 14:16, 19:12, 21:15
**bases** [1] - 21:24
**basis** [2] - 9:11, 24:20
**battle** [2] - 16:10, 16:13
**bearing** [1] - 26:5
**become** [1] - 12:5
**BEFORE** [1] - 1:11
**begin** [2] - 11:10, 17:16
**behalf** [1] - 7:15
**best** [3] - 12:7, 20:17, 30:4
**better** [6] - 12:3, 16:8, 21:4, 23:10, 26:3, 27:21
**between** [4] - 4:20, 8:12,

8:17, 12:9
**beyond** [1] - 27:2
**bit** [5] - 4:1, 10:2, 17:24, 19:18, 28:18
**blemish** [1] - 20:8
**bless** [1] - 16:22
**Box** [2] - 1:24, 30:13
**brain** [2] - 18:21, 19:1
**break** [1] - 17:17
**brief** [3] - 22:10, 25:23
**brother** [2] - 16:9, 16:11
**business** [1] - 12:1

## C

**C.J** [2] - 1:11, 30:3
**call** [5] - 6:23, 10:5, 10:9, 16:16, 22:7
**called** [2] - 10:11, 13:3
**calls** [1] - 9:14
**cancer** [2] - 16:10, 16:13
**candid** [1] - 27:9
**capacity** [1] - 9:9
**care** [1] - 19:6
**career** [1] - 20:7
**carefully** [5] - 12:9, 12:11, 12:23, 19:22, 28:21
**Carol** [2] - 9:5, 9:11
**case** [13] - 3:5, 3:6, 3:8, 3:13, 14:7, 21:1, 21:20, 23:11, 23:17, 23:19, 27:16, 27:23
**cases** [3] - 17:23, 18:3, 27:6
**casino** [2] - 24:9, 24:12
**category** [1] - 7:8
**caught** [2] - 13:17, 17:4
**CAUSE** [1] - 1:10
**caused** [1] - 15:8
**CDC** [1] - 23:6
**Cedar** [3] - 1:13, 1:24, 30:13
**Center** [1] - 10:11
**certain** [1] - 22:22
**certainly** [1] - 16:24
**Certified** [1] - 1:14, 30:2
**certify** [2] - 30:2, 30:6
**change** [2] - 21:10, 25:12
**changed** [1] - 23:8
**Chicago** [1] - 10:11
**childhood** [1] - 18:23
**children** [1] - 16:14
**choice** [1] - 22:24
**circumstance** [1] - 22:25
**circumstances** [1] - 22:3
**circumvent** [1] - 21:25
**civil** [1] - 27:14
**claimed** [1] - 24:3
**clean** [1] - 10:19
**clear** [4] - 21:11, 27:19, 28:5
**CLERK** [2] - 28:11, 29:1
**client** [6] - 7:9, 10:7, 13:15, 20:23, 23:22, 23:24

clients [2] - 20:11, 20:18
clipped [1] - 14:11
closure [1] - 20:15
Coberly [1] - 9:19
colleagues [1] - 20:11
comfort [1] - 18:10
commencing [1] - 1:13
comment [1] - 28:13
comments [3] - 11:25, 23:15, 27:21
communication [1] - 8:13
compassion [1] - 20:4
Completed [1] - 1:20
completely [1] - 17:4
comply [1] - 27:10
concentrate [1] - 17:2
concentration [2] - 15:11, 17:8
concerning [3] - 8:17, 19:15, 24:2
concerns [2] - 3:9, 23:13
conclude [1] - 28:10
concluded [1] - 29:2
concluding [1] - 12:19
conduct [6] - 27:7, 27:8, 27:12, 27:17, 27:22, 27:25
confused [1] - 13:11
confusing [1] - 14:22
confusion [1] - 13:14
connection [1] - 10:3
consider [2] - 28:1, 28:2
consideration [2] - 20:17, 25:2
considered [1] - 28:16
consistently [1] - 9:16
constantly [1] - 16:22
consultant [1] - 18:3
consulting [1] - 11:18
contacted [1] - 21:6
contemplating [1] - 21:21
contemporaneous [1] - 28:14
contempt [9] - 3:5, 3:11, 20:23, 21:5, 26:12, 27:12, 27:15, 28:9, 28:17
continuance [6] - 4:1, 25:24, 26:2, 26:13, 26:17, 26:20
continuances [1] - 15:12
continue [11] - 3:7, 3:18, 4:3, 4:4, 16:9, 19:7, 21:1, 26:4, 26:6, 26:10, 27:4
continued [2] - 3:18, 6:25
control [1] - 11:12
conversation [2] - 5:3, 5:13
conversations [6] - 7:25, 8:7, 9:6, 17:22, 21:8, 21:18
cooperated [1] - 24:6
cope [1] - 16:8
copy [1] - 10:19
correct [1] - 6:4
correspondence [1] - 9:1

counsel [5] - 4:11, 4:13, 7:13, 7:16, 30:8
counseling [1] - 3:23
Count [1] - 24:15
count [4] - 9:10, 24:15, 24:19, 24:22
couple [3] - 10:4, 13:20, 21:20
course [1] - 12:12
COURT [16] - 1:1, 3:2, 5:19, 6:10, 7:7, 8:10, 8:20, 9:2, 9:18, 9:21, 10:22, 11:1, 11:4, 11:9, 25:22, 28:25
Court [50] - 1:23, 3:2, 3:4, 3:8, 3:10, 3:16, 3:18, 3:23, 3:25, 4:3, 4:4, 4:7, 4:11, 4:16, 4:24, 6:2, 6:4, 6:11, 7:5, 7:6, 7:13, 8:8, 8:9, 8:18, 8:23, 9:1, 10:19, 11:2, 12:8, 14:5, 16:2, 17:10, 17:21, 18:15, 20:5, 20:15, 21:11, 21:12, 21:14, 23:10, 25:2, 25:17, 25:21, 27:9, 27:10, 28:9, 30:12
court [7] - 3:1, 3:5, 3:11, 6:17, 15:19, 23:7, 27:10
court's [1] - 15:20
Court's [6] - 2:3, 2:3, 9:22, 9:23, 10:23, 10:25
courtroom [2] - 11:18, 12:10
courts [1] - 27:11
COVID [7] - 5:6, 9:7, 10:4, 10:15, 13:17, 13:19, 13:20, 13:23, 25:4
created [1] - 25:15
credibility [1] - 14:6
criminal [2] - 27:12, 28:3
crippling [1] - 17:12
crushed [1] - 16:17
CSR [2] - 1:23, 30:12
cues [1] - 14:4
cycles [1] - 17:17

**D**

damaged [1] - 14:6
data [1] - 21:17
date [9] - 3:13, 4:22, 6:23, 6:24, 8:5, 17:19, 19:25, 25:1
daughter [2] - 13:12, 18:21
days [8] - 4:2, 13:20, 16:12, 17:3, 23:2, 23:6, 25:25, 26:6
deal [3] - 20:18, 23:13, 23:23
dealing [1] - 21:5
dealings [1] - 16:3
deals [1] - 13:4
dealt [1] - 27:24
decisions [1] - 22:22
Defendant [1] - 1:7
defendant [1] - 28:3
defensiveness [1] - 20:3

definitely [1] - 23:8
degree [1] - 11:25
delays [1] - 24:17
demonstrate [2] - 24:5, 24:14
denied [3] - 4:4, 26:10, 26:23
depression [1] - 17:1
deputy [2] - 11:19, 12:10
describe [1] - 22:10
described [1] - 22:20
designation [2] - 8:7, 21:10
detailed [1] - 12:15
determination [1] - 23:24
determine [1] - 25:17
determines [1] - 15:23
determining [1] - 28:2
diagnosis [1] - 17:4
different [6] - 8:7, 11:25, 14:1, 14:7, 25:3, 25:4
differently [4] - 23:2, 23:3, 25:7, 27:22
difficult [2] - 5:9, 12:2
difficulties [6] - 15:10, 16:8, 16:19, 16:21, 19:20
diligence [1] - 26:17
directly [1] - 24:2
directs [1] - 6:9
disagreements [1] - 22:21
disappointed [2] - 20:14, 22:22
disappointing [1] - 19:18
discovery [1] - 23:23
discussed [2] - 8:19, 23:22
discussion [3] - 9:8, 22:12, 23:23
dismiss [1] - 24:22
disrespectful [1] - 18:16
DISTRICT [2] - 1:1, 1:1
doctor [6] - 10:6, 10:10, 13:3, 16:18, 18:19, 23:4
document [3] - 9:2, 16:2, 21:3
documentary [1] - 11:1
documentation [1] - 8:10
documents [12] - 3:16, 3:22, 4:15, 6:15, 6:16, 6:19, 6:20, 7:8, 7:19, 7:23, 8:22, 13:2
done [12] - 6:9, 6:13, 7:17, 12:4, 12:6, 15:6, 17:3, 17:6, 22:6, 26:22, 27:7, 27:22
Donny [1] - 16:16
doubt [1] - 22:18
Dr [1] - 10:19
draft [1] - 21:9
drafting [1] - 11:17
dreadful [1] - 12:25
drone [1] - 18:17
due [1] - 26:17
during [3] - 9:7, 12:12, 27:20
dying [1] - 16:12

**E**

e-mail [3] - 12:9, 19:13, 26:5
e-mailed [2] - 5:1, 10:1
e-mails [3] - 9:15, 19:24
early [1] - 12:16
eating [1] - 13:15
echo [1] - 28:20
EEG [1] - 18:20
effect [1] - 10:14
effective [1] - 14:3
effort [1] - 20:17
either [3] - 4:20, 8:3, 13:6
emotional [3] - 16:8, 16:18, 20:12
employed [2] - 30:7, 30:8
employee [1] - 30:7
end [6] - 13:14, 13:17, 17:19, 17:23, 17:24, 20:3
ends [1] - 13:9
enemies [1] - 26:1
engaged [4] - 27:7, 27:8, 27:18, 28:4
entirely [1] - 11:22
epilepsy [1] - 18:25
ER [1] - 13:1
essentially [1] - 24:18
ethics [2] - 3:24, 27:1
evaluation [2] - 16:1, 16:4
evening [3] - 4:21, 5:5, 5:18
event [3] - 14:13, 14:21, 14:24
evidence [3] - 8:22, 11:1, 11:5
exact [1] - 5:1
example [2] - 13:12, 14:15
exchange [1] - 5:22, 7:24
exchange/
communications [1] - 7:9
exchanges [2] - 4:20, 12:9
exclusively [1] - 28:22
excuses [1] - 20:4
Exhibit [6] - 2:3, 2:3, 9:22, 9:23, 10:23, 10:25
EXHIBITS [1] - 2:2
expedite [1] - 19:11
expeditiously [1] - 24:23
expert [1] - 3:24
explanation [1] - 26:21
exposure [3] - 5:7, 10:4, 13:23
expressed [2] - 5:20, 13:13
extension [3] - 3:22, 7:16, 21:15
extensive [1] - 8:7
extensively [1] - 14:21
extent [1] - 21:13

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR    Document 114    Filed 07/25/22    Page 32 of 36

## F

**fact** [3] - 12:3, 26:24, 27:3
**facts** [1] - 24:2
**factually** [2] - 14:22, 24:20
**failed** [3] - 6:17, 16:13, 27:10
**failure** [2] - 20:1, 24:25
**failures** [1] - 15:16
**fair** [2] - 20:16, 28:23
**far** [2] - 23:10, 25:13
**fashion** [2] - 9:16, 17:6
**FCRR** [1] - 1:23, 30:12
**fears** [1] - 19:3
**feel** [1] - 20:14
**feels** [1] - 20:16
**felt** [2] - 21:4, 28:15
**few** [1] - 23:15
**fight** [1] - 15:4
**figure** [1] - 23:25
**file** [5] - 7:14, 7:17, 7:21, 8:2, 26:4
**filed** [8] - 4:3, 4:10, 7:12, 7:16, 9:2, 9:22, 25:24, 26:13
**filing** [3] - 9:15, 21:21, 22:1
**filings** [1] - 15:3
**filling** [1] - 9:7
**financial** [1] - 18:5
**financially** [1] - 30:8
**find** [10] - 3:4, 11:16, 12:2, 15:1, 26:20, 27:8, 27:13, 27:14, 27:17, 28:8
**finish** [2] - 17:25, 20:7
**first** [5] - 3:13, 12:17, 12:18, 15:7, 20:1
**five** [2] - 4:1, 23:5
**focus** [2] - 12:7, 13:24
**focused** [1] - 28:22
**following** [1] - 3:1
**FOR** [1] - 1:1
**foregoing** [1] - 30:4
**form** [1] - 25:24
**formalizing** [1] - 18:2
**fortune** [1] - 19:7
**forward** [6] - 5:10, 6:8, 21:25, 24:16, 24:23, 25:14
**four** [3] - 3:25, 14:1, 14:7
**frame** [1] - 13:19
**fraud** [2] - 23:17
**friends** [1] - 26:1
**full** [1] - 15:2
**full-time** [1] - 15:2
**fully** [1] - 12:22

## G

**gabapentin** [1] - 17:16
**gambling** [1] - 24:9
**garner** [1] - 20:10
**generating** [1] - 16:1

**gentleman** [1] - 22:7
**get** [11] - 6:13, 9:9, 10:18, 12:15, 17:3, 17:6, 19:17, 19:18, 22:21, 22:23, 28:7
**gets** [1] - 25:13
**getting** [2] - 8:6, 12:5
**give** [2] - 6:15, 18:9
**given** [5] - 6:17, 14:3, 21:5, 26:14, 27:17
**giving** [1] - 25:20
**government** [8] - 4:8, 23:15, 23:23, 24:1, 24:8, 24:14, 24:21
**governor** [1] - 23:6
**grand** [1] - 18:25
**granddaughter** [2] - 18:18, 18:22
**granted** [3] - 3:18, 3:25, 4:11
**granting** [1] - 3:25
**gratitude** [1] - 9:7
**great** [2] - 23:13, 23:23
**grown** [1] - 16:15
**guess** [1] - 4:14
**guilt** [1] - 23:20

## H

**Haldol** [1] - 17:16
**hand** [1] - 30:9
**handwritten** [1] - 14:10
**happen** [1] - 13:6
**happened** [1] - 14:12
**happy** [3] - 8:20, 11:4, 24:10
**hard** [2] - 15:16, 21:16
**harsh** [1] - 27:14
**headed** [1] - 15:17
**heading** [2] - 10:1, 10:21
**Healthcare** [1] - 10:11
**hear** [2] - 8:20, 11:4
**heard** [2] - 14:4, 22:14
**HEARING** [1] - 1:10
**hearing** [35] - 3:3, 3:7, 3:12, 3:13, 3:14, 3:17, 3:18, 3:19, 3:20, 4:5, 4:7, 4:14, 4:23, 6:3, 6:14, 7:10, 8:11, 10:8, 10:9, 10:23, 11:23, 12:12, 13:25, 15:18, 20:1, 26:2, 26:6, 26:11, 26:15, 28:10, 28:17, 30:3, 30:4, 30:5
**hearings** [3] - 5:20, 12:18
**heart** [1] - 16:22
**heartbeat** [1] - 23:3
**hectic** [1] - 5:18
**held** [4] - 3:1, 20:22, 27:11, 30:3
**HELD** [1] - 1:11
**hello** [1] - 22:16
**help** [4] - 15:2, 15:5, 18:9, 24:10
**hereby** [1] - 30:2

**hereto** [1] - 30:8
**heretofore** [1] - 30:3
**highly** [1] - 27:1
**himself** [1] - 10:6
**hint** [1] - 28:24
**hips** [1] - 15:14
**hold** [2] - 17:13, 24:20
**holding** [1] - 3:11
**home** [1] - 23:19
**HON** [1] - 1:11
**Honor** [8] - 4:18, 4:19, 5:2, 6:8, 7:4, 8:15, 8:19, 8:24, 8:25, 9:4, 9:20, 10:3, 11:3, 11:7, 11:8, 11:16, 11:24, 12:14, 12:23, 13:13, 14:19, 14:24, 15:8, 15:19, 15:23, 18:5, 18:16, 20:16, 20:21, 21:10, 22:8, 23:13, 25:17, 28:13, 28:15, 28:21, 28:22
**Honor's** [4] - 11:15, 11:18, 12:10, 19:23
**Honorable** [1] - 30:3
**hope** [3] - 17:25, 18:15, 25:1
**hoped** [1] - 14:3, 19:18
**hoping** [1] - 19:10
**horrible** [1] - 18:24
**horrific** [1] - 15:3
**hospice** [1] - 16:13
**hospitalization** [1] - 17:18
**hospitalized** [2] - 17:15, 18:22
**host** [2] - 24:9, 24:13
**hours** [2] - 12:16, 17:3
**humiliating** [1] - 15:22
**Hutton** [2] - 10:10, 10:12
**HUTTON** [1] - 10:20
**Hutton's** [1] - 10:20

## I

**identifying** [1] - 10:6
**identity** [2] - 23:22, 24:4
**Illinois** [1] - 1:18
**immediately** [1] - 22:4
**impact** [1] - 27:23
**impacted** [1] - 17:5
**important** [1] - 14:5
**importantly** [1] - 15:7
**imposition** [1] - 28:15
**IN** [2] - 1:1, 30:9
**inability** [1] - 12:17
**inappropriate** [1] - 26:7
**including** [1] - 21:20
**inconvenience** [1] - 17:11
**increase** [1] - 14:18
**increasing** [1] - 15:10
**independently** [1] - 13:18
**INDEX** [1] - 2:1
**indicated** [5] - 4:7, 10:6, 20:21, 21:6, 30:3

**indictment** [4] - 23:18, 23:21, 24:22
**individual** [4] - 10:5, 10:15, 13:18, 13:21
**ineffective** [1] - 22:5
**influence** [1] - 27:23
**inquiries** [1] - 11:15
**inside** [1] - 26:5
**instead** [1] - 17:3
**insulted** [1] - 26:8
**interaction** [1] - 13:20
**interested** [1] - 30:8
**interference** [1] - 17:12
**interim** [2] - 18:18, 19:12
**internist** [1] - 13:4
**interpreted** [1] - 15:14
**intervening** [1] - 16:22
**IOWA** [1] - 1:1
**Iowa** [4] - 1:13, 1:24, 30:2, 30:13
**ire** [1] - 15:20
**issue** [4] - 14:15, 14:20, 26:12, 27:16
**issues** [2] - 21:22, 22:11
**itself** [1] - 19:24

## J

**January** [1] - 3:19
**JEFFREY** [2] - 1:10, 1:18
**Jeffrey** [1] - 3:4
**job** [1] - 21:5
**Jobe** [1] - 27:3
**joined** [1] - 13:16
**Judge** [1] - 25:8
**judge** [1] - 26:3
**judges** [1] - 20:10
**July** [1] - 30:10
**justify** [1] - 3:10

## K

**keep** [4] - 14:2, 14:9, 15:3, 16:24
**Kimberly** [1] - 13:12
**kind** [2] - 11:12, 20:8
**kindly** [1] - 9:9
**kinds** [1] - 13:22
**known** [1] - 16:14
**knows** [1] - 11:25
**Kyndra** [1] - 11:18

## L

**lacking** [1] - 20:6
**laid** [1] - 23:20
**Lamaze** [1] - 17:18
**last** [17] - 4:6, 5:12, 5:15, 7:6, 7:7, 7:10, 8:11, 10:17, 15:8,

18:18, 19:5, 22:14, 23:15, 25:24, 26:13, 26:14
**last-minute** [1] - 25:24
**late** [2] - 10:17, 12:15
**law** [1] - 27:13
**lawyer** [7] - 3:24, 17:22, 21:4, 21:19, 21:20, 26:1, 27:1
**lawyers** [2] - 27:7, 27:11
**least** [6] - 5:18, 8:6, 18:10, 18:12, 19:5, 28:18
**leave** [2] - 14:13, 18:11
**left** [2] - 22:7, 24:24
**legally** [1] - 18:7, 24:20
**lengthy** [2] - 15:11, 21:7
**Leon** [5] - 3:21, 4:10, 16:3, 16:5, 16:6, 26:24
**letter** [17] - 4:2, 8:25, 9:5, 9:11, 9:17, 9:18, 10:2, 10:14, 10:20, 11:17, 25:25, 26:2, 26:4, 26:5, 26:10, 26:20, 28:20
**leukemia** [1] - 18:23
**level** [1] - 18:10
**life** [2] - 19:5, 19:9
**lifetime** [2] - 15:20, 20:17
**limited** [2] - 21:24, 22:2
**listened** [1] - 28:21
**literally** [2] - 12:23, 15:20
**lived** [1] - 19:3
**local** [2] - 19:16, 21:4
**look** [6] - 12:8, 12:16, 15:8, 15:16, 21:8, 25:4
**looked** [2] - 6:6, 12:11
**looking** [2] - 20:7, 20:15
**lose** [2] - 16:9
**losing** [1] - 24:11
**luck** [1] - 10:2

## M

**machine** [1] - 1:15
**made** [6] - 3:9, 12:1, 12:7, 21:11, 21:13, 22:23
**mail** [3] - 12:9, 19:13, 26:5
**mailed** [2] - 5:1, 10:1
**mails** [2] - 9:15, 19:24
**maintaining** [1] - 15:11
**major** [1] - 17:1
**make** [11] - 11:5, 11:13, 14:2, 14:12, 20:4, 21:10, 25:23, 27:19, 28:4, 28:12
**making** [4] - 12:7, 13:25, 16:3, 21:14
**mal** [1] - 18:25
**man** [1] - 21:1
**manage** [2] - 12:21, 16:18
**manifested** [1] - 13:22
**mark** [1] - 10:22
**marked** [1] - 9:21
**matter** [5] - 3:2, 8:21, 11:6,

25:12, 27:4
**matters** [3] - 8:18, 19:15, 20:11
**Mayo** [2] - 19:3, 19:10
**mean** [3] - 16:14, 16:15, 23:12
**meaningful** [1] - 25:14
**meant** [1] - 18:16
**medical** [5] - 7:1, 7:2, 21:16, 21:17
**meeting** [1] - 13:15
**mentally** [1] - 19:21
**mentioned** [2] - 10:3, 17:21
**messages** [4] - 8:12, 8:13, 8:16, 8:17
**met** [3] - 10:7, 22:3, 23:19
**minded** [1] - 28:22
**mine** [3] - 13:10, 18:4
**minor** [1] - 17:11
**minute** [3] - 8:21, 25:24, 26:13
**misconduct** [1] - 28:4
**misjudgments** [1] - 25:16
**misled** [1] - 27:9
**misrepresentations** [1] - 3:10
**misrepresented** [1] - 24:7
**missing** [1] - 5:2
**misunderstanding** [2] - 23:25, 24:1
**modest** [1] - 18:10
**money** [1] - 24:11
**month** [1] - 18:18
**months** [5] - 3:25, 15:9, 18:22, 23:18, 23:19
**months'** [1] - 4:1
**morally** [1] - 18:8
**morning** [2] - 12:16, 25:10
**most** [6] - 9:1, 14:3, 14:5, 14:12, 15:15, 23:7
**motion** [15] - 4:3, 4:4, 4:10, 7:12, 8:2, 11:17, 12:11, 13:7, 19:24, 20:25, 25:8, 26:4, 26:10, 26:12, 26:23
**motions** [2] - 3:7, 3:17
**move** [2] - 17:13, 24:16
**moved** [4] - 24:23, 26:9, 26:18
**MR** [13] - 4:18, 6:5, 7:4, 7:25, 8:15, 8:24, 9:4, 9:20, 9:24, 11:3, 11:7, 11:10, 28:12
**Muchman** [1] - 16:3
**multiple** [5] - 3:8, 5:23, 16:8, 16:10, 16:19
**MURPHY** [1] - 1:6
**Murphy** [14] - 3:6, 3:14, 4:21, 7:12, 7:24, 8:1, 11:24, 24:20, 27:21, 27:24, 27:25, 28:14, 28:23
**Murray** [5] - 1:14, 1:23, 30:2, 30:11, 30:12

**myeloma** [1] - 16:10

## N

**name** [4] - 9:5, 10:10, 11:21, 22:8
**necessary** [1] - 18:3
**necessity** [1] - 15:12
**need** [4] - 4:8, 15:1, 15:16, 17:8
**needed** [2] - 8:4, 11:14
**negativity** [1] - 20:2
**negotiations** [1] - 24:17
**never** [7] - 12:3, 14:23, 15:17, 15:19, 18:16, 23:22
**new** [2] - 18:3, 26:21
**next** [2] - 5:13, 10:9
**night** [5] - 4:23, 5:17, 10:8, 10:17, 10:18
**nights** [1] - 10:8
**NORTHERN** [1] - 1:1
**noted** [1] - 26:18
**nothing** [3] - 13:2, 22:6, 24:24
**notice** [7] - 7:14, 7:17, 7:21, 8:1, 8:2, 21:21, 22:2
**number** [8] - 3:6, 9:3, 9:6, 10:13, 11:11, 18:23, 26:11, 27:6
**Number** [1] - 10:23
**nurses** [1] - 17:18

## O

**obligation** [2] - 18:7, 18:8
**obsequious** [1] - 26:9
**obtain** [3] - 3:23, 8:4, 15:12
**obtaining** [1] - 8:3
**obviated** [1] - 23:13
**occasion** [2] - 7:6, 13:6
**occasions** [1] - 3:8
**occurred** [3] - 3:13, 7:22, 14:21
**October** [5] - 4:22, 12:20, 19:25, 23:2, 25:1
**OF** [2] - 1:1, 1:3
**offense** [1] - 14:19
**Office** [1] - 14:18
**officer** [1] - 14:16
**official** [1] - 9:9
**once** [1] - 26:13
**one** [11] - 5:15, 10:4, 14:8, 15:18, 17:18, 20:18, 21:14, 25:6, 26:11, 28:12
**ones** [1] - 15:15
**Opalinski** [2] - 9:6, 9:11
**open** [2] - 3:1, 28:22
**open-minded** [1] - 28:22
**opportunity** [2] - 16:5, 25:20

**order** [6] - 4:7, 5:15, 6:11, 6:17, 19:23, 27:16
**ordered** [4] - 6:13, 6:19, 7:8, 7:18
**Ordered** [1] - 1:20
**ordering** [1] - 6:11
**orderly** [2] - 9:15, 9:16
**orders** [1] - 27:11
**original** [6] - 5:22, 5:24, 6:2, 6:11, 6:22, 6:23
**originated** [1] - 3:5
**otherwise** [1] - 21:6
**outcome** [1] - 27:13
**outline** [1] - 27:16
**outlining** [1] - 28:7
**outset** [1] - 25:18
**outstanding** [1] - 27:1
**overall** [1] - 22:24
**overlap** [1] - 14:8
**oversee** [1] - 11:20
**overwhelming** [1] - 17:12
**owed** [1] - 21:3
**own** [3] - 15:9, 16:23, 24:12

## P

**pace** [1] - 16:25
**PAGE** [1] - 2:2
**PAMurrayReporting@ gmail.com** [1] - 1:25
**pancreatic** [1] - 16:13
**paper** [2] - 14:10, 14:11
**paper-clipped** [1] - 14:11
**papers** [1] - 14:10
**part** [4] - 6:10, 10:3, 21:1, 26:20
**parted** [1] - 16:4
**parties** [3] - 14:20, 30:7, 30:8
**passionate** [1] - 20:12
**pat** [1] - 18:11
**patience** [2] - 27:2, 27:3
**patient** [1] - 10:7
**Patrice** [5] - 1:14, 1:23, 30:2, 30:11, 30:12
**Patti** [11] - 4:21, 4:24, 5:4, 5:14, 6:7, 6:8, 12:9, 13:3, 13:16, 16:21, 22:16
**PayPal** [1] - 24:7
**people** [2] - 19:6, 25:11
**perhaps** [4] - 13:3, 13:5, 16:12, 17:7
**period** [1] - 22:12
**periods** [1] - 15:11
**person's** [1] - 6:1
**personally** [1] - 10:12
**personnel** [1] - 7:3
**phone** [9] - 5:1, 5:16, 5:17, 6:1, 6:6, 8:16, 9:14, 10:5, 21:8
**photograph** [1] - 5:25
**physically** [2] - 19:19, 24:6

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 34 of 36

**physicians** [1] - 19:16
**place** [2] - 30:3, 30:5
**Plaintiff** [1] - 1:4
**plea** [3] - 21:23, 24:17, 24:18
**PO** [2] - 1:24, 30:13
**point** [1] - 19:9
**position** [3] - 11:20, 11:21, 18:9
**positive** [2] - 10:15, 13:19
**possibly** [1] - 21:7
**post** [1] - 22:19
**post-sentencing** [1] - 22:19
**practice** [2] - 17:20, 18:2
**precipitated** [1] - 18:21
**preparation** [1] - 12:2
**prepare** [1] - 20:25
**prepared** [4] - 12:22, 13:8, 14:13, 25:9
**preparing** [1] - 12:3
**present** [5] - 4:12, 8:22, 11:2, 11:6, 24:6
**presentation** [1] - 12:8
**presentence** [1] - 14:17
**presumptuous** [1] - 23:12
**previously** [1] - 4:16
**pride** [2] - 20:9
**priding** [1] - 15:21
**primarily** [2] - 12:14, 15:13
**principal** [2] - 15:15, 24:9
**priorities** [1] - 24:25
**private** [1] - 26:2
**probation** [1] - 14:16
**Probation** [1] - 14:17
**problem** [1] - 15:7
**problems** [5] - 13:5, 15:13, 17:7, 25:12, 25:15
**proceeded** [1] - 20:6
**proceeding** [2] - 21:4, 28:19
**Proceedings** [1] - 29:2
**proceedings** [4] - 3:1, 15:1, 30:4, 30:5
**produce** [16] - 3:16, 3:22, 4:15, 4:17, 5:23, 6:1, 6:4, 6:11, 6:15, 6:16, 6:17, 6:19, 7:8, 7:18, 7:19, 13:2
**professional** [2] - 15:2, 16:20
**prolix** [1] - 14:22
**prompted** [1] - 17:19
**prompting** [1] - 20:2
**pronounce** [1] - 19:4
**prosecution** [1] - 12:10
**prosecutors** [1] - 20:11
**prospect** [1] - 8:6
**prospective** [2] - 10:7, 13:15
**protocols** [1] - 25:4
**prove** [1] - 6:20
**provide** [1] - 9:18
**provided** [1] - 27:6
**provoke** [1] - 15:19
**punishment** [1] - 28:7

**purpose** [2] - 16:7, 19:5
**purposes** [2] - 10:23, 16:1
**pursuing** [1] - 26:17
**put** [1] - 17:19

**Q**

**quarantine** [1] - 23:5
**quarter** [1] - 15:2
**questions** [1] - 14:24
**quickly** [1] - 13:22
**quit** [1] - 20:13
**quite** [1] - 17:24
**quote** [1] - 19:17

**R**

**raise** [1] - 22:5
**raised** [2] - 8:19, 23:14
**Raphael** [1] - 7:11
**Rapids** [3] - 1:13, 1:24, 30:13
**RE** [1] - 1:10
**reach** [1] - 10:18
**read** [3] - 12:11, 14:4, 19:22
**ready** [1] - 17:14
**realize** [1] - 13:18
**realized** [1] - 12:12
**reason** [2] - 15:25, 21:16
**reasons** [2] - 22:19, 26:7
**recalled** [1] - 10:13
**receipt** [1] - 9:14
**received** [3] - 9:23, 10:5, 10:25
**receiving** [2] - 22:17, 24:18
**recent** [1] - 9:1
**recently** [1] - 22:15
**recess** [1] - 28:25
**recognition** [1] - 16:23
**recognize** [1] - 28:24
**recognized** [1] - 14:16
**recommendations** [1] - 21:13
**recommended** [1] - 14:18
**record** [4] - 25:23, 27:20, 28:5, 30:5
**records** [4] - 5:23, 7:1, 24:4
**reduced** [1] - 16:25
**refer** [1] - 7:5
**reflect** [4] - 7:2, 7:20, 8:12, 8:16
**reflected** [1] - 28:18
**refused** [2] - 7:14, 7:21
**regarding** [4] - 4:20, 6:22, 25:23, 26:20
**regret** [1] - 25:13
**regular** [1] - 13:4
**related** [1] - 30:6
**relation** [1] - 6:22

**relationship** [1] - 24:8
**relationships** [1] - 20:10
**relative** [1] - 30:7
**remember** [2] - 4:22, 22:8
**remembering** [1] - 22:16
**removed** [1] - 24:15
**repeat** [1] - 14:9
**repeatedly** [1] - 27:11
**report** [2] - 3:23, 14:17
**reported** [3] - 1:14, 7:14, 30:3
**Reporter** [4] - 1:15, 1:23, 30:2, 30:12
**represent** [3] - 7:11, 22:19, 27:4
**representation** [2] - 26:22, 26:25
**represented** [4] - 3:20, 4:9, 4:12, 28:3
**reproach** [1] - 27:2
**reproduce** [1] - 5:24
**reproduced** [2] - 4:20, 9:25
**request** [3] - 7:15, 26:5, 26:12
**requested** [7] - 3:15, 3:21, 3:24, 4:16, 7:18, 26:14, 26:16
**require** [1] - 17:24
**required** [1] - 18:12
**rescheduled** [1] - 3:16
**research** [1] - 27:6
**resolution** [1] - 17:24
**resolved** [3] - 19:24, 23:11
**respect** [6] - 7:5, 8:3, 11:23, 18:15, 20:19, 23:15
**respected** [2] - 22:24, 27:1
**respond** [1] - 12:22
**response** [2] - 9:14, 11:14
**responsibilities** [3] - 9:13, 16:20, 18:6
**responsibility** [6] - 11:13, 11:15, 11:20, 12:22, 13:9, 27:25
**restaurant** [1] - 13:16
**returned** [2] - 23:18, 23:21
**revealed** [1] - 14:17
**reviewed** [1] - 13:8
**rise** [3] - 3:8, 28:11, 29:1
**RMR** [2] - 1:23, 30:12
**Road** [1] - 1:18
**role** [1] - 14:19
**Romel** [18] - 3:6, 4:21, 5:3, 5:5, 5:13, 5:16, 11:24, 20:20, 21:14, 22:3, 22:14, 22:18, 23:10, 23:20, 24:8, 24:20, 28:23
**ROMEL** [1] - 1:6
**Roscoe** [1] - 1:18
**rule** [1] - 20:22
**ruling** [2] - 28:7, 28:9

**S**

**S.E** [1] - 1:12
**Sammy** [1] - 17:22
**sanction** [1] - 27:17
**sat** [1] - 11:8
**saw** [2] - 6:21, 21:25
**scheduled** [4] - 3:14, 4:23, 12:17, 12:18
**scheduling** [1] - 9:14
**Scheetz** [2] - 7:11, 7:16
**scheme** [1] - 23:17
**scrape** [1] - 24:11
**screenshots** [2] - 5:25, 6:8
**screenshotted** [1] - 6:6
**seal** [2] - 9:3, 9:22
**secure** [1] - 26:22
**see** [10] - 12:25, 13:1, 15:25, 16:7, 18:12, 19:10, 19:11, 19:16, 20:23, 28:24
**seek** [4] - 3:23, 20:4, 21:15, 26:1
**seizure** [2] - 18:19, 18:20
**send** [1] - 26:19
**sending** [2] - 26:2, 26:4
**sense** [2] - 18:15, 28:24
**sent** [4] - 4:2, 4:24, 19:13, 22:15
**sentence** [2] - 28:3, 28:15
**sentenced** [1] - 28:14
**sentencing** [11] - 3:7, 3:14, 6:23, 6:24, 11:24, 12:2, 13:25, 14:1, 20:24, 22:19
**sentiment** [1] - 28:20
**September** [4] - 6:25, 7:3, 12:19, 23:1
**sequence** [2] - 13:24, 19:23
**serious** [1] - 20:8
**set** [1] - 30:9
**setting** [1] - 4:7
**Seventh** [1] - 1:12
**shadow** [1] - 19:1
**shallow** [1] - 26:9
**shameful** [1] - 15:22
**share** [2] - 8:8, 8:18
**sheaf** [1] - 14:9
**shortcomings** [1] - 11:16
**Shorthand** [1] - 1:14, 30:2
**shorthand** [2] - 1:15, 30:4
**show** [4] - 3:3, 7:24, 20:22
**SHOW** [1] - 1:10
**showed** [1] - 12:24, 21:2
**shown** [1] - 25:10
**side** [1] - 14:13
**significant** [1] - 14:8
**similar** [1] - 27:7
**sitting** [2] - 15:10, 17:8
**situation** [1] - 10:13
**six** [1] - 23:5
**six-day** [1] - 23:5

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 35 of 36

smart [1] - 21:1
Snaresbrook [1] - 1:18
someone [1] - 9:12
sooner [1] - 18:14
sought [1] - 4:19
spasms [5] - 6:22, 17:9, 17:11, 17:19, 23:3
speaking [1] - 21:19
speaks [2] - 26:25, 27:4
spent [1] - 15:20
Spies [6] - 3:21, 4:10, 26:18, 26:24, 26:25
spine [1] - 15:13
stage [1] - 17:1
stages [1] - 17:24
start [3] - 4:14, 17:9, 18:9
started [1] - 20:8
State [1] - 30:2
state [1] - 25:5
statement [2] - 7:5, 11:5
statements [1] - 8:23
states [1] - 25:3
STATES [2] - 1:1, 1:3
States [2] - 3:6, 23:16
STEINBACK [15] - 1:10, 1:18, 4:18, 6:5, 7:4, 7:25, 8:15, 8:24, 9:4, 9:20, 9:24, 11:3, 11:7, 11:10, 28:12
Steinback [16] - 3:4, 3:9, 3:15, 3:20, 3:21, 4:2, 4:11, 4:12, 4:14, 5:19, 6:10, 8:11, 11:2, 13:13, 25:22, 25:25
still [7] - 12:2, 16:16, 17:24, 18:17, 20:12, 21:5, 23:7
straight [4] - 14:2, 14:9, 15:3, 24:25
stuck [1] - 13:7
subsequent [1] - 5:3
subsequently [1] - 4:25
substantial [1] - 19:14
successful [1] - 15:15
suffer [1] - 16:11
supported [1] - 21:16
supposed [1] - 24:13
surgeries [1] - 15:14
surrender [1] - 8:5
survive [1] - 21:23
symptoms [1] - 13:22

## T

tail [1] - 13:14
talk [1] - 16:17
talked [2] - 5:16
tell [6] - 5:7, 5:10, 6:12, 15:23, 17:16, 20:23
telling [2] - 23:5, 23:6
temporary [1] - 24:11
tender [1] - 10:19
terrible [1] - 16:10

terrified [1] - 18:24
test [1] - 10:15
testing [1] - 13:19
text [5] - 5:22, 8:12, 8:13, 8:16, 8:17, 22:18
texted [1] - 22:17
texts [1] - 4:19, 4:25, 5:1, 5:4, 5:14, 5:21, 5:24, 5:25, 6:2, 6:6, 6:12
THE [20] - 1:1, 1:1, 1:11, 3:2, 5:19, 6:10, 7:7, 8:10, 8:20, 9:2, 9:18, 9:21, 10:22, 11:1, 11:4, 11:9, 25:22, 28:11, 28:25, 29:1
theft [2] - 23:22, 24:4
therapist [3] - 8:25, 15:25, 16:7
thereafter [1] - 10:18
thinks [1] - 25:18
third [2] - 3:12, 26:11
thoughts [1] - 25:16
three [5] - 12:18, 14:1, 15:2, 15:9, 17:23
three-quarter-time [1] - 15:2
timely [1] - 17:6
TO [1] - 1:10
today [5] - 4:6, 6:4, 6:14, 7:23, 8:14
together [1] - 14:11
tone [1] - 26:9
took [3] - 14:4, 21:19, 25:3
top [1] - 10:16
totally [1] - 26:7
transcribed [1] - 30:4
Transcript [2] - 1:20, 1:20
transcript [1] - 30:5
treat [1] - 20:19
treated [1] - 6:21
tribunal [1] - 20:19
tried [1] - 23:25
triggered [1] - 20:2
true [2] - 12:13, 30:5
try [3] - 17:17, 19:6, 26:22
trying [4] - 14:8, 15:5, 16:25, 17:4
tumor [2] - 18:21, 19:1
turned [1] - 24:4
twelve [1] - 18:19
twice [2] - 6:13, 6:18
two [10] - 3:17, 4:2, 10:8, 12:17, 16:12, 25:3, 25:7, 25:25, 26:19
type [1] - 4:25
typed [5] - 4:25, 5:2, 5:14, 5:21, 6:7
typed-up [1] - 5:21
typewritten [1] - 4:24

## U

ultimately [7] - 12:19, 13:9, 15:22, 23:14, 24:15, 24:21, 25:15
unawares [1] - 17:4
unbeknownst [1] - 11:19
Uncle [1] - 16:16
uncomfortable [1] - 12:5
under [6] - 9:3, 9:22, 14:18, 27:12, 27:15, 28:6
underlying [2] - 23:17, 24:2
underprepared [1] - 11:23
understandably [1] - 13:13
understood [1] - 22:20
unfortunately [1] - 9:24
United [2] - 3:5, 23:16
UNITED [2] - 1:1, 1:3
unless [1] - 22:5
unsatisfied [1] - 5:20
unusual [1] - 22:25
unwilling [1] - 27:3
up [6] - 5:21, 14:20, 15:3, 17:25, 21:19, 25:10
urge [1] - 19:16
urgency [1] - 21:17
urgent [1] - 19:16
use [1] - 18:2
used [1] - 24:7
using [1] - 1:15

## V

variety [1] - 20:2
various [1] - 26:6
verbally [1] - 13:5
versed [1] - 11:14
version [1] - 5:21
versus [1] - 3:6
viable [1] - 22:11
victim [2] - 24:3, 24:13
visited [1] - 22:15
volumes [1] - 26:25, 27:4
VS [1] - 1:5

## W

waited [1] - 26:19
waive [1] - 22:4
waiver [3] - 21:23, 22:1, 22:23
want [10] - 11:5, 15:17, 15:19, 18:17, 20:25, 22:19, 25:23, 27:19, 28:4, 28:20
wanted [9] - 5:22, 8:4, 8:5, 13:2, 14:11, 16:17, 18:5, 20:24
watched [1] - 28:21
watching [2] - 16:9, 16:11

ways [3] - 5:23, 6:1, 16:4
week [1] - 16:12
weekend [1] - 17:25
weekly [1] - 9:10
weeks [1] - 26:19
Wendy [2] - 16:3, 16:4
whatsoever [2] - 6:20, 27:24
WHEREOF [1] - 30:9
whole [1] - 19:5
wife [5] - 4:20, 9:6, 12:14, 15:4, 16:11
wife's [2] - 5:21, 11:17
WILLIAMS [1] - 1:11
Williams [1] - 30:3
willing [1] - 10:14
wind [1] - 15:3
wire [1] - 23:17
wish [4] - 8:10, 8:22, 11:2, 11:6
wished [1] - 8:2
wishes [1] - 8:9
withdraw [2] - 4:10, 26:18
withdrew [2] - 16:6, 26:24
witness [1] - 24:3
WITNESS [1] - 30:9
woman [1] - 9:5
work [4] - 16:5, 17:3, 17:25, 20:9
worked [1] - 9:12
works [1] - 16:4
workup [1] - 19:19
world [1] - 16:14
worship [1] - 16:21
wound [1] - 21:19
write [1] - 10:14
written [5] - 11:19, 14:21, 18:1, 27:16, 28:7
wrote [2] - 14:1, 14:7

## Y

years [4] - 9:12, 15:9, 18:7, 19:6
yesterday [1] - 25:12
youngest [1] - 16:9
yourself [1] - 18:11

*Contact Patrice Murray at PAMurrayReporting@gmail.com
for a complete copy of the transcript.*
Case 1:20-cr-00006-CJW-MAR   Document 114   Filed 07/25/22   Page 36 of 36