# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3781

United States of America

Appellee

v.

Romel Murphy

Appellant

---

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:20-cr-00006-CJW-1)

---

**MANDATE**

In accordance with the opinion and judgment of January 17, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 07, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit